B5 (Official Form 5) (12/07)

| United States Bankruptcy Court | **INVOLUNTARY PETITION** |
|---|---|
| __Central__ District of __California__ | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Redman, Lawrence Eugene and Redman, Joy Ann | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.): 2680; 7930

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>269 Argonne Avenue<br>Long Beach, CA  90803<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check one box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☒ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**FILED**
AUG 04 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                   Deputy Clerk



American LegalNet, Inc.
www.FormsWorkflow.com

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State title)

Beaumont Partners, L.P., a Nevada L.P.    8/1/08
Name of Petitioner                          Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Integrated Financial Associates, Inc.,
General Partner of Petitioner,
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117
William Dyer, President

x _[signature]_    8/3/08
Signature of Petitioner or Representative (State title)

Compass FP Corp.
Name of Petitioner                          Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

333 Seventh Avenue, 3rd Floor
New York, NY 10001

Boris Piskun, President

x _____
Signature of Petitioner or Representative (State title)

Marcie Signorelli    8/1/08
Name of Petitioner    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

(310) 229-1234

Lompoc, CA 93436

---

x _[signature]_    8/3/08
Signature of Attorney    Date

David B. Golubchik, Levene, Neale, Bender, Rankin & Brill L.L.P.
Name of Attorney Firm (If any)

10250 Constellation Bl., Suite 1700, Los Angeles, CA 90067
Address

(310) 229-1234
Telephone No.

x _[signature]_    8/3/08
Signature of Attorney    Date

Steven H. Winick/Ori Katz
Sheppard, Mullin, Richter & Hampton LLP
Name of Attorney Firm (If any)

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Address

(415) 434-9100
Telephone No.

x _[signature]_    8/3/08
Signature of Attorney    Date

David B. Golubchik, Levene, Neale, Bender, Rankin & Brill L.L.P.
Name of Attorney Firm (If any)

10250 Constellation Bl., Suite 1700, Los Angeles, CA 90067
Address

(310) 229-1234
Telephone No.

American LegalNet, Inc.
www.FormsWorkflow.com

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Redman, Lawrence Eugene and Redman, Joy Ann

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _[signature]_
Signature of Petitioner or Representative (State title)

Beaumont Partners, L.P., a Nevada L.P.     8/1/08
Name of Petitioner     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Integrated Financial Associates, Inc.,
General Partner of Petitioner,
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117
William Dyer, President

x _____     8/4/08
Signature of Attorney     Date

David B. Golubchik, Levene, Neale, Bender, Rankin & Brill L.L.P.
Name of Attorney Firm (If any)

10250 Constellation Bl., Suite 1700, Los Angeles, CA 90067
Address

(310) 229-1234
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Compass FP Corp., a Delaware corporation     8/1/08
Name of Petitioner     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

333 Seventh Avenue, 3rd Floor
New York, NY 10001
Boris Piskun, Manager

x _____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address

Telephone No.

American LegalNet, Inc.
www.FormsWorkflow.com

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Redman, Lawrence Eugene and Redman, Joy Ann

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State title)

Beaumont Partners, L.P., a Nevada L.P.    8/1/08
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Integrated Financial Associates, Inc.,
General Partner of Petitioner,
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117
William Dyer, President

x _____    8/4/08
Signature of Attorney                Date

David B. Golubchik, Levene, Neale, Bender, Rankin & Brill L.L.P.
Name of Attorney Firm (If any)

10250 Constellation Bl., Suite 1700, Los Angeles, CA 90067
Address

(310) 229-1234
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Compass FP Corp., a Delaware corporation    8/1/08
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
333 Seventh Avenue, 3rd Floor
New York, NY 10001
Boris Piskun, President

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _[signature]_____
Signature of Petitioner or Representative (State title)

Marcella Signorelli    8/1/08
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
(310) 229-1234
Lompoc, CA 93436

x _____
Signature of Attorney                Date

David B. Golubchik, Levene, Neale, Bender, Rankin & Brill L.L.P.
Name of Attorney Firm (If any)

10250 Constellation Bl., Suite 1700, Los Angeles, CA 90067
Address

(310) 229-1234
Telephone No.

American LegalNet, Inc.
www.FormsWorkflow.com

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____/s/ Boris Piskun_____
Signature of Petitioner or Representative (State title)

Compass FP Corp                          8/3/08
Name of Petitioner                       Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

333 Seventh Avenue, 3rd Floor
New York, NY 10001

Boris Piskun, President

x _____/s/ Ori Katz_____                8/3/08
Signature of Attorney                        Date

Steven H. Winick/Ori Katz
Sheppard, Mullin, Richter & Hampton LLP
Name of Attorney Firm (If any)

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Address

(415) 434-9100
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Beaumont Partners, L.P., a Nevada L.P., 7785 W. Sahara Ave., Suite 100, Las Vegas, NV 89117 | Nature of Claim<br>Personal guaranty of corporate debt ($10,900,000) and resulting settlement of $450,000 | Amount of Claim<br>$450,000 |
| Name and Address of Petitioner<br>Compass FP Corp.,[1] a Delaware corporation,<br>333 Seventh Avenue, 3rd Floor, New York, NY 10001 | Nature of Claim<br>Personal guaranty of corporate debt (loan to Ten-Ninety Corp.) | Amount of Claim<br>$8,432,575.73 |
| Name and Address of Petitioner<br>Marcie Signorelli<br>Lompoc, CA 93436 | Nature of Claim<br>Employee wages | Amount of Claim<br>$769.23 |
| Name and Address of Petitioner<br>Compass FP Corp.,[2] a Delaware corporation<br>333 Seventh Avenue, 3rd Floor, New York, NY 10001 | Nature of Claim<br>Personal guaranty of corporate debt (loan to Fiesta Development, Inc.) | Amount of Claim<br>$9,006,617.96 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$17,889,962.92 |

−0− continuation sheets attached

---

[1] Compass FP Corp. is the loan servicer for the lenders in the Ten-Ninety loan.
[2] Compass FP Corp. is the loan servicer for the lenders in the Fiesta Development loan.

American LegalNet, Inc.
www.FormsWorkflow.com