ORIGINAL

Richard M. Pachulski (CA Bar No. 90073)
Stanley E. Goldich (CA Bar No. 92659)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for Alleged Debtors



FILED
DEC 16 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                   Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Alleged Debtors. | Case No.: 2:08-21925-ER<br><br>Involuntary Bankruptcy Case<br><br>**REDMANS' STATUS REPORT REGARDING WORKOUT NEGOTIATIONS**<br><br>Date: December 8, 2008<br>Time: 11:00 a.m.<br>Pace: Courtroom |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE:**

Lawrence Eugene Redman ("Larry Redman" or "Mr. Redman") and Joy Redman (collectively, the "Redmans"), the alleged debtors in the above referenced Involuntary Bankruptcy Case hereby submit the following Status Report Regarding Workout Negotiations.

A.  Settlements

Since the time of the prior Status Conference on October 8, the Redmans moved forward with resolution of 4 of the guarantee disputes as follows: (1) The Redmans paid Integrated Financial Services, Inc. ("IFA" or Beaumont") the agreed settlement amount 120 days after mutual execution

73571-001\DOCS_LA:193937.1

of the Settlement Agreement and Release entered into on July 9, 2008; (2) and (3) the Redmans consummated separate settlements with Gray1, the assignee of a loan of Central Pacific Bank, and Central Pacific Bank with respect to a line of credit that was not sold to Gray1; and (4) the Redmans are in the process of finalizing a settlement agreement with First Private Bank. All of the settlements involve mutual releases, subject to various clawback and other provisons in the event of a subsequent attack or challenge of the settlements.

**B.**    Status of Outstanding Workout Negotiations

The Redmans remain extremely anxious to move forward with resolution of approximately 6-8 remaining potential guarantee claims. However, due to financial and other circumstances of various of the lender parties or agents, negotiations have been delayed with several of the lenders. Specifically, these include the following: (1) A representative of the FDIC/IndyMac Bank recently communicated they are still not in a position to negotiate a resolution of the IndyMac guarantee claims; (2) IMH is still first addressing issues with respect to the real property collateral; (3) The mortgage and loan servicing rights of Compass FP Corp ("Compass"), the loan servicer for two loans for which it acted as 2 of the 4 Petitioning Creditors in this Involuntary, were foreclosed on in October 2008 by Silar Advisors ("Silar"). Silar reportedly reached a tentative class action settlement, subject to documentation and approval, with a Receiver appointed to represent the interests of thousands of direct lenders in a Nevada District Court action involving numerous loans (including the two Compass loans relating to this Involuntary). As the class action settlement may involve a change in control of interests and servicing rights, it is not known at this time whether any settlement can move forward until the settlement is approved on a preliminary or final basis; (4) On or about November 21, 2008, the FDIC seized PFF Bank & Trust ("PFF"), and sold PFF to U.S. Bank, terminating the prior sale to FBOP that had aborted the prior tentative settlement between the Redmans and PFF; and (5) Counsel for First Bank are proceeding with an action against the Borrower and have not returned phone calls from the Redmans' counsel to discuss settlement of alleged clams with respect to the Redmans' guarantee. One or two other potential guarantee claims may also need to be addressed, however, the present focus is on the remaining claims above.

The Redmans will continue to attempt to resolve remaining disputes as circumstances permit and are hopeful that many if not all of the remaining guarantee claims can be addressed in the next 90-120 days, particularly the IMH, IndyMac and Compass claims which comprise the large majority of remaining guarantee claims..Additionally, the Redmans' counsel were informed this week by counsel for U.S Bank, who had represented PFF and its potential successor FBOP in the prior settlement negotiations, that the prior settlement proposal discussed by counsel will be presented to U.S. Bank.

### C. Liquidation of Assets

Pending settlements and ongoing legal fees and other expenses are depleting the Redmans' available cash. The Redmans are actively marketing their Santa Barbara Ranch, which is very costly to maintain and is anticipated to be the primary source of payment for remaining settlements. The Redmans are also continuing to pursue sale of certain personal property assets, including antiques and collector automobiles, which may raise cash to help fund settlements of some of the remaining disputes.

Dated: December 16, 2008

PACHULSKI STANG ZIEHL & JONES LLP

By _____
Richard M. Pachulski
Stanley E. Goldich
Attorneys for Alleged Debtors

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

    I, Myra Kulick, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On December 16, 2008, I caused to be served the ***REDMANS' STATUS REPORT REGARDING WORKOUT NEGOTIATIONS*** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by           to the addressee(s) as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on December 16, 2008, at Los Angeles, California.

*/s/ Myra Kulick*
Myra Kulick

## Service List

**U.S. Trustee**
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to Petitioners Beaumont Partners, L.P., a Nevada L.P.; Compass FP Corp., a Delaware corporation; and Marcella Signorelli, an individual**
David B. Golubchick, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel to Petitioner Compass FP Corp., a Delaware corporation**
Ori Katz
Steven Winick
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Counsel to First Bank**
Steven Casselberry
Michelman & Robinson
4 Hutton Centre Dr Ste 300
Santa Ana, CA, 92707

**Counsel to IMH**
Alisa C. Lacey
Stinson Morrison Hecker LLP
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004