Steven Casselberry, Esq. (SBN 74234)
Sheri Kanesaka, Esq. (SBN 240053)
Michelman & Robinson, LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707
scasselberry@mrllp.com
skanesaka@mrllp.com

Telephone:  (714) 557-7990
Facsimile:  (714) 557-7991

Attorneys for Creditor,
FB HOLDINGS, LLC (Assignee)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>LAWRENCE EUGENE REDMAN and JOY ANN REDMAN,<br><br>Debtors. | CASE NO.: 2:08-bk-21925-ER<br><br>CHAPTER 11<br><br>**FB HOLDINGS, LLC'S STATUS REPORT**<br><br>Date: May 21, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1568<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>Judge Ernest M. Robles |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL ATTORNEYS OF RECORD, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

Creditor FB Holdings, LLC, as the assignee of First Bank ("FB Holdings"), hereby submits the following Unilateral Status Report regarding this bankruptcy case (the "Status Report").

/ / /

1     This involuntary bankruptcy case was filed on or about
2  August 4, 2008 (the "Petition Date").  This case has been
3  pending for ten (10) months, yet Lawrence Eugene Redman and Joy
4  Ann Redman (the "Redmans" or the alleged "Debtors") have not yet
5  filed an answer to the involuntary petition.  (See Docket.)
6  Instead, the Debtors and the petitioning, unsecured creditors
7  (the "Petitioning Creditors") have colluded together to
8  forestall prosecuting this case.  The Debtors and the
9  Petitioning Creditors continue to stipulate and extend the time
10 by which the Debtors must file an answer, thereby delaying the
11 Court's adjudication on whether to enter an order for relief
12 against the Debtors pursuant to § 303(h).

13    On or around September, 2008, FB Holdings filed a state
14 court action (the "State Court Action") against certain
15 guarantors to First Bank's secured note with regard to a loan to
16 Fiesta Terra Vista Development II, LLC (the "Note").  FB
17 Holdings is the assignee of the Note and the current beneficial
18 owner and holder of the Note.  The Debtors are also guarantors
19 of the Note.  However, the State Court Action is stayed as a
20 result of this bankruptcy case.  The Debtors and the Petitioning
21 Creditors have effectively prevented FB Holdings from going
22 forward on its actions to pursue claims against the Debtors and
23 the other guarantors in the State Court Action and this
24 bankruptcy case, to the detriment of FB Holdings.

25    No resolution has been reached between the Debtors and FB
26 Holdings in this bankruptcy case.  Accordingly, FB Holdings will
27 shortly bring a motion to dismiss this involuntary case pursuant
28 to §§ 303(j) and 305.  In the alternative, FB Holdings

#93308

respectfully requests the Court to order the Debtors to file an answer to the involuntary petition as soon as possible.

Steven Casselberry, Esq.
Sheri Kanesaka, Esq.
MICHELMAN & ROBINSON, LLP

Dated:   May 8, 2009         By:   /s/ Sheri Kanesaka
                                    Sheri Kanesaka, Esq., Attorneys
                                    for FB Holdings, LLC

| In re: | CHAPTER 11 |
|---|---|
| LAWRENCE EUGENE REDMAN and JOY ANN REDMAN  Debtor(s). | CASE NUMBER: 2:08-bk-21925-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4 Hutton Centre, Suite 300, Santa Ana, CA 92707

A true and correct copy of the foregoing document described as **FB HOLDINGS, LLC'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 05/08/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 05/08/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
U.S. Bankruptcy Court
Edward R. Roybal Federal Bldg.
255 E. Temple Street
Los Angeles, CA 90012-3300

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/08/09 | Judy Jacobs | _/s/ Judy Jacobs_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| LAWRENCE EUGENE REDMAN and JOY ANN REDMAN | |
| Debtor(s). | CASE NUMBER: 2:08-bk-21925-ER |

**Debtor**
Lawrence Eugene Redman
269 Argonne Avenue
Long Beach, CA 90803

**Joint Debtor**
Joy Ann Redman
269 Argonne Avenue
Long Beach, CA 90803

**Counsel for Debtor**
Richard Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Ste. 1100
Los Angeles, CA  90067-4003

**United States Trustee**
725 S. Figueroa St., 26th Flr.
Los Angeles, CA 90017

**Atty for U.S. Trustee**
Ron Maroko
725 S. Figueroa St., Ste. 2600
Los Angeles, CA 90017

## Request for Special Notice

**Attorneys for IMH Secured Loan Fund**
Lawrence J. Hilton, Esq.
Hewitt & O'Neil LLP
1990 MacArthur Blvd.
Irvine, CA 92612

and

Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

**Counsel for Wells Fargo Bank, National Association**
Marc Andrews, Esq.
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Dr., Ste. 280
Diamond Bar, CA 91765-2456

**Creditor GE Money Bank**
c/o Ramesh Singh, Financial Controller
c/o Recovery Management Systems Corp.
25 S.E. Ave., Ste. 1120
Miami, FL  33131-1605

**Attorneys for Creditors Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution, LLC**
Katherine M. Windler, Esq.
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

**Attorneys for IndyMac Federal Bank FSB**
McCarthy Holthu
1770 Fourth Ave.
San Diego, CA 92101-2607

**Attorneys for PFF Bank & Trust**
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA  90017-1730

## Petitioning Creditors

**Attorneys for Integrated Financial Associates Inc. and Marcie Signorelli Petitioning Creditors**
David B. Golubchik,
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA  90067

**Attorney for Compass FP Corp., Petitioning Creditor**
Steven H. Winick, Esq.
Four Embarcadero Ctr 17th Flr
San Francisco, CA 94111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                  F 9013-3.1