Richard M. Pachulski (CA Bar No. 90073)
Stanley E. Goldich (CA Bar No. 92659)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

Attorneys for Alleged Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:08-21925-ER |
| Redman, Lawrence Eugene and Redman, Joy Ann, | Involuntary Bankruptcy Case |
| Alleged Debtors. | **DECLARATION OF DANIEL LIMON RE GUARANTY AND DEFICIENCY CLAIMS IN SUPPORT OF REQUEST FOR FURTHER STATUS CONFERENCE HEARING** |
| | Date:   May 21, 2009<br>Time:   11:00 a.m.<br>Place:  Courtroom 1568<br>          Edward R. Roybal Federal Bldg.<br>          255 East Temple Street<br>          Los Angeles, CA  90012<br>Judge: Honorable Ernest M. Robles |

**I, Daniel Limon, do declare and state as follows:**

1.     Since June, 2006 I have been employed as the acting chief financial officer, and chief financial officer ("CFO"), of Fiesta Development, Inc. ("Fiesta").  Before joining Fiesta, I worked for approximately 12 years reviewing and managing commercial real estate loans for various commercial real estate banks in Southern California.  The matters stated herein are within my personal knowledge and, if called as a witness, I could and would testify thereto.

2.    As part of my duties as CFO of Fiesta, I oversee both its financial operations and those of certain entities affiliated with Fiesta's principals, including: R&R Land Investors, LLC, Ten-Ninety, Ltd., R&D Land Investors, LLC, Ashby Financial Company, Inc., Fiesta Terra Vista Development, LLC, and Fiesta Terra Vista Development II, LLC (collectively with Fiesta, the "Borrower Entities").  As part of my duties, I am also familiar with the real estate development projects now and formerly owned by the Borrower Entities (collectively, "Projects") and with the practices of the Borrower Entities with respect to the preparation and maintenance of books and accounting records related to the Projects (collectively, "Project Books and Records").  The Project Books and Records were prepared in the regular course of business of the Borrower Entities as part of their regularly conducted business activities by or from information transmitted by persons with knowledge of the contents thereof.

3.    The Project Books and Records include records of loans made to the Borrower Entities, including the identities of the Projects, the Borrower Entities, and the Lenders therefor, as well as the balances due on such loans and the approximate values of the real estate secured by deeds of trust for such loans, the latter being based upon appraisals of the real property collateral performed by the relevant lenders and the Borrower Entities.  I have reviewed the Project Books and Records and have prepared a chart containing a summary of such information which is submitted herewith as Exhibit 1.

4.    Exhibit 1 contains the following information which is based upon my review of the Project Books and Records:  (a) first column: under the heading, "Project", the informal name of the Project; (b) second column: under the heading "Borrower/Entities", the name of the Borrower Entity which is the obligor under the loan for the Project; (c) third column: under the heading "Lender", the name of the lender on the Project; (d) fourth column: under the heading "Loan Balances As of 12/31/2008", the balance of principal and interest due under the Project loan as of December 31, 2008; (e) fifth column: under the heading "Estimated Value of Collateral/Foreclosure Bid", the estimated value of the real property collateral or, where foreclosure sales have occurred, the foreclosure bid; (f) sixth column:

under the heading "Estimated Deficiency Claim", the estimated amount of the Lender's claim under the guarantees given for the loans listed under the second, third and fourth columns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2009

_____
DANIEL LIMON

# EXHIBIT 1

## SUMMARY OF LOANS GUARANTEED BY LAWRENCE REDMAN,
## DEFICIENCY AMOUNTS AND SETTLEMENT PERCENTAGES AS OF 12/31/08

| PROJECT | BORROWER / ENTITIES | LENDER | LOAN BALANCES (1,2) AS OF 12/31/2008 | ESTIMATED VALUE OF COLLATERAL/ FORECLOSURE BID | ESTIMATED DEFICIENCY CLAIM |
|---|---|---|---|---|---|
| Coachella | R&R Land Investors | IMH | $ 37,714,292 | $ 9,070,000 | $ (28,644,292) |
| Kaiser / Quarry | Ten-Ninety, Ltd | Compass/Silar | $ 11,332,576 | $ 2,250,000 | $ (9,082,576) |
| ** Property was foreclosed on 2/13/08 and credit bid was $2,250,000 total for the two properties. | | | | | |
| Pierce | Fiesta Development | Compass/Silar | $ 9,717,261 | $ 682,500 | $ (9,034,761) |
| | | Total for Compass/Silar | $ 21,049,837 | $ 2,932,500 | $ (18,117,337) |
| MCR/Ballard | Fiesta Development | Diversified Pacific | $ 9,471,665 | $ 1,512,000 | $ (7,959,665) |
| Evergreen Estates and Line of Credit | Fiesta Development | PFF Bank | $ 18,495,655 | $ 6,839,460 | $ (11,656,195) |
| Beaumont | Fiesta Development | IFA | $ 12,581,579 | $ 2,000,000 | $ (10,581,579) |
| ** Property was foreclosed on 7/2/08 and credit bid was $2,000,000. | | | | | |
| Country View | Fiesta Development | Indymac Ventures, LLC | $ 4,794,370 | $ 3,825,000 | $ (969,370) |
| ADP Project | Fiesta, R&D, Ashby Fin. | Indymac Ventures, LLC | $ 29,764,303 | $ 4,291,000 | $ (25,473,303) |
| | | Total for Indymac Ventures, LLC | $ 34,558,673 | $ 8,116,000 | $ (26,442,673) |
| Cimarron Ridge | Fiesta Terra Vista | Bank Midwest | $ 24,436,391 | $ 10,160,000 | $ (14,276,391) |
| ** Property was foreclosed on 5/28/08 and credit bid was $10,160,000. | | | | | |
| Bundy Canyon | Fiesta Terra Vista II | First Bank/ FB Holdings | $ 7,579,787 | $ 1,700,000 | $ (5,879,787) |
| ** Property was foreclosed on 12/03/08 and credit bid was $1,700,000. | | | | | |
| Talavera | Ashby Financial Company | Gray1 CPB, LLC | $ 5,340,852 | $ 1,211,000 | $ (4,129,852) |
| Standby Letter of Credit | Ashby Financial Company | Central Pacific | $ 705,351 | $ - | $ (705,351) |
| | | TOTALS | $ 171,934,081 | $ 43,540,960 | $ (128,393,121) |

**NOTES:**

1) Loan balance amounts are estimated as of 12/31/08 for purposes of consistency, including loans of IFA and Central Pacific Bank where the full settlement payments were made prior thereto. Updated balances are not available from all of the lenders.

2) There may be additional late fees and other charges not included in the loan balances.

3) This Schedule does not include approximately $1.3 million in bond obligations guaranteed by Mr. Redman. It is not known at this time whether there will be any liability to Mr. Redman on the bond guarantees.

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

The foregoing document described ***DECLARATION OF DANIEL LIMON RE GUARANTY AND DEFICIENCY CLAIMS IN SUPPORT OF REQUEST FOR FURTHER STATUS CONFERENCE HEARING*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 18, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 18, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 18, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2009 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re:                                              |            | CHAPTER 11                        |
|-----------------------------------------------------|------------|-----------------------------------|
| Redman, Lawrence Eugene and Redman, Joy Ann,        | Debtor(s). | CASE NUMBER: 2:08-21925-ER        |

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Integrated Financial Associates Inc
dbg@lnbrb.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

**Notice will be mailed to**:

**U.S. Trustee**
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to Petitioners Beaumont Partners, L.P., a Nevada L.P.; Compass FP Corp.,a Delaware corporation; and Marcella Signorelli, an individual**
David B. Golubchick, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel to Petitioner Compass FP Corp., a Delaware corporation**
Ori Katz
Steven Winick
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Counsel to First Bank**
Steven Casselberry
Michelman & Robinson
4 Hutton Centre Dr Ste 300
Santa Ana, CA, 92707

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9013-3.1**

**Counsel to IMH**
Alisa C. Lacey
Stinson Morrison Hecker LLP
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004

**Request for Special Notice**

Counsel to US Bank – Special Assets
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer, a PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
*Email: rsoref@buchalter.com
       arhim@buchalter.com*

Counsel for IndyMac Venture LLC
David R. Krause-Leemon, Esq.
John A. Moe, II, Esq.
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa, Suite 3900
Los Angeles, CA 90017
*Email: dkrause-leemon@luce.com
       jmoe@luce.com*

Counsel to First Bank
Steven Casselberry, Esq.
David J. Williams, Esq.
Michelman & Robinson, LLP
4 Hutton Centre Suite 300
Santa Ana, CA 92707
*Email: scasselberry@mdlp.com*

Counsel for IMH Secured Loan Fund
Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

Counsel for Silar Advisors
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
*Email: katherine.windler@bryancave.com*

Counsel to Wells Fargo Bank
Marc Andrews
Office of the General Counsel
Wells Fargo & Co.
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435
(WFB 173122064-6171/SM)

Counsel for Diversified Pacific Opportunity Fund
Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
*Email: ljurich@loeb.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**