**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Creditor Silar Advisors, LP
Silar Special Opportunities Fund, LP;
and Asset Resolution, LLC (collectively "ARC")

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 08-21925-ER |
| LAWRENCE EUGENE REDMAN and JOY ANN REDMAN, | Assigned to the Honorable Ernest M. Robles |
| | Chapter 11 (Involuntary) |
| Debtor and Joint Debtor. | **CREDITOR ARC'S STATUS CONFERENCE REPORT** |
| | DATE:    May 21, 2009<br>TIME:    11:00 a.m.<br>PLACE:    Courtroom 1568<br>    Edward R. Roybal Federal Bldg.<br>    255 Eat Temple Street<br>    Los Angeles, CA 90012 |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure ("F.R.Civ.P."), Rule 26(f), Creditors Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution, LLC (collectively referred to as "ARC"), the agent(s) on behalf of the direct lender creditors of the above-captioned debtors ("Debtors"), by and through their counsel, Bryan Cave LLP, hereby submits the following Status Conference Report.

SM01DOCS732181.1

1  ARC has not yet received any financial information from the Debtors, or frankly, virtually
2  any information whatsoever.  Accordingly, ARC is not in a position to evaluate whether or not it
3  believes the case ought to be dismissed for the Debtors' failure to prosecute or whether the Court
4  should insist upon the Debtors' response to the involuntary petition.  The Debtors have requested
5  that ARC execute a confidentiality agreement with respect to any financial documents they might
6  provide, which agreement would provide, in principal part, for ARC to agree not to post any such
7  financial disclosure documents on the intra-net website it maintains for the benefit of the direct
8  lenders.  The execution of such an agreement might be offensive to some of the direct lenders who
9  hold an interest in the note, deed of trust and guaranty(s) executed by these Debtors.  This is
10 particularly true where the litigation between ARC and the direct lenders is quite contentious.

11      For such reasons, ARC request that the Court continue the status conference for only 30-45
12 days, or until June 24, 2009, when ARC hopes to be in a better position to evaluate its position as
13 a petitioning creditor.

16 Dated: May 19, 2009                    BRYAN CAVE LLP

18                                        By:    */s/ Katherine M. Windler*
19                                               Katherine M. Windler
                                                 Attorney for Creditor,
20                                               ASSET RESOLUTION CORPORATION

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On May 19, 2009, I served the foregoing document(s), described as **CREDITOR ARC'S STATUS CONFERENCE REPORT,** on the interested party(s) in this action, as follows:

**SEE ATTACHED SERVICE LIST**

☒    (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐    (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 19, 2009, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Pamela Davis*
Pamela Davis

# SERVICE LIST

| **Debtor** | **Counsel for Debtor** |
|---|---|
| Lawrence Eugene Redman | Richard Pachulski |
| Joy Ann Redman | Pachulski Stang Ziehl & Jones LLP |
| 269 Argonne Ave. | 10100 Santa Monica Blvd., Suite 1100 |
| Long Beach, CA 90803 | Los Angeles, CA 90067-4003 |

**Joint Debtor**
Joy Ann Redman
269 Argonne Ave.
Long Beach, CA  90803

**Counsel for United States Trustee**
Ron Maroko
725 S. Figueroa St., Suite 2600
Los Angeles, CA 90017

**Petitioning Creditors**

**Counsel for  Integrated Financial Associates, Inc.; Beaumont Partners LP, a Nevada LP; and  Marcie Signorelli**
David B. Golubchik
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

## REQUEST FOR SPECIAL NOTICE

**Counsel for PFF Bank & Trust**
Randye B. Soref
J. Alexandra Rhim
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

**Counsel for
Wells Fargo Bank, National Association**
Marc Andrews
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Dr., Suite 280
Diamond Bar, CA 91765-2456

**Counsel for IMH Secured Loan Fund**
Lawrence J. Hilton
Hewitt & O'Neil, LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612

**Counsel for IMH Secured Loan Fund**
Alisa C. Lacey
Stinson Morrison Hecker LLP
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004-4584

**Counsel for IndyMacFederal Bank FSB**
McCarthy Holthu
1770 Fourth Ave.
San Diego, CA 92101-2607

**Counsel for First Bank**
Steve Casselberry
David J. Williams
Michelman & Robinsons, LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

**GE Money Bank**
Ramesh Singh, Financial Controller
c/o Recovery Management Systems Corp.
25 S.E. Ave., Suite 1120
Miami, FL 33131-1605

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386