LANCE N. JURICH (SBN 132695)
ljurich@loeb.com
DERRICK TALERICO (SBN 223763)
dtalerico@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:    310-282-2000
Facsimile:    310-282-2200

Attorneys for Creditor
DIVERSIFIED PACIFIC
OPPORTUNITY FUND I, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | ) | Case No. 2:08-bk-21925-ER |
|---|---|---|
| LAWRENCE EUGENE REDMAN and JOY ANN REDMAN, | ) ) ) | Chapter 11 Involuntary Bankruptcy Case |
| Alleged Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Assigned to Hon. Ernest M. Robles Date:  May 21, 2009 Time:  11:00 a.m. Ctrm:  1568 **STATEMENT OF CREDITOR DIVERSIFIED PACIFIC OPPORTUNITY FUND I, LLC IN SUPPORT OF REQUEST FOR CONTINUANCE OF STATUS CONFERENCE HEARING** |

Diversified Pacific Opportunity Fund I, LLC ("Diversified") hereby submits its statement in support of allowing the alleged debtors Lawrence Eugene Redman and Joy Ann Redman ("Alleged Debtors") more time to meet with creditors. Diversified is the holder of one of the guarantee claims against the Alleged Debtors in the approximate amount of $8 million. Diversified has met with Alleged Debtors and has entered into a

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1867879.1
212847-10019

STATEMENT OF DIVERSIFIED PACIFIC IN SUPPORT OF REQUEST FOR
CONTINUANCE OF STATUS CONFERENCE HEARING

Settlement Agreement (a portion of which is payable over time) and believes that Alleged Debtors are making a good faith effort in dealing with <u>all</u> of their creditor constituencies. Counsel for Diversified has seen that Alleged Debtors have made a great deal of progress with Diversified and numerous other creditors during the pendency of this case and believes that Alleged Debtors should be allowed more time to continue in its progress with remaining creditor constituencies rather than be forced to litigate this involuntary case.

Thus, Diversified fully supports Alleged Debtors' request for additional time to negotiate settlements with lenders on guarantee claims and opposes the dismissal of the Involuntary Case, which would result in the perfection of the PFF Bank & Trust attachment now held by US Bank and is not in the interest of other creditors of Alleged Debtors.

Dated:  May 20, 2009

Respectfully submitted,

LOEB & LOEB LLP
LANCE N. JURICH
DERRICK TALERICO


By:   /s/ Derrick Talerico
      Derrick Talerico
      Attorneys for Creditor
      DIVERSIFIED PACIFIC OPPORTUNITY
      FUND I, LLC

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1867879.1
212847-10019

2
STATEMENT OF DIVERSIFIED PACIFIC IN SUPPORT OF REQUEST FOR
CONTINUANCE OF STATUS CONFERENCE HEARING

| In re:<br>Lawrence Eugene Redman and Joy Ann Redman | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:08-bk-21925-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, Suite 2200, Los Angeles, CA  90067**

The foregoing document described ***STATEMENT OF CREDITOR DIVERSIFIED PACIFIC OPPORTUNITY FUND I, LLC IN SUPPORT OF REQUEST FOR FURTHER STATUS CONFERENCE HEARING*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 20, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 20, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2009 | Kathryn M. Preson | */s/ Kathryn M. Presson* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                        **F 9013-3.1**

| In re:<br>Lawrence Eugene Redman and Joy Ann Redman | Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-bk-21925-ER |
|---|---|---|

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Integrated Financial Associates Inc
dbg@lnbrb.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

**Notice will be emailed to**:

David B. Golubchick, Esq.
*DBG@lnbrb.com*

Steven Winick
*shwinick@sheppardmullin.com*

Randye B. Soref, Esq.
*rsoref@buchalter.com*

J. Alexandra Rhim, Esq.
*arhim@buchalter.com*

David R. Krause-Leemon, Esq.
*Email: dkrause-leemon@luce.com*

John A. Moe, II, Esq.
*jmoe@luce.com*

Steven Casselberry, Esq.
*Email: scasselberry@mdlp.com*

Alisa C. Lacey, Esq.
*alacey@stinson.com*

Katherine M. Windler, Esq.
*Email: katherine.windler@bryancave.com*

**Notice will be mailed to**:

**U.S. Trustee**
Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to Petitioners Beaumont Partners, L.P., a Nevada L.P.; Compass FP Corp., a Delaware corporation; and Marcella Signorelli, an individual**
David B. Golubchick, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel to Petitioner Compass FP Corp., a Delaware corporation**
Ori Katz, Esq.
Steven Winick, Esq.
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Request for Special Notice**

Counsel to US Bank – Special Assets
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer, a PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Counsel for IndyMac Venture LLC
David R. Krause-Leemon, Esq.
John A. Moe, II, Esq.
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa, Suite 3900
Los Angeles, CA 90017

Counsel to First Bank
Steven Casselberry, Esq.
David J. Williams, Esq.
Michelman & Robinson, LLP
4 Hutton Centre Suite 300
Santa Ana, CA 92707

Counsel for IMH Secured Loan Fund
Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

Counsel for Silar Advisors
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Counsel to Wells Fargo Bank
Marc Andrews, Esq.
Office of the General Counsel
Wells Fargo & Co.
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435
(WFB 173122064-6171/SM)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**