John A. Moe, II, State Bar No. 66893
Michael H. Bierman, State Bar No. 89156
David R. Krause-Leemon, State Bar No. 185719
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731

Attorneys for Creditor Indymac Venture, LLC

FILED
MAY 21 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>REDMAN, LAWRENCE EUGENE and REDMAN, JOY ANN,<br><br>Debtors. | Case No. 2:08-bk-21925-ER<br><br>Chapter 11<br>Involuntary Bankruptcy<br><br>Hon. Ernest M. Robles<br><br>**STATEMENT OF CREDITOR INDYMAC VENTURE, LLC IN SUPPORT OF REQUEST FOR CONTINUANCE OF STATUS CONFERENCE HEARING**<br><br>Date: May 21, 2009<br>Time: 11:00 a.m.<br>Ctrm: 1568 |

Indymac Venture, LLC ("Indymac") hereby submits this statement in support of continuing the status conference in this matter until the hearing on the currently pending motion to dismiss to allow debtors Lawrence Eugene Redman and Joy Ann Redman ("Debtors") more time to negotiate settlements. Indymac is currently the holder of guarantee claims against the Debtors in the amount of $24 million and, as such, believes that it is the second largest creditor of Debtors' estate. Indymac has only recently begun settlement negotiations with Debtors, and it believes that

1 | the status conference should be continued for a short period of time in order to determine if

2 | settlement negotiations will prove fruitful.

3 | DATED: May 20, 2009                LUCE, FORWARD, HAMILTON & SCRIPPS LLP
                                        JOHN A. MOE, II
4 |                                     MICHAEL H. BIERMAN
                                        DAVID R. KRAUSE-LEEMON
5 |

6 |

7 |                                     By: _____
                                        David R. Krause-Leemon
8 |                                     Attorneys for Indymac Venture, LLC

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

## PROOF OF SERVICE

In re Redman, Lawrence Eugene and Redman, Joy Ann, Case No. 2-08-bk-21925-ER

Judge: Ernest M. Robles

Dept: 1568

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

On May 21, 2009, I served true copies of the following document(s) described as **STATEMENT OF CREDITOR INDYMAC VENTURE, LLC IN SUPPORT OF REQUEST FOR CONTINUANCE OF STATUS CONFERENCE HEARING** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address twaters@luce.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 21, 2009, at Los Angeles, California.

_____
Tracey Waters

## SERVICE LIST

| | |
|---|---|
| Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association<br>Sandra.g.mcmasters@wellsfargo.com | Stanley E. Goldich on behalf of Debtor Lawrence Redman<br>sgoldich@pszjlaw.com |
| David B. Golubchik on behalf of Petitioning Creditor Integrated Financial Associates, Inc.<br>dbg@lnbrb.com | Sheri Kanesaka on behalf of Creditor First Bank<br>skanesaka@mrllp.com |
| Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)<br>Ron.maroko@usdoj.gov | Leonard M. Shulman on behalf of Interested Party Courtesy NEF<br>lshulman@shbllp.com |
| Randye B. Soref on behalf of Creditor PFF Bank & Trust<br>rsoref@buchalter.com,<br>IFS_filing@buchalter.com | United States Trustee (LA)<br>Ustpregion16.la.ect@usdoj.gov |
| David J. Williams on behalf of Creditor First Bank<br>dwilliams@mrllp.com | Katherine M. Windler on behalf of Creditor Asset Resolution, LLC<br>Katherine.windler@bryancave.com |

Notice also emailed to:

| | |
|---|---|
| David B. Golubchick, Esq.<br>DBG@lnbrb.com | Steven Winick<br>shwinick@sheppardmullin.com |
| Randye B. Soref, Esq.<br>rsoref@buchalter.com | J. Alexandra Rhim, Esq.<br>arhim@buchalter.com |
| Steven Casselberry, Esq.<br>scasselberry@mdlp.com | Alisa C. Lacey, Esq.<br>alacey@stinson.com |
| Katherine M. Windler, Esq.<br>Katherine.windler@bryancave.com | |

Notice will be mailed to:

| | |
|---|---|
| U.S. Trustee<br>Office of the U.S. Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | Counsel to Petitioners Beaumont Partners, L.P., a Nevada L.P.; Compass FP Corp., a Delaware corporation; and Marcella Signorelli, an individual<br>David B. Glubchick, Esq.<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |

1

<u>Counsel to Petitioner Compass FP Corp., a Delaware corporation</u>
Ori Katz, Esq.
Steven Winick, Esq.
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**<u>Request for Special Notice:</u>**

| <u>Counsel to US Bank -- Special Assets</u> | <u>Counsel for First Bank</u> |
|---|---|
| Randye B. Soref, Esq. | Steven Casselberry, Esq. |
| J. Alexandra Rhim, Esq. | David J. Williams, Esq. |
| Buchlater Nemer, PC | Michelman & Robinson, LLP |
| 1000 Wilshire Boulevard, Suite 1500 | 4 Hutton Center Suite 300 |
| Los Angeles, CA 90017-2457 | Santa Ana, CA 92707 |
| | |
| <u>Counsel to IMH Secured Loan Fund</u> | <u>Counsel for Silar Advisors</u> |
| Alisa C. Lacey, Esq. | Katherine M. Windler |
| Stinson Morrison Hecker LLP | Bryan Cave, LLP |
| 1850 N. Central Avenue, Suite 2100 | 120 Broadway, Suite 300 |
| Phoenix, AZ 85004-4548 | Santa Monica, CA 90401-2386 |

<u>Counsel for Wells Fargo Bank</u>
Marc Andrews, Esq.
Office of the General Counsel
Wells Fargo & Co.
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435
(WFB 173122064-6171/SM)

201030778.1