DAVID B. GOLUBCHIK (SBN 185520)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re <br><br> LAWRENCE REDMAN, <br><br> Alleged Debtor. | CASE NO. 2:08-bk-21925-ER <br><br> Chapter 11 <br><br> **PETITIONING CREDITORS' COMMENTS TO FB HOLDINGS, LLC'S MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO 11 U.S.C. §§ 303 AND 305** <br><br> <u>Hearing:</u> <br> Date:  June 24, 2009 <br> Time:  11:00 a.m. <br> Place:  Courtroom1568 |

The Petitioning Creditors in the above-referenced involuntary bankruptcy case of

Lawrence Redman ("Redman") hereby file their comments to the Motion to Dismiss Involuntary

Case Pursuant to 11 U.S.C. §§ 303 and 305 ("Motion") filed by FB Holdings, LLC ("FB").

Pursuant to the Motion, FB asserts, without any basis in law or in fact, that the

Petitioning Creditors somehow "colluded" with Redman to commence this case to force creditors

to settle their disputes with the Debtor.  Contrary to FB's fictitious statements, and as has been

1

disclosed to the Court and FB since the commencement of this case, this case was commenced based on the fact that a creditor (PFF) obtained and recorded a writ of attachment with respect to Redman's real property which had substantial equity.  This case was commenced on the eve of the expiration of the preference period to ensure that the writ of attachment can be avoided for the benefit of all creditors, including FB.  Clearly, the actions of the Petitioning Creditors benefited the creditor body in this case.

Additionally, while FB now complains of this case pending for many months, it is important to note that FB attended numerous status conferences in this case.  At each status conference, the parties discussed continuing the status quo.  Until the filing of the Motion, FB never objected to, or expressed concern with, such continuances.  In fact, FB supported such continuances.  To now complain of the passage of time which FB affirmatively supported is disingenuous.

Dated:  June 10, 2009                         LEVENE, NEALE, BENDER, RANKIN
                                                                                                        & BRILL L.L.P.

By:    /S/ *David B. Golubchik*
                                                                                            DAVID B. GOLUBCHIK
                                                                                            Attorneys for Petitioning Creditors

PRINTED ON
RECYCLED PAPER

| In re:<br>LAWRENCE REDMAN,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-21925-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described **PETITIONING CREDITORS' COMMENTS TO FB HOLDINGS, LLC'S MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO 11 U.S.C. §§ 303 AND 305** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 11, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* Marc Andrews    sandra.g.mcmasters@wellsfargo.com
* Stanley E Goldich    sgoldich@pszjlaw.com
* David B Golubchik    dbg@lnbrb.com
* Sheri Kanesaka    skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com
* Ron Maroko    ron.maroko@usdoj.gov
* Leonard M Shulman    lshulman@shbllp.com
* Randye B. Soref    rsoref@buchalter.com, IFS_filing@buchalter.com
* Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
* David J Williams    dwilliams@mrllp.com
* Katherine M Windler    katherine.windler@bryancave.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 11, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNITEEXPRESS OVERNIGHT DELIVERY**
Hon. Meredith Jury
United States Bankruptcy Court
Central District of California
Riverside Division
3420 Twelfth Street, Ctrm 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

3

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 10, 2009**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA EMAIL**
twaters@LUCE.com
sandra.g.mcmasters@wellsfargo.com
sgolich@pszjlaw.com
skanesaka@mrllp.com
ron.maroko@usdoj.gov
lshulman@shbllp.com
rsoref@buchalter.com
ustpregion16.la.ect@usdoj.gov
dwilliams@mrllp.com
katherine.windler@bryancave.com
shwinick@sheppardmullin.com
arhim@buchalter.com
alacey@stinson.com
scasselberry@mdlp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2009 | David B. Golubchik | /s/ David B. Golubchik |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**