FILED & ENTERED

JUN 16 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

Lawrence Eugene Redman and Joy Ann Redman,

Debtors.

Case No: 2:08-bk-21925-ER

Chapter: 11

**ORDER SETTING CONTINUED STATUS CONFERENCE**

Date:       July 16, 2009
Time:       11:00 a.m.
Location:   Ctrm. 1568
            Roybal Federal Building
            255 East Temple Street
            Los Angeles, CA 90012

    The Court held a status conference with respect to the above-captioned involuntary petition on May 21, 2009. Good cause appearing, the Court HEREBY ORDERS that a continued status conference shall be held on July 16, 2009, at 11:00 a.m. in Courtroom 1568, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012.

    IT IS SO ORDERED.

DATED: June 16, 2009

_____
United States Bankruptcy Judge

- 1 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SETTING CONTINUED STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 5, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Marc Andrews    sandra.g.mcmasters@wellsfargo.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- David B Golubchik    dbg@lnbrb.com
- Sheri Kanesaka    skanesaka@mrllp.com
- Ron Maroko    ron.maroko@usdoj.gov
- Leonard M Shulman    lshulman@shbllp.com
- Randye B. Soref    rsoref@buchalter.com, IFS_filing@buchalter.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David J Williams    dwilliams@mrllp.com
- Katherine M Windler    katherine.windler@bryancave.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Alleged Debtors**
Lawrence Eugene Redman
Joy Ann Redman
269 Argonne Ave
Long Beach, CA 90803

**Counsel for Diversified Pacific Opportunity Fund I**
Lance N. Jurich
Derick Talerico
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067

**Counsel for FB Holdings, LLC**
Steven Casselberry
Sheri Kanesaka
Michelman & Robinson, LLP
4 Hutton Centre, Ste. 300
Santa Ana, CA 92707

**Counsel for Compass FP Corp.**
Steven H Winick
Four Embarcadero Ctr 17th Fl
San Francisco, CA 94111

**Counsel for IMH Secured Loan Fund**
Alisa C. Lacey
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004

**Counsel for OneWest Bank/IndyMac Ventures LLC**
David R. Krause-Leemon
John A. Moe
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa St., Ste. 3900
Los Angeles, CA 90017

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page