Steven Casselberry, Esq. (SBN# 74234)
Sheri Kanesaka, Esq. (SBN# 240053)
MICHELMAN & ROBINSON, LLP
4 Hutton Centre, Suite 300
Santa Ana, California 92707

714-557-7990 Telephone
714-557-7991 Facsimile
Email:  scasselberry@mrllp.com
Email:  skanesaka@mrllp.com

Attorneys for Creditor,
FB HOLDINGS, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re REDMAN, Lawrence Eugene and Joy Ann,<br><br>Alleged Debtors. | Case No.: 2:08-21925 ER<br><br>Chapter 11<br><br>**DECLARATION OF J. THOMAS MEADOWS IN SUPPORT OF FB HOLDINGS, LLC'S REPLY TO DEBTORS' OPPOSITION TO MOTION TO DISMISS**<br><br>Date:  June 24, 2009<br>Time:  11:00 a.m.<br>Place: Courtroom 1568, 15th Fl.<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br><br>Judge Ernest M. Robles |

I, J. THOMAS MEADOWS, declare as follows:

1.  I am a Special Assets Officer employed by First Bank, which is the authorized agent for FB Holdings, LLC ("FB Holdings"), a Creditor in the instant involuntary bankruptcy case of alleged debtors Lawrence Eugene Redman and Joy Ann Redman (together, the "Redmans" or the alleged "Debtors").

/ / /

1

2.  I am the Custodian of Records for FB Holdings' with regard to the records and files relevant to the Loan and Note[1] to Fiesta Terra Vista Development II, LLC ("Fiesta II"), which was guaranteed by the Debtors. I have personally worked on FB Holdings' files and related documents in connection with this Loan. I have personal knowledge of the facts set forth herein, or have gained knowledge of them from FB Holdings' records, which are maintained in the ordinary course of FB Holdings' business, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of FB Holdings' Reply (the "Reply") to the Debtors' Opposition (the "Debtors' Opposition"), and the Petitioning Creditors' Response (the "Response," and together with the Debtors' Opposition, the "Opposition") to FB Holdings' Motion to Dismiss the Involuntary Case (the "Motion to Dismiss").

3.  On or around late February, 2009, the Debtors proposed settlement terms to FB Holdings. Pursuant to financial information provided by the Debtors prior to entering into the Loan and Note and information provided subsequently regarding the Debtors' ability to pay the Note, the settlement terms were unacceptable to FB Holdings. As a result, FB Holdings rejected the settlement offer.

4.  To date, the Debtors have not proposed a settlement acceptable to FB Holdings and FB Holdings does not believe it should be forced to enter into or accept settlement terms to its detriment.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion to Dismiss.

DECLARATION OF J. THOMAS MEADOWS IN SUPPORT OF REPLY TO DEBTORS' OPPOSITION TO MOTION TO DISMISS

5. On information and belief, the Debtors and the Petitioning Creditors colluded together to file the Involuntary Case and to prevent the Court from either entering an order for relief against the Debtors or dismiss this Involuntary Case.

6. As a result, FB Holdings' cannot proceed in the State Court Action and obtain a judgment against the Debtors pursuant to the automatic stay.

7. In addition, after discussions with Mr. Casselberry, FB Holdings' counsel in this case, we agreed to give the Debtors a few months to respond to the filing of the Involuntary Petition and/or file a motion to dismiss. However, we realized that the Debtors' and the Petitioning Creditors' intent was to: (i) delay and stall all lawsuits against them; (ii) avoid disclosure of their financial information required by the filing of a voluntary bankruptcy case and in a normal involuntary proceeding; and (iii) gain an upper hand in pressuring settlement negotiations and agreements. Therefore, we subsequently filed the Motion to Dismiss on or around May 15, 2009.

8. Moreover, a dismissal of the Involuntary Case or entry of an order for relief against the Debtors pursuant to § 303 will not preclude settlement discussions between FB Holdings and the Debtors or the Debtors and the other creditors.

9. The Debtors have had more than enough time to attempt settlement negotiations with all of their creditors or proceed in the bankruptcy or state court actions - <u>approximately one year since the filing of this Involuntary Case.</u> However, they have refused to offer settlement terms acceptable to FB Holdings

3

1. under the guise that FB Holdings is uncooperative.

10. Therefore, the Court should enter an order for relief against the Debtors pursuant to § 303, require the Debtors to answer the involuntary petition, or dismiss this case.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of June 2009, at Orange County, California.

*[signature]*

J. Thomas Meadows
Special Assets Manager, First Bank, as agent for FB Holdings, LLC

| In re: LAWRENCE EUGENE REDMAN and JOY ANN REDMAN | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-21925-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4 Hutton Centre, Suite 300, Santa Ana, CA 92707

A true and correct copy of the foregoing document described as **FB HOLDINGS, LLC'S REPLY TO THE DEBTORS' AND PETITIONING CREDITORS' OPPOSITION TO MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO SECTIONS 303 AND 305** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 06/17/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
U.S. Bankruptcy Court
Edward R. Roybal Federal Bldg.
255 E. Temple Street
Los Angeles, CA 90012-3300
(VIA FEDERAL EXPRESS - TRACKING NO. 8557 4910 9903)

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/17/09 | Farida Baig | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: LAWRENCE EUGENE REDMAN and JOY ANN REDMAN | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-21925-ER |

**Debtor**
Lawrence Eugene Redman
269 Argonne Avenue
Long Beach, CA 90803

**Joint Debtor**
Joy Ann Redman
269 Argonne Avenue
Long Beach, CA 90803

**Counsel for Debtor**
Richard Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Ste. 1100
Los Angeles, CA 90067-4003

**United States Trustee**
725 S. Figueroa St., 26th Flr.
Los Angeles, CA 90017

**Atty for U.S. Trustee**
Ron Maroko
725 S. Figueroa St., Ste. 2600
Los Angeles, CA 90017

## Request for Special Notice

**Attorneys for IMH Secured Loan Fund**
Lawrence J. Hilton, Esq.
Hewitt & O'Neil LLP
1990 MacArthur Blvd.
Irvine, CA 92612

and

Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

**Counsel for Wells Fargo Bank, National Association**
Marc Andrews, Esq.
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Dr., Ste. 280
Diamond Bar, CA 91765-2456

**Creditor GE Money Bank**
c/o Ramesh Singh, Financial Controller
c/o Recovery Management Systems Corp.
25 S.E. Ave., Ste. 1120
Miami, FL 33131-1605

**Attorneys for Creditors Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution, LLC**
Katherine M. Windler, Esq.
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

**Attorneys for IndyMac Federal Bank FSB**
McCarthy Holthu
1770 Fourth Ave.
San Diego, CA 92101-2607

**Attorneys for PFF Bank & Trust**
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

## Petitioning Creditors

**Attorneys for Integrated Financial Associates Inc. and Marcie Signorelli Petitioning Creditors**
David B. Golubchik,
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Ste. 1700

Los Angeles, CA 90067

**Attorney for Compass FP Corp., Petitioning Creditor**
Steven H. Winick, Esq.
Four Embarcadero Ctr 17th Flr
San Francisco, CA 94111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

# File an answer to a motion:

2:08-bk-21925-ER Lawrence Eugene Redman and Joy Ann Redman

Type: bk                         Chapter: 11 i              Office: 2 (Los Angeles)
Assets: y                        Judge: ER

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Sheri Kanesaka entered on 6/17/2009 at 3:21 PM PDT and filed on 6/17/2009

**Case Name:**       Lawrence Eugene Redman and Joy Ann Redman
**Case Number:**     2:08-bk-21925-ER
**Document Number:** 34

**Docket Text:**
Reply to (related document(s): [29] Opposition filed by Debtor Lawrence Eugene Redman, Joint Debtor Joy Ann Redman) Filed by Creditor First Bank (Kanesaka, Sheri)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\fbaig\Desktop\FB Holdings, LLC's Reply to the Debtors' and Petitioning Creditors' Opposition to Motion to Dismiss Involuntary Case Pursuant to Sections 303 and 305.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/17/2009] [FileNumber=26242502-0] [8185b3b5b953400f28a07b041179ae9fdf6ee4fcd17be3d9097fcf80869355a396 9f099975b1d2e4b271b6542e786347513045e5024bf759db70c477dd1b81a3]]

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Compass FP Corp
dbg@lnbrb.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

**2:08-bk-21925-ER Notice will not be electronically mailed to:**

GE Money Bank
c/o Recovery Management Systems Corp
Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

David R Krause-Leemon on behalf of Creditor Indymac Venture, LLC
601 S Figueroa Ste 3900
Los Angeles, CA 90017

Richard Pachulski on behalf of Debtor Lawrence Redman
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Steven H Winick on behalf of Petitioning Creditor Compass FP Corp
Four Embarcadero Ctr 17th Fl
San Francisco, CA 94111