Alisa C. Lacey (AZ Bar No. 010571)
STINSON MORRISON HECKER LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
alacey@stinson.com

Lawrence J. Hilton (CA Bar No. 156524)
Hewitt & O'Neil, LLP
19900 MacArthur Blvd., Ste. 1050
Irvine, CA 92612
Tel: (949) 798-0500
lhilton@hewittoneil.com

Attorneys for IMH Secured Loan Fund

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>REDMAN, LAWRENCE and REDMAN, JOY ANN,<br><br>Alleged Debtors. | Case No. 2:08-bk-21925-ER<br><br>**Chapter 11**<br><br>**IMH SECURED LOAN FUND'S JOINDER IN OPPOSITION OF LARRY AND JOY REDMAN TO FB HOLDING, LLC'S MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO §§ 303 AND 305**<br><br>**Hearing:**<br><br>Date:  June 24, 2009<br>Time:  11:00 a.m.<br>Ctrm.:  1568 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND TO OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that IMH Secured Loan Fund ("IMH"), a creditor of the Alleged Debtors, hereby joins in the Opposition Of Larry And Joy Redman To FB Holding, LLC's Motion To Dismiss Involuntary Case Pursuant To §§ 303 And 305 (the "Opposition"), and states as follows:

As discussed in detail in the Opposition and the Declaration of Larry E. Redman in Support Thereof (the "Redman Declaration"), the Alleged Debtors have made significant efforts to resolve IMH's claim, which at approximately $40 million makes IMH the largest of the Alleged Debtor's creditors. As a result of those efforts, on June 8, 2009, IMH and the Alleged Debtors reached an agreement to settle IMH's claim, which is in the process of being documented. (Redman Declaration ¶ 16.) IMH believes the pending involuntary case helped facilitate the settlement with the Alleged Debtors.

For the reasons stated above and in the Opposition and Redman Declaration, IMH respectfully requests that this Court deny FB Holding's LLC's Motion to Dismiss Involuntary Case Pursuant To §§ 303 And 305 in its entirety.

DATED: June 18, 2009

HEWITT & O'NEIL LLP
LAWRENCE J. HILTON

By: _____
Lawrence J. Hilton

Attorneys for IMH SECURED LOAN FUND

| In re:<br>**Redman, Lawrence Eugene and Redman, Joy Ann** | Debtor(s). | CHAPTER **11**<br>CASE NUMBER **2:08-21925-ER** |
|---|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 19900 MacArthur Boulevard, Suite 1050, Irvine, California 92612

The foregoing document described **IMH SECURED LOAN FUND'S JOINDER IN OPPOSITION OF LARRY AND JOY REDMAN TO FB HOLDING, LLC'S MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO §§ 303 AND 305** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 18, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **June 18, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hand Delivery
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 18, 2009 | Patricia Ann Garnica | /s/ Patricia Ann Garnica |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
H&O 74361

**F 9013-3.1**

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Integrated Financial Associates Inc
dbg@lnbrb.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,         Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**Notice will be mailed to**:

<u>U.S. Trustee</u>
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

<u>Counsel to Petitioners Beaumont Partners, L.P., a Nevada L.P.; Compass FP Corp., a Delaware corporation; and Marcella Signorelli, an individual</u>
David B. Golubchick, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Counsel to Petitioner Compass FP Corp., a Delaware corporation
Ori Katz
Steven Winick
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Request for Special Notice**

Counsel to US Bank – Special Assets
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer, a PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Counsel for IndyMac Venture LLC
David R. Krause-Leemon, Esq.
John A. Moe, II, Esq.
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa, Suite 3900
Los Angeles, CA 90017

Counsel to First Bank
Steven Casselberry, Esq.
David J. Williams, Esq.
Michelman & Robinson, LLP
4 Hutton Centre Suite 300
Santa Ana, CA 92707

Counsel for IMH Secured Loan Fund
Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

Counsel for Silar Advisors
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Counsel to Wells Fargo Bank
Marc Andrews
Office of the General Counsel
Wells Fargo & Co.
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435
(WFB 173122064-6171/SM)

Counsel for Diversified Pacific Opportunity Fund
Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120