John A. Moe, II, State Bar No. 066893
David R. Krause-Leemon, State Bar No. 185719
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731

Attorneys for Indymac Ventures, LLC

FILED
JUN 19 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

Redman, Lawrence Eugene and
Redman, Joy Anns,

    Alleged Debtors.

Case No. 2:08-bk-21925-ER

Adv No.
Chapter 11

The Hon. Ernest M. Robles

**JOINDER OF CREDITOR INDYMAC VENTURES, LLC, IN THE OPPOSITION FILED BY LARRY AND JOY REDMAN TO FB HOLDINGS, LLC'S MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO §§ 303 AND 305**

Date:    June 24, 2009
Time:    11:00 a.m.
Crtrm.:  1568
           255 East Temple Street
           Los Angeles, CA 90012

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL ATTORNEYS OF RECORD, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

    Indymac Ventures, LLC, herein files this Joinder in the Opposition Of Larry And Joy Redman To FB Holdings, LLC's Motion To Dismiss Involuntary Case Pursuant To §§ 303 And 305.

/ / /

## I.

## **INDYMAC VENTURES, LLC**

On July 11, 2008, IndyMac Bank, F.S.B. ("IndyMac"), a federally chartered savings bank, with its principal place of business in Pasadena, California, was closed by the Office Of Thrift Supervision and the Federal Deposit Insurance Corporation ("FDIC") was appointed as the Receiver for IndyMac. Pursuant to 12 U.S.C. § 1821(c)(2)(A)(ii), the Receiver assumed all rights, titles, powers, privileges, and operations of IndyMac.

On July 11, 2008, a new institution, IndyMac Federal Bank, F.S.B. ("IndyMac Federal"), was chartered and all of the insured deposits and substantially all of the assets of the Receiver, including the loans at issue in this litigation, were transferred to IndyMac Federal. IndyMac Federal was then placed into conservatorship and the FDIC was appointed as Conservator. Pursuant to 12 U.S.C. § 1821(c)(2), the FDIC as Conservator assumed all rights, titles, powers, privileges, and operations of IndyMac Federal.

On or about March 19, 2009, the FDIC as Conservator, transferred to Indymac Ventures, LLC ("Indymac Ventures"), certain assets of IndyMac Federal, including the loans at issue in this action, thereby making Indymac Ventures the real party-in-interest in this action.

## II.

## **JOINDER IN OPPOSITION**

For the reasons set forth within the Redmans' Opposition, including the fact that it appears to Indymac Ventures that the Redmans have continued to diligently pursue, in good faith, settlement agreements with those parties to whom the Redmans have obligations, Indymac Ventures joins in the Redmans' Opposition To The Motion To Dismiss.

/ / /

/ / /

## III.

## **CONCLUSION**

Indymac Ventures asks the Court to deny, without prejudice, the Motion To Dismiss the Involuntary Petition filed by FB Holdings, LLC.

DATED: June 19, 2009

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
JOHN A. MOE, II
DAVID R. KRAUSE-LEEMON

By: _____
John A. Moe, II
Attorneys for Indymac Ventures, LLC

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

On June 19, 2009, I served true copies of the following document(s) described as **JOINDER OF CREDITOR INDYMAC VENTURES, LLC, IN THE OPPOSITION FILED BY LARRY AND JOY REDMAN TO FB HOLDINGS, LLC'S MOTION TO DISMISS INVOLUNTARY CASE PURSUANT TO §§ 303 AND 305** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was 213.892.7731. No error was reported by the fax machine that I used.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address gspratt@luce.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2009, at Los Angeles, California.

_Glenda Spratt_
Glenda Spratt

# SERVICE LIST

**VIA FACSIMILE and E-MAIL**
Richard Pachulski, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4003
Tel: 310.277.6910
Fax: 310.201.0760
E-Mail: rpachulski@pszjlaw.com
*Counsel for Debtor*

**VIA FACSIMILE and E-MAIL**
Steven Casselberry, Esq.
Sheri Kanesaka, Esq.
Michelman & Robinson, LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707
Tel: 714.557.7990
Fax: 714.557.7991
E-mail: scasselberry@mrllp.com
skanesaka@mrllp.com
*Counsel for Creditor FB Holdings, LLC*

## VIA U. S. MAIL

Lawrence Eugene Redman
269 Argonne Avenue
Long Beach, CA 90803
*Debtor*

Ron Maroko
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
*United States Trustee*

Joy Ann Redman
269 Argonne Avenue
Long Beach, CA 90803
*Joint Debtor*

### Request For Special Notice

Lawrence J. Hilton, Esq.
Hewitt & O'Neil LLP
1990 MacArthur Blvd.
Irvine, CA 92612

and

Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584
*Attorneys for IMH Secured Loan Fund*

Ramesh Singh, Financial Controller
Recovery Management Systems Corp.
25 S.E. Avenue, Suite 1120
Miami, FL 33131-1605
*Creditor GE Money Bank*

Katherine M. Windler, Esq.
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
*Attorneys for Creditors Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution, LLC*

Marc Andrews, Esq.
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Dr., Suite 280
Diamond Bar, CA 91765-2456
*Counsel for Wells Fargo Bank, N.A.*

McCarthy Holthu
1770 Fourth Avenue
San Diego, CA 92101-2607
*Attorneys for IndyMac Federal Bank, F.S.B.*

Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730
*Attorneys for PFF Bank & Trust*

### Petitioning Creditors

David B. Golubchik
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
*Attorneys for Integrated Financial Associates, Inc., and Marci Signorelli – Petitioning Creditors*

Steven H. Winick, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
*Attorney for Compass FP Corp., Petitioning Creditor*

Case No. 2:08-bk-21925-ER
INDYMAC VENTURES' JOINDER RE MOTION
TO DISMISS INVOLUNTARY CASE

201033008.1