Richard M. Pachulski (CA Bar No. 90073)
Stanley E. Goldich (CA Bar No. 92659)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for Alleged Debtors

```
┌─────────────────────────────┐
│          FILED              │
│   ┌──────────────────┐      │
│   │   JUL 09 2009     │     │
│   └──────────────────┘      │
│  CLERK U.S. BANKRUPTCY COURT │
│ CENTRAL DISTRICT OF CALIFORNIA│
│ BY_____ Deputy Clerk│
└─────────────────────────────┘
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>          Alleged Debtors. | Case No.: 2:08-21925-ER<br><br>Involuntary Chapter 11<br><br>**REDMANS' STATUS REPORT REGARDING WORKOUT NEGOTIATIONS AND STATEMENT REGARDING COURT'S ORDER TO SHOW CAUSE**<br><br>Date:   July 16, 2009<br>Time:   11:00 a.m.<br>Place:   Courtroom 1568<br>        Edward R. Roybal Federal Bldg.<br>        255 East Temple Street<br>        Los Angeles, CA 90012<br>Judge:   Honorable Ernest M. Robles |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE:**

Lawrence Eugene Redman ("Larry Redman" or "Mr. Redman") and Joy Redman (collectively, the "Redmans"), the alleged debtors in the above referenced Involuntary Bankruptcy Case (the "Involuntary Case"), hereby submit the following Status Report Regarding Workout Negotiations (the "Status Report") and Statement (the "Statement") regarding the Court's order to show cause (the "OSC") set for hearing on September 1, 2009 at 10:00 a.m. in the herein Involuntary Case

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## A.    Status of Settlement and Workout Negotiations

The Redmans are continuing to make progress in settlement negotiations with several lenders regarding guarantee claims. Specifically, the updated status is the following:

- IMH: The Redmans and IMH are continuing to work on the documentation of the settlement of IMH's claim agreed to in June. This includes discussions with U.S. Bank regarding an intercreditor agreement with respect to a pari passu lien on the Redman's Ranch.

- IndyMac Ventures: The parties have had further settlement discussions and IndyMac has just sent a counterproposal to a settlement proposal of the Redmans that is currently being reviewed. It is anticipated there will be further discussions and negotiations regarding the settlement terms over the next couple of weeks.

- Silar Advisors: Silar executed a revised Confidentiality Agreement agreed to by the parties and additional information regarding the Redmans' assets, liabilities and financial affairs has been provided to counsel for Silar. Counsel for the Redmans and Silar have also discussed possible participation in settlement discussions of a representative or representatives of direct lenders for the two subject loans and have both spoken to counsel for a group of direct lenders involved in the Nevada District Court litigation with Silar about this. Silar's description of the USACM bankruptcy case, its financing and foreclosure on the Compass interests and the status of the Nevada District Court action in the USACM case, Case No.: 2:07-cv-00892-RCJ-GWF, and the standing of Silar is set forth in an attachment (the "Attachment") to the Case Management Statement ("CMS") filed by Silar on July 1, 2009 in the action originally filed on September 20, 2007 by Compass FB Corp in the Superior Court of California, County of Orange, Case No. 07-CC-09823. A true and correct copy of the CMS with the Attachment is attached hereto as **Exhibit A**. It is the understanding of the Redmans' counsel that the District Court ruled on some issues at the July 6, 2009 hearing, but certain questions relating to Silar's standing and interests were not fully resolved or adjudicated and will be addressed in subsequent proceedings or agreements of the parties. Attached hereto as **Exhibit B** is the recent Docket in the District Court action from May 1, 2009 to July 8, 2009.

- Diversified: The parties have discussed a modification of the prior settlement to provide an extension of time for the final payment requested by the Redmans. At this time no agreement has been reached.

- U.S.Bank: In addition to discussions regarding implantation of IMH's pari passu lien, counsel for the Redmans and U.S. Bank have discussed issues regarding the timeframe for confirmation of a chapter 11 Plan.

## B.    Redmans Statement regarding OSC

The Redmans will be continuing to attempt to reach resolution of remaining guarantee claims

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    prior to the September 1, 2009 date set by the Court on the OSC.  In order to expeditiously proceed

2    to a confirmation hearing on a chapter 11 Plan in the event an order for relief is consented to or

3    entered by this Court on the OSC, the Redmans and their professionals are also in the process of

4    preparing (i) updates of the prior draft Schedules and Statement of Financial Affairs as of the

5    August 4, 2008 Petition Date of the Involuntary Case, and (ii) a proposed plan and disclosure

6    statement incorporating settlements which have been reached on guarantee claims.

7        The Redmans anticipate they will consent to entry of an Order for relief at the time of the

8    hearing on the OSC or within 20 days thereafter unless (i) it appears likely that with further

9    additional time resolutions can be reached with remaining parties asserting guarantee claims _and_ (ii)

10   no parties object to additional time.  If there are any objections by lender parties the Redmans will

11   either agree to an order for relief or dismissal of the Involuntary Case within approximately 20 days

12   of the September 1, 2009 hearing on the OSC.

13   Dated:    July 9, 2009                    PACHULSKI STANG ZIEHL & JONES LLP

14

15                                        By    _/s/ Stanley E. Goldich_
                                                Richard M. Pachulski
16                                              Stanley E. Goldich
                                                Attorneys for Alleged Debtors

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **BRYAN CAVE LLP**<br>Katherine M. Windler (SBN: 158899)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>TELEPHONE NO.: 310/576-2100    FAX NO. *(Optional)*: 310/576-2200<br>E-MAIL ADDRESS *(Optional)*: katherine.windler@bryancave.com<br>ATTORNEY FOR *(Name)*: Silar Advisors, LP., Silar Special Opportunities Fund, LP and<br>Asset Resolution, LLC (collectively "ARC") | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS:   700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE:   Santa Ana, CA 92701
BRANCH NAME:   Central Justice Center Courthouse

PLAINTIFF/PETITIONER: Compass FP Corp
DEFENDANT/RESPONDENT: Richard Ashby and Lawrence Redman, et al.

| **CASE MANAGEMENT STATEMENT** | | CASE NUMBER:<br>07-CC-09823 |
|---|---|---|
| *(Check one):*  ☒  **UNLIMITED CASE**<br>(Amount demanded<br>exceeds $25,000) | ☐  **LIMITED CASE**<br>(Amount demanded is $25,000<br>or less) | |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 07/17/2009        Time: 8:30 a.m.    Dept.: C24      Div.:        Room:

Address of court *(if different from the address above)*:

☐    Notice of Intent to Appear by Telephone, by *(name)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☒    This statement is submitted by party *(name)*: ARC
   b. ☐    This statement is submitted **jointly** by parties *(names)*:


2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a.   The complaint was filed on *(date)*: 11/28/2007
   b. ☐    The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☒    All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed,
   b. ☐    The following parties named in the complaint or cross-complaint
      (1)  ☐    have not been served *(specify names and explain why not)*:

      (2)  ☐    have been served but have not appeared and have not been dismissed *(specify names)*:

      (3)  ☐    have had a default entered against them *(specify names)*:

   c. ☒    The following additional parties may be added *(specify names, nature of involvement in case, and the date by which
            they may be served)*: ARC, by motion in intervention.


4. **Description of case**
   a.   Type of case in   ☒   complaint   ☐   cross-complaint        *(Describe, including causes of action)*:

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2009]        **CASE MANAGEMENT STATEMENT**        American LegalNet, Inc.
www.FormsWorkflow.com        Page 1 of 4
Cal. Rules of Court,
rules 3.720-3.730
www.courtinfo.ca.gov

**CM-110**

| PLAINTIFF/PETITIONER: Compass FP Corp | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Richard Ashby, et al. | 07-CC-09823 |

4.  b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
     See Attachment.

☒    *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
    The party or parties request   ☐ a jury trial.   ☒ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
    a.  ☐   The trial has been set for *(date):*
    b.  ☒   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):* Plaintiff in intervention expects to be ready for trial in six (6) months.

    c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
         None currently set.

7.  **Estimated length of trial**
    The party or parties estimate that the trial will take *(check one):*
    a.  ☒   days *(specify number):* 2 days
    b.  ☐   hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
    The party or parties will be represented at trial      ☒ by the attorney or party listed in the caption      ☐ by the following:
    a.   Attorney:
    b.   Firm:
    c.   Address:
    d.   Telephone number:
    e.   Fax number:
    f.   E-mail address:
    g.   Party represented:
    ☐    Additional representation is described in Attachment 8.

9.  **Preference**
    ☐    This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
    a.  Counsel       ☒ has       ☐ has not      provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.

    b.  ☐   All parties have agreed to a form of ADR. ADR will be completed by *(date):*
    c.  ☐   The case has gone to an ADR process *(indicate status):*

---

American LegalNet, Inc.
www.FormsWorkflow.com

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Compass FP Corp | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Richard Ashby, et al.. | 07-CC-09823 |

10. d.   The party or parties are willing to participate in *(check all that apply)*:

(1) ☒ Mediation

(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) ☐ Binding judicial arbitration

(5) ☐ Binding private arbitration

(6) ☐ Neutral case evaluation

(7) ☐ Other *(specify)*:

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit,

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption)*:

**11. Settlement conference**

☒ The party or parties are willing to participate in an early settlement conference *(specify when)*:
Anytime.

**12. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:

b. Reservation of rights:   ☐ Yes   ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☒ Bankruptcy      ☒ Other *(specify)*: See Attachment.
Status:

**14. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to    ☐ consolidate    ☐ coordinate    will be filed by *(name party)*:

**15. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**16. Other motions**

☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:
Plaintiff in intervention expects to bring a motion for summary judgment.

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.
www.FormsWorkflow.com

**CM-110**

| PLAINTIFF/PETITIONER: Compass FP Corp | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Richard Ashby, et al. | 07-CC-09823 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| ARC | Request for Admissions | Within 3 months |
| | Request for Production of Documents | Within 3 months |
| | Schedule two (2) Depositions | Within 3 months |

c. ☐ The following discovery issues are anticipated *(specify):*

**18. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**20. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*
Plaintiff in intervention has not yet been heard by the court.

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**21. Total number of pages attached** *(if any):* ____2____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: July 1, 2009

Katherine M. Windler
_____
**(TYPE OR PRINT NAME)**

► _____
**(SIGNATURE OF PARTY OR ATTORNEY)**

_____
**(TYPE OR PRINT NAME)**

► _____
**(SIGNATURE OF PARTY OR ATTORNEY)**

☐ Additional signatures are attached.

| CM-110 [Rev. January 1, 2009] | **CASE MANAGEMENT STATEMENT** | Page 4 of 4 |
|---|---|---|
| 739326.1 | | American LegalNet, Inc. www.FormsWorkflow.com |

ATTACHMENT

July 17, 2009

Compass FP Corp. v. Redman, et al.; Case No. 07-CC-09823

Sections 4B and 13 of the Status Conference Report:

**Based on the following information, ARC requests that this Court continue the status conference for approximately 60 days until the ruling of the District Court for Nevada can be clarified.**

### A    Filing of this Report

Silar Advisors, LP,  Silar Special Opportunities Fund, LP and Asset Resolution, LLC (hereinafter referred to collectively as "ARC") files this report through its counsel, Bryan Cave LLP.  This report sets forth the status as of the status conference on July 17, 2009.

### B    The Instant Case

This case was commenced on September 19, 2007 by the filing of a complaint by Compass FP Corp. ("Compass") to recover on guaranties of approximately $6.5 million against Richard Ashby and Lawrence Redman in Orange County.  ARC believes that answers were filed in November 2007 and some discovery commenced in July 2008, but filing party herein, ARC, has no access to the full legal file held by the previous counsel to Compass, and is not aware of the scope of that discovery to date. Compass did not fully satisfied the legal fees charged by Sheppard Mullin, the prior counsel, and it is unclear where those files currently reside.

An involuntary bankruptcy petition was filed against Lawrence Redman on August 15, 2008.  The Bankruptcy Court's ruling on the involuntary petition has been continued to September 1, 2009 which is a pending Order to Show Cause date.  A preliminary status conference on the order for relief is also set to be held on July 16, 2009 at 11 a.m. in Courtroom 1568 at 255 E Temple St., Los Angeles, CA 90012.

Trial in this state court litigation was originally anticipated for September 22, 2008, but continued to January 26, 2009, and thereafter stayed due to bankruptcy.  One review hearing was set February 20, 2009, and then continued 5 months to July 17, 2009.  ARC believed that the involuntary would be resolved during that time frame, but ARC's request to expedite the order for relief was not granted by the bankruptcy court, and Judge Robles set the OSC re Order for Relief on September 1, 2009.

No trial date or mediation date has been set by this Court.

### C    USA Capital Bankruptcy Auction Sale

On April 13, 2006, USA Commercial Mortgage Company ("USACM") and certain of its affiliates, including USA Capital First Trust Deed Fund, LLC ("FTDF") (collectively the "Debtors"), filed voluntary chapter 11 bankruptcy petitions before Judge Linda Riegle (United

States Bankruptcy Court, District of Nevada). On September 22, 2006, the Debtors filed a motion scheduling an auction of substantially all of their assets (the "Sale Motion"). Judge Riegle approved the Sale Motion on November 8, 2006.

Compass USA SPE LLC ("Compass SPE") and Compass Financial Partners LLC (collectively, "Compass") was the winning bidder and the auction sale was memorialized in an Asset Purchase Agreement dated December 8, 2006. By its winning bid, Compass had the right to file the instant case, to protect its interest and that of all the direct lenders who hold small fractional interests in the underlying loan. The APA set forth the terms of Compass's acquisition of the USACM Debtor's assets. These assets included the contractual right to service USACM's loan portfolio, including the right to various accrued and future fees and sums due the loan servicer as defined under each of the LSAs (collectively, the "Servicing Rights"). The sale to Compass closed on February 16, 2007.

It was this sale that gave Compass the right to pursue recovery on the loans made by USACM against borrowers and guarantors, like the instant case.

The approval of the Sale Motion, the confirmation of the plan and other things were appealed. That continuing litigation is being heard by the United States District Court for the District of Nevada, the Honorable Judge Jones presiding.

**D    Silar's Financing of Compass' Acquisition**

Silar Advisors, LP ("Silar"), on behalf of its managed funds, financed Compass' $67 million acquisition of the Debtors' assets through a repurchase transaction with the Servicing Rights and the Purchased Loans as collateral. The loan was documented under a Master Repurchase Agreement that operated like a financing. Although denoted as a purchase by Silar and a repurchase by Compass SPE of the Purchased Assets, the transaction between Compass SPE and Silar was a loan secured by collateral (i.e., the Purchased Assets).

By the Repurchase Agreement, Silar became Compass' lender and was secured by the Purchased Assets. Silar perfected its security interest in the Purchased Assets by filing a UCC-1 financing statement in the State of Delaware. The Repurchase Agreement granted Silar explicit rights and remedies in the event Compass SPE defaulted on its obligations under the Repurchase Agreement.

**E    ARC's Foreclosure on Compass SPE's Interests in the Purchased Assets**

Silar foreclosed on Compass through ARC when Compass' resources were completely drained. Silar exercised its rights under its Repurchase Agreement with Compass and, effective as of September 26, 2008, took ownership of the Purchased Assets. To accomplish this task, Silar created ARC, which is an acceptable method to foreclose on assets.

**F    The District Court March 16, 2009 Ruling**

Following the foreclosure by ARC, hundreds of the direct lenders who hold interest in the loans and the ultimate recovery of any proceeds or judgment in this litigation, objected to the successor status of ARC, and asked the District Court in Nevada to determine that ARC was not the servicer and that the rights to pursue litigation and collection rested directly in them.

ARC opposed that position, and on March 16, 2009, District Court Judge Jones orally ruled that ARC became, as a result of foreclosure, the assignee of Compass SPE's interests in the contractual Servicing Rights (the "Ruling"). ARC believes that the Ruling gives ARC the authority to now seek plaintiff in intervention status in this litigation (among many more). Thus, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, the District Court agreed to enter an order substituting Silar as Compass SPE's assignee of the Servicing Rights and recognizing the assignment of those rights to ARC.

Following the March 16, 2009 hearing, the District Court directed all parties to cooperate in the formulation of an order that reflected his ruling. Unfortunately, more than a month passed and the parties did not concur, leading Judge Jones to enter his own form of order on April 20, 2009. That order does not fully reflect the oral ruling of the March 16, 2009 hearing and multiple parties objected.

**G    The Challenge to The District Court March 16, 2009 Ruling and the Current Status**

In April and May, numerous parties sought a reconsideration of the April 20, 2009 order and conference calls were held with Judge Jones. Judge Jones agreed to modify the form of order to make clear the standing of Silar and ARC to intervene in the place of Compass. Finally, on May 11, 2009, the District Court held a hearing on the request of Silar and ARC to reconsider the form of order entered on April 20, 2009 and the District Court directed the parties to submit alternative forms of order.

While the language requested by the various parties has been submitted to the District Court, *Judge Jones has not yet ruled on those requests*. His next hearing is scheduled on July 6, 2009, but it is not expected he will take up the standing order. The July 6 hearing calendar is very full with a variety of summary judgment and summary adjudication matters, and so the standing order is not likely to be entered in July.

Importantly, until Judge Jones makes clear that Silar and ARC have standing to intervene in the place of Compass, its ability to negotiate a settlement with the defendants through their counsel is very limited. While the defendants are willing to discuss a stipulated judgment with a waiver of certain enforcement rights upon conditions that recognize their fiscal reality, they too are constrained when they don't have assurances that any deal will be binding on the 3,500 plus investors.

In the meantime, Redman and his counsel have met with ARC's counsel and ARC executed a confidentiality agreement. ARC is waiting for a voluntary production of financial documents and records that it can evaluate to determine its willingness to recommend a settlement to the Direct Lenders.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On July 1, 2009, I served the foregoing document(s), described as **CASE MANAGEMENT STATEMENT**, on the interested party(s) in this action, as follows:

Stanley E. Goldich                               *Attorneys for Defendants*
Pachulski Stang Ziehl & Jones LLP                *Lawrence Eugene Redman and Joy Ann Redman*
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

John J. Kendrick, Jr.                            *Attorneys for Defendant*
Jane Grilliot Kearl                              *Richard K. Ashby*
Kendrick, Jackson & Kearl
19800 MacArthur Blvd., Suite 270
Irvine, CA 92612

☒    (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐    (BY FACSIMILE). On July 1, 2009, at the time indicated on the transmission record, I transmitted the foregoing document(s) by facsimile to the facsimile number(s) indicated on this Proof of Service from the facsimile machine having the number of (310) 576-2200. The transmission of the document(s) to these facsimile number(s) was reported as complete and without error  Pursuant to California Rule of Court 2008, I caused the machine to print a transmission record of the transmission to the recipients named in this Proof of Service, a true and correct copy of which has been retained by Bryan Cave LLP in the ordinary course of business and is available for inspection if necessary.

☐    (BY OVERNIGHT DELIVERY)  I deposited in a box or other facility maintained by the overnight delivery service, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐    (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2009, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Pamela Davis*
_____
Pamela Davis

# EXHIBIT B

APPEAL

## United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00892-RCJ-GWF

In Re: USA Commercial Mortgage Company
Assigned to: Judge Robert C. Jones
Referred to: Magistrate Judge George Foley, Jr
Member case: (View Member Case)
Case in other court:  USCA 9th Circuit, 08-16804
                      9th Circuit Court of Appeals, 08-17200
                      9th Circuit USCA, 08-17401
                      USCA 9th Circuit, 09-15632
                      United States Bankruptcy Court of
                      Nevada, BK-S-06-01075-LBR
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 07/05/2007
Jury Demand: Both
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**In Re**

**Charles B. Anderson Trust**                     represented by   **Michael J Collins**
                                                                  Bickel & Brewer
                                                                  1717 Main St #4800
                                                                  Dallas , TX 75201
                                                                  (214) 653-4875
                                                                  Fax: 214-653-1015
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**In Re**

**USA Commercial Mortgage**                       represented by   **Douglas M. Monson**
**Company**                                                       Ray Quinney & Nebeker, P.C.
*Adversary 07-01076*                                              36 South State Street
                                                                  Salt Lake City , Ut 84145-0385
                                                                  801-532-1500
                                                                  Fax: 801-532-7432
                                                                  Email: dmonson@rqn.com
                                                                  *TERMINATED: 06/19/2009*

**Plaintiff**

**Compass Financial Partners LLC**                represented by   **Compass Financial Partners LLC**
                                                                  c/o Bullivant Houser Bailey PC
                                                                  3883 Howard Hughes Pkwy., Ste. 550
                                                                  Las Vegas, NV 89169
                                                                  PRO SE

*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Ken Zawacki**                            represented by **Lisa A Rasmussen**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Janet L. Chubb**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Tony Chaudhry**                          represented by **Janet L. Chubb**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Lisa A Rasmussen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Ms. Brigitte Kaneda**                    represented by **Bruce W. Kelley**
                                           (See above for address)
                                           *TERMINATED: 03/25/2009*

                                           **Philip A. John**
                                           (See above for address)
                                           *TERMINATED: 03/25/2009*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2009 | 1301 | Submission of PROPOSED ORDER filed by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP *Asset Resolution, LLC's Submission of Proposed Order Authorizing Joint Venture Relating to the Gess Property.* (Austin, F.) (Entered: 07/08/2009) |
| 07/08/2009 | 1300 | REPLY to 1266 Objection to Document ; *SUPPLEMENTAL REPLY IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO ASSET RESOLUTION, LLC'S REQUEST FOR REIMBURSEMENT OF ADVANCES* filed by Interested Party Direct Lenders, Plaintiff Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Chubb, Janet) (Entered: 07/08/2009) |
| 07/08/2009 | 1299 | Submission of PROPOSED ORDER on 1262 Proposed Order Submission ; filed by Interested Party Direct Lenders, Plaintiff Plaintiffs *[PROPOSED] ORDER AUTHORIZING JOINT VENTURE.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Chubb, Janet) (Entered: 07/08/2009) |

| 07/08/2009 | 1298 | Submission of PROPOSED ORDER on 1262 Proposed Order Submission ; filed by Interested Party Direct Lenders, Plaintiff Plaintiffs *JV DIRECT LENDERS' SUBMISSION OF PROPOSED ORDER AUTHORIZING JOINT VENTURE RELATING TO THE GESS PROPERTY.* (Chubb, Janet) (Entered: 07/08/2009) |
|---|---|---|
| 07/08/2009 | 1297 | REPLY to 1268 MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission ; *REPLY IN SUPPORT OF OPPOSITION TO DACA'S ASSERTION THAT IT IS ENTITLED TO PREPAID INTEREST* filed by Interested Party Direct Lenders, Plaintiff Plaintiffs. (Chubb, Janet) (Entered: 07/08/2009) |
| 07/08/2009 | 1296 | STIPULATION *and Order Extending Deadline for Expert Disclosures* by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Swanis, Eric) (Entered: 07/08/2009) |
| 07/07/2009 | 1295 | REPLY to 1266 Objection to Document ; *Reply in Support of Plaintiffs' Objections to Asset Resolution, LLC's Request for Reimbursement of Advances* filed by Interested Party Direct Lenders, Plaintiff Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Chubb, Janet) (Entered: 07/07/2009) |
| 07/07/2009 | 1294 | AFFIDAVIT of Stanley W. Parry re 1292 MOTION for Attorney Fees *Application for an Award of Attorneys' Fees and Costs* ; by Plaintiffs 3685 San Fernando Lenders, LLC, 5055 Collwood Lenders, LLC, 60th Street Ventures Lenders, LLC, 6425 Gess Lenders, LLC, Amesbury Hatters PT Lenders, LLC, Anchor B Lenders, LLC, BAR-USA Lenders, LLC, Bay Pompano Lenders, LLC, Binford Lenders, LLC, Brookmere Lenders, LLC, Bundy Canyon 2.5 Lenders, LLC, Bundy Canyon 5.0 Lenders, LLC, Bundy Canyon 5.725 Lenders, LLC, Bundy Canyon 7.5 Lenders, LLC, Cabernet Lenders, LLC, Castaic III Lenders, LLC, Castaic II Lenders, LLC, Charlevoix Lenders, LLC, Clear Creek Plantation Lenders, LLC, Com Vest Lenders, LLC, Copper Sage II Lenders, LLC, Cornman Toltec Lenders, LLC, Devalle livingston Lenders, LLC, Eagle Meadows Lenders, LLC, Fiesta Murietta Lenders, LLC, Fiesta USA Stoneridge Lenders, LLC, Foxhills 216 Lenders, LLC, Gramercy Court Lenders, LLC, HFA Clearlake I Lenders, LLC, HFA Clearlake II Lenders, LLC, Harbor Georgetown Lenders, LLC, Huntsville Lenders, LLC, LA Hacienda Lenders, Lake Helen Partners Lenders, LLC, Lerin Hills Lenders, LLC, Margarita Annex Lenders, LLC, Marlton Square I Lenders, LLC, Marlton Square II Lenders, LLC, Mountain House-Pegs Lenders, LLC, Oak Shores II, Lenders, LLC, Ocean Atlantic 2.75 Lenders, LLC, Ocean Atlantic 9.425 Lenders, LLC, Palm Harbor I Lenders, LLC, SVRB 2.325 Lenders, LLC, SVRB 4.5 Lenders, LLC, Shamrock Tower Lenders, LLC, So Cal Land Lenders, LLC, Ten-Ninety 4.15 Lenders, LLC, The Gardens 2.425 Lenders, LLC, The Gardens LLC TSHR Lenders, LLC. (Price, Norlynn) (Entered: 07/07/2009) |
| 07/07/2009 | 1293 | DECLARATION of Richard R. Mainland re 1292 MOTION for Attorney Fees *Application for an Award of Attorneys' Fees and Costs* ; by Plaintiffs 3685 San Fernando Lenders, LLC, 5055 Collwood Lenders, LLC, 60th Street |

| | | |
|---|---|---|
| | | Ventures Lenders, LLC, 6425 Gess Lenders, LLC, Amesbury Hatters PT Lenders, LLC, Anchor B Lenders, LLC, BAR-USA Lenders, LLC, Bay Pompano Lenders, LLC, Binford Lenders, LLC, Brookmere Lenders, LLC, Bundy Canyon 2.5 Lenders, LLC, Bundy Canyon 5.0 Lenders, LLC, Bundy Canyon 5.725 Lenders, LLC, Bundy Canyon 7.5 Lenders, LLC, Cabernet Lenders, LLC, Castaic III Lenders, LLC, Castaic II Lenders, LLC, Charlevoix Lenders, LLC, Clear Creek Plantation Lenders, LLC, Com Vest Lenders, LLC, Copper Sage II Lenders, LLC, Cornman Toltec Lenders, LLC, Devalle livingston Lenders, LLC, Eagle Meadows Lenders, LLC, Fiesta Murietta Lenders, LLC, Fiesta USA Stoneridge Lenders, LLC, Foxhills 216 Lenders, LLC, Gramercy Court Lenders, LLC, HFA Clearlake I Lenders, LLC, HFA Clearlake II Lenders, LLC, Harbor Georgetown Lenders, LLC, Huntsville Lenders, LLC, LA Hacienda Lenders, Lake Helen Partners Lenders, LLC, Lerin Hills Lenders, LLC, Margarita Annex Lenders, LLC, Marlton Square I Lenders, LLC, Marlton Square II Lenders, LLC, Mountain House-Pegs Lenders, LLC, Oak Shores II, Lenders, LLC, Ocean Atlantic 2.75 Lenders, LLC, Ocean Atlantic 9.425 Lenders, LLC, Palm Harbor I Lenders, LLC, SVRB 2.325 Lenders, LLC, SVRB 4.5 Lenders, LLC, Shamrock Tower Lenders, LLC, So Cal Land Lenders, LLC, Ten-Ninety 4.15 Lenders, LLC, The Gardens 2.425 Lenders, LLC, The Gardens LLC TSHR Lenders, LLC. (Attachments: # 1 Declaration Part 2, # 2 Declaration Part 3)(Price, Norlynn) (Entered: 07/07/2009) |
| 07/07/2009 | 1292 | MOTION for Attorney Fees *Application for an Award of Attorneys' Fees and Costs* by Plaintiffs 3685 San Fernando Lenders, LLC, 5055 Collwood Lenders, LLC, 60th Street Ventures Lenders, LLC, 6425 Gess Lenders, LLC, Amesbury Hatters PT Lenders, LLC, Anchor B Lenders, LLC, BAR-USA Lenders, LLC, Bay Pompano Lenders, LLC, Binford Lenders, LLC, Brookmere Lenders, LLC, Bundy Canyon 2.5 Lenders, LLC, Bundy Canyon 5.0 Lenders, LLC, Bundy Canyon 5.725 Lenders, LLC, Bundy Canyon 7.5 Lenders, LLC, Cabernet Lenders, LLC, Castaic III Lenders, LLC, Castaic II Lenders, LLC, Charlevoix Lenders, LLC, Clear Creek Plantation Lenders, LLC, Com Vest Lenders, LLC, Copper Sage II Lenders, LLC, Cornman Toltec Lenders, LLC, Devalle livingston Lenders, LLC, Eagle Meadows Lenders, LLC, Fiesta Murietta Lenders, LLC, Fiesta USA Stoneridge Lenders, LLC, Foxhills 216 Lenders, LLC, Gramercy Court Lenders, LLC, HFA Clearlake I Lenders, LLC, HFA Clearlake II Lenders, LLC, Harbor Georgetown Lenders, LLC, Huntsville Lenders, LLC, LA Hacienda Lenders, Lake Helen Partners Lenders, LLC, Lerin Hills Lenders, LLC, Margarita Annex Lenders, LLC, Marlton Square I Lenders, LLC, Marlton Square II Lenders, LLC, Mountain House-Pegs Lenders, LLC, Oak Shores II, Lenders, LLC, Ocean Atlantic 2.75 Lenders, LLC, Ocean Atlantic 9.425 Lenders, LLC, Palm Harbor I Lenders, LLC, SVRB 2.325 Lenders, LLC, SVRB 4.5 Lenders, LLC, Shamrock Tower Lenders, LLC, So Cal Land Lenders, LLC, Ten-Ninety 4.15 Lenders, LLC, The Gardens 2.425 Lenders, LLC, The Gardens LLC TSHR Lenders, LLC. Responses due by 7/25/2009. (Price, Norlynn) (Entered: 07/07/2009) |
| 07/07/2009 | 1291 | Summons Issued as to Debt Acquisition Company of America V, LLC. (AXM) (Entered: 07/07/2009) |
| | | |

| 07/07/2009 | 1290 | Summons Issued as to Newport Coast Investment Limited Partnership. (AXM) (Entered: 07/07/2009) |
|---|---|---|
| 07/07/2009 | 1289 | Summons Issued as to TRFP. (AXM) (Entered: 07/07/2009) |
| 07/07/2009 | 1288 | ~~AMENDED~~ COMPLAINT *ORIGINAL-NEW COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (but lost in cyberspace when filed yesterday)* with Jury Demand against TRFP, Debt Acquisition Company of America V, LLC, Newport Coast Invesment Limited Partnership, filed by Darlene Hammond. No changes to parties. Proof of service due by 11/4/2009. (Attachments: # 1 Civil Cover Sheet, # 2 Summons #1, # 3 Summons #2, # 4 Summons #3)(Chubb, Janet) Modified on 7/7/2009 strike amended per call from counsel. (WJ). (Entered: 07/07/2009) |
| 07/07/2009 | 1287 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 7/7/2009. By Deputy Clerk: K. Goetsch.<br><br>IT IS HEREBY ORDERED the 1285 MOTION for Preliminary Injunction is scheduled for oral argument before this Court on Thursday, 7/9/2009, at 08:30 AM in LV Courtroom 7D before Judge Robert C. Jones.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 07/07/2009) |
| 07/06/2009 | 1286 | ORDER Granting Motion 1283 for Temporary Restraining Order. Signed by Judge Robert C. Jones on 7/6/09. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 07/06/2009) |
| 07/06/2009 | 1285 | MOTION for Preliminary Injunction by Plaintiff Darlene Hammond. Responses due by 7/24/2009. (Chubb, Janet) (Entered: 07/06/2009) |
| 07/06/2009 | 1284 | Submission of PROPOSED ORDER on 1283 MOTION for Temporary Restraining Order ; filed by Plaintiff Darlene Hammond. (Chubb, Janet) (Entered: 07/06/2009) |
| 07/06/2009 | 1283 | MOTION for Temporary Restraining Order. Motion ripe 7/6/2009. (Chubb, Janet) (Entered: 07/06/2009) |
| 07/06/2009 | 1282 | MEMORANDUM filed by Interested Party Debt Acquisition Company of America V, LLC re 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]. Points and Authorties in Opposition to Request of Direct Lenders for Relief From Ruling Allocating Proceeds of Dispositon of Gess Property (see Docket No. 1267)* (Kirby, Dean) (Entered: 07/06/2009) |
| 07/06/2009 | 1281 | RESPONSE to 1268 MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission, filed by Interested Party Direct Lenders, Plaintiff Plaintiffs. Replies due by 7/20/2009. (Chubb, Janet) (Entered: 07/06/2009) |
| 07/03/2009 | 1278 | RESPONSE to 1266 Objection to Document ; *Opposition to the Direct* |

| | | |
|---|---|---|
| | | *Lenders' Objections to Asset Resolution, LLC's Request for Reimbursement of Advances* filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B Part 1, # 3 Exhibit Exhibit B Part 2, # 4 Exhibit Exhibit B Part 3, # 5 Exhibit Exhibit C)(Swanis, Eric) (Entered: 07/03/2009) |
| 07/03/2009 | 1277 | Submission of PROPOSED ORDER filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP *Findings of Fact and Conclusions of Law re: Motion to Approve Gess Sale.* (Swanis, Eric) (Entered: 07/03/2009) |
| 07/02/2009 | 1280 | ORDER ON STIPULATION granting 1272 Stipulation of time for expert disclosures. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 07/06/2009) |
| 07/02/2009 | 1279 | ORDER granting 1248 Motion to Withdraw as Attorney. Prassana Mahadeva withdrawn from the case. Signed by Judge Robert C. Jones on 7/2/09. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 07/06/2009) |
| 07/02/2009 | 1275 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Katherine M. Windler and DESIGNATION of Local Counsel Randolph L. Howard (Filing fee $ 175 receipt number 0978000000001286076) filed by Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. Motion ripe 7/2/2009. (Howard, Randolph) (Entered: 07/02/2009) |
| 07/01/2009 | 1274 | CERTIFICATE OF SERVICE for Mortion for Reconsideration of Ruling Allocating Proceeds of Disposition of Gess Property; Memorandum of Points and Authorities and Request for Judicial Notice by Interested Party Debt Acquisition Company of America V, LLC re 1270 Memorandum, 1269 Memorandum, 1268 MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission. (Kirby, Dean) (Entered: 07/01/2009) |
| 06/30/2009 | 1273 | Submission of PROPOSED ORDER filed by Plaintiff Plaintiffs *Findings of Fact, Conclusions of Law and Order.* (Chubb, Janet) (Entered: 06/30/2009) |
| 06/30/2009 | 1272 | STIPULATION *to Extend Time to Serve Expert Disclosures* by Plaintiff Plaintiffs. (Chubb, Janet) (Entered: 06/30/2009) |
| 06/29/2009 | 1271 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 6/29/2009. By Deputy Clerk: K. Goetsch.<br><br>IT IS HEREBY ORDERED oral argument RE: 1268 MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission is scheduled for Friday, 7/17/2009, at 10:00 AM in LV Courtroom 7D before Judge Robert C. Jones.<br><br>IT IS FURTHER ORDERED briefing with respect to the referenced motion |

| | | |
|---|---|---|
| | | shall be expedited in accordance with the following schedule: <u>Responses shall be due not later than 5:00 PM on 7/6/2009; Replies shall be due not later than 12:00 PM (noon) on 7/8/2009.</u> <br><br> **(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/29/2009) |
| 06/26/2009 | 1270 | MEMORANDUM filed by Interested Party Debt Acquisition Company of America V, LLC re 1268 MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission. *Request for Judicial Notice* (Attachments: # 1 Exhibit 6 Motion to Approve Settlement, # 2 Exhibit 7 Order Approving Settlement, # 3 Exhibit 8 Interim Distribution Order)(Kirby, Dean) (Entered: 06/26/2009) |
| 06/26/2009 | 1269 | MEMORANDUM filed by Interested Party Debt Acquisition Company of America V, LLC re 1268 MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission. (Attachments: # 1 Appendix Relevant Pages from 6-19-09 Transcript)(Kirby, Dean) (Entered: 06/26/2009) |
| 06/26/2009 | 1268 | MOTION for District Judge to Reconsider Order re 1262 Proposed Order Submission by Interested Party Debt Acquisition Company of America V, LLC. Responses due by 7/14/2009. (Kirby, Dean) (Entered: 06/26/2009) |
| 06/26/2009 | 1267 | BRIEF re 1216 Memorandum, ; filed by Plaintiff Plaintiffs. *Opposition to DACA's Assertion That It Is Entitled to Collect Prepaid Interest...* (Chubb, Janet) (Entered: 06/26/2009) |
| 06/26/2009 | 1266 | OBJECTION *of Plaintiffs to Asset Resolutions Request for Reimbursement of Advances* filed by Plaintiff Plaintiffs. (Attachments: # 1 Exhibit A - Chart) (Chubb, Janet) (Entered: 06/26/2009) |
| 06/26/2009 | 1265 | NOTICE of Manual Filing by Plaintiff Plaintiffs re 1263 Reply to Response to Motion,,,, 1264 Declaration. CDs of Telephone Conversation 2 Recorded Telephone Conversation filed with the Clerk's Office. (Chubb, Janet) (Entered: 06/26/2009) |
| 06/26/2009 | 1264 | DECLARATION of Abel Godines re 1263 Reply to Response to Motion,,,, ; by Interested Party Direct Lenders. (Chubb, Janet) (Entered: 06/26/2009) |
| 06/26/2009 | 1263 | REPLY to Response to 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Death Valley Acquisitions, LLC, Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie |

| | | |
|---|---|---|
| | | Westbrook, Ken Zawacki, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation Defined Benefit Pension Plan, Alfie Fujitani, Walter Musso, Cyril Tammadge, Robert Fuller. (Chubb, Janet) (Entered: 06/26/2009) |
| 06/26/2009 | 1262 | Submission of PROPOSED ORDER filed by Interested Party Direct Lenders *[PROPOSED] ORDER RE GESS SALE ISSUES.* (Chubb, Janet) (Entered: 06/26/2009) |
| 06/25/2009 | 1261 | TRANSCRIPT of Proceedings, held on 6/19/2009, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/16/2009. Redacted Transcript Deadline set for 7/26/2009. Release of Transcript Restriction set for 9/23/2009. (ABB) (Entered: 06/25/2009) |
| 06/25/2009 | 1260 | SUBPOENA Returned Executed as to Jon Jensen (Swanis, Eric) (Entered: 06/25/2009) |
| 06/24/2009 | 1259 | REPLY to Response to 1101 MOTION for Partial Summary Judgment *Direct Lenders' Motion for Partial Summary Judgment That Silar Was Not Disclosed As Compass' Financier, Or As Taking A Security Interest In Debtors' Assets, As Of January 8, 2007* ; filed by Counter Claimants Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Swanis, Eric) (Entered: 06/24/2009) |
| 06/24/2009 | 1258 | REPLY to Response to 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary* ; filed by Counter Claimants Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. *Reply in Support of 56 (F) Motion* (Swanis, Eric) (Entered: 06/24/2009) |
| 06/24/2009 | 1257 | REPLY to Response to 1085 MOTION for Partial Summary Judgment *The Direct Lenders' Motion For Partial Summary Judgment That The Loan Servicer Cannot Collect Late Charges And Default Interest Before The Direct Lenders Recover Their Principal Pursuant To Certain Promissor ; filed by Counter Claimants Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. Reply in Support of 56(F) Motion* (Swanis, Eric) (Entered: 06/24/2009) |
| 06/24/2009 | 1256 | REPLY to Response to 1113 MOTION for Partial Summary Judgment *regarding Collection Of Late Charges And Default Interest* ; filed by Counter Claimants Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Swanis, Eric) (Entered: 06/24/2009) |
| 06/24/2009 | 1255 | SUBPOENA Returned Executed as to Thomas Rondeau (Swanis, Eric) (Entered: 06/24/2009) |
| | | |

| 06/24/2009 | 1254 | SUBPOENA Returned Executed as to Edward Homfeld (Swanis, Eric) (Entered: 06/24/2009) |
|---|---|---|
| 06/24/2009 | 1253 | SUBPOENA Returned Executed as to William C. Lemke (Swanis, Eric) (Entered: 06/24/2009) |
| 06/24/2009 | 1252 | SUBPOENA Returned Executed as to Terry Helms (Swanis, Eric) (Entered: 06/24/2009) |
| 06/24/2009 | 1251 | ORDER temporarily unsealing transcript. (NOTE: see 49 and Partially Sealed 50 ) Signed by Judge Robert C. Jones on 6/23/09. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/24/2009) |
| 06/23/2009 | 1250 | RESPONSE to 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order, filed by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. Replies due by 7/7/2009. (Austin, F.) (Entered: 06/23/2009) |
| 06/22/2009 | 1249 | REPLY to Response to 1101 MOTION for Partial Summary Judgment *Direct Lenders' Motion for Partial Summary Judgment That Silar Was Not Disclosed As Compass' Financier, Or As Taking A Security Interest In Debtors' Assets, As Of January 8, 2007* ; filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Death Valley Acquisitions, LLC, Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation Defined Benefit Pension Plan, Alfie Fujitani, Walter Musso, Cyril Tammadge, Robert Fuller. (Chubb, Janet) (Entered: 06/22/2009) |
| 06/22/2009 | 1248 | MOTION to Withdraw as Attorney by Prassana Mahadeva. by Interested Party SPCP GROUP, LLC. Motion ripe 6/22/2009. (Mahadeva, Prassana) (Entered: 06/22/2009) |
| 06/22/2009 | 1247 | NOTICE: Attorney Action Required to 1222 Notice (Other): ERROR: Wrong event selected by Attorney; CORRECTION: **Attorney** advised to refile document as a MOTION to Withdraw as Attorney, found under the Motion category **(no image attached)**(RFJ) (Entered: 06/22/2009) |
| 06/22/2009 | 1246 | TRANSCRIPT of Proceedings, 61 Motion Hearing held on 8/21/2007, before Magistrate Judge George Foley, Jr. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber |

| | | |
|---|---|---|
| | | using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/13/2009. Redacted Transcript Deadline set for 7/23/2009. Release of Transcript Restriction set for 9/20/2009. (ABB) (Entered: 06/22/2009) |
| 06/22/2009 | 1245 | TRANSCRIPT of Proceedings, 737 Motion Hearing held on 12/8/2008, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/13/2009. Redacted Transcript Deadline set for 7/23/2009. Release of Transcript Restriction set for 9/20/2009. (ABB) (Entered: 06/22/2009) |
| 06/19/2009 | 1276 | MINUTES OF PROCEEDINGS - Motion Hearing held on 6/19/2009 before Judge Robert C. Jones. Crtrm Administrator: *K. Goetsch*; Court Reporter/FTR #: *S. Rivera*; Time of Hearing: *11:30AM*; Courtroom: *7D*; ***SEE ATTACHED MINUTES*** Further Hearing set for 7/17/2009 10:00 AM in LV Courtroom 7D before Judge Robert C. Jones; Objections due 6/2609; Responses due 7/3/09; Replies due 7/10/09. (Copies have been distributed pursuant to the NEF - KXG) (Entered: 07/02/2009) |
| 06/19/2009 | 1244 | REPLY to Response to 1140 MOTION to Dismiss, 1141 MOTION for Judgment *ON THE PLEADINGS* ; filed by Counter Defendants Baltes Company, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Warren Hoffman Family Investments, LP, Cynthia Winter, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin McKee, Plaintiffs Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Death Valley Acquisitions, LLC, Creditors Kehl Development Corporation, Pamela McKee. *JV DIRECT LENDERS' REPLY IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR JUDGMENT ON PLEADINGS* (Bubala, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 1243 | ORDER Granting 1189 Motion to Withdraw as Attorney by Joseph P. Hardy as to Compass Financial Partners, Compass USA SPE, and David Platt, and Boris Piskun. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/19/2009) |
| 06/19/2009 | 1242 | ORDER ON STIPULATION Granting 1189 MOTION to Withdraw as Attorney by Douglas Monson. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/19/2009) |
| 06/19/2009 | 1241 | ORDER ON STIPULATION Granting 1188 Stipulation for time to allow Platinum time to file response, due 20 days after written demand is received. |

| | | Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/19/2009) |
|---|---|---|
| 06/18/2009 | 1240 | Supplemental DECLARATION of Howar Justus re 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* ; filed by Interested Party Debt Acquisition Company of America V, LLC. (Kirby, Dean) (Entered: 06/18/2009) |
| 06/18/2009 | 1239 | Supplemental MEMORANDUM filed by Interested Party Debt Acquisition Company of America V, LLC re 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]*. (Kirby, Dean) (Entered: 06/18/2009) |
| 06/18/2009 | 1238 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 6/18/2009. IT IS SO ORDERED that the 1228 Stipulation and Order to Extend Time: (1) For Defendants to File an Opposition to Plaintiffs' motion to Terminate [Doc. No. 1178]; and (2) For Plaintiffs to File Replies in Support of Their Motions for Partial Summary Judgment [Doc. Nos. 1085, 1101, and 1113] is hereby GRANTED IN PART and DENIED IN PART.<br><br>IT IS FURTHER ORDERED that Defendants shall be given an extension to file their Opposition to Plaintiffs' Motion to Terminate Compass And Asset Resolution As Servicer [Doc. No. 1178] (the "Motion to Terminate"), filed May 29, 2009, to close of business, Central Time, **June 23, 2009.**<br><br>IT IS FURTHER ORDERED that Plaintiffs shall be given an extension of time to file the Reply to the same, to close of business, Central Time, **June 26, 2009,** rather than the Stipulated date of June 30, 2009. The hearing shall proceed as scheduled on July 6, 2009, as set by the Court's minute Order of June 16, 2009 [Doc. No. 1225].<br><br>IT IS FURTHER ORDERED that Plaintiffs shall be given an extension of time to file replies in support of their three Motions for Partial Summary Judgment [Doc. Nos. 1085, 1101, and 1113], all presently due Friday, June 19, 2009, to Monday **June 22, 2009.(no image attached)** (Copies have been distributed pursuant to the NEF - TKH) (Entered: 06/18/2009) |
| 06/18/2009 | 1237 | DECLARATION of Eric W. Swanis re 1236 Brief, ; by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Part 1, # 3 Exhibit 2 Part 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10) (Swanis, Eric) (Entered: 06/18/2009) |
| 06/18/2009 | 1236 | Supplemental BRIEF filed by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset |

| | | |
|---|---|---|
| | | Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. *Supplemental Brief Regarding Gess Bond* (Swanis, Eric) (Entered: 06/18/2009) |
| 06/18/2009 | 1234 | TRANSCRIPT of Proceedings, held on 6/15/2009, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/9/2009. Redacted Transcript Deadline set for 7/19/2009. Release of Transcript Restriction set for 9/16/2009. (ABB) (Entered: 06/18/2009) |
| 06/18/2009 | 1233 | Submission of PROPOSED ORDER filed by Interested Party Direct Lenders *Regarding Gess Sale Agreement.* (Chubb, Janet) (Entered: 06/18/2009) |
| 06/18/2009 | 1232 | NOTICE by Plaintiff Plaintiffs re 1173 Amended Complaint,,,,, *The Direct Lenders' Notice of Withdrawal of Third Amended Complaint Without Prejudice* (Chubb, Janet) (Entered: 06/18/2009) |
| 06/18/2009 | 1231 | REPLY to Response to 1085 MOTION for Partial Summary Judgment *The Direct Lenders' Motion For Partial Summary Judgment That The Loan Servicer Cannot Collect Late Charges And Default Interest Before The Direct Lenders Recover Their Principal Pursuant To Certain Promissor ; filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Death Valley Acquisitions, LLC, Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Daniel Newman, Edward Schoonover, Carol Simon, Connie Westbrook, Ken Zawacki, Richard R Tracy, Ursula W Tracy, Alfie Fujitani, Walter Musso, Cyril Tammadge, Robert Fuller. (Chubb, Janet) (Entered: 06/18/2009)* |
| 06/17/2009 | 1230 | NOTICE of Corrected Image/Document re 1228 Stipulation,,,, by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Service of corrected image is attached). (Attachments: # 1 Exhibit A)(Austin, F.) (Entered: 06/17/2009) |
| 06/17/2009 | 1229 | REPLY to Response to 1113 MOTION for Partial Summary Judgment *regarding Collection Of Late Charges And Default Interest ; filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia* |

| | | |
|---|---|---|
| | | Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Death Valley Acquisitions, LLC, Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Don Hess, Christina Knoles, Arthur Kriss, Janice Lucas, Carol Mortensen, Daniel Newman, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation Defined Benefit Pension Plan, Alfie Fujitani, Walter Musso, Cyril Tammadge. (Chubb, Janet) (Entered: 06/17/2009) |
| 06/17/2009 | 1228 | STIPULATION re 1113 MOTION for Partial Summary Judgment *regarding Collection Of Late Charges And Default Interest*, 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order, 1085 MOTION for Partial Summary Judgment *The Direct Lenders' Motion For Partial Summary Judgment That The Loan Servicer Cannot Collect Late Charges And Default Interest Before The Direct Lenders Recover Their Principal Pursuant To Certain Promissor, 1101 MOTION for Partial Summary Judgment Direct Lenders' Motion for Partial Summary Judgment That Silar Was Not Disclosed As Compass' Financier, Or As Taking A Security Interest In Debtors' Assets, As Of January 8, 2007* ; *Stipulation and Order to Extend Time by Respondent Aaron I. Osherow, trustee of the Osherow Trust dated 9/11/89, Counter Claimant Asset Resolution, LLC., Defendant Asset Resolution, LLC.*. (Attachments: # 1 Exhibit A)(Austin, F.) *1230 Corrected image added on 6/18/2009 (RFJ)* (Entered: 06/17/2009) |
| 06/17/2009 | | NOTICE of Docket Correction to 1227 Stipulation: ERROR: Document filed in error by **Attorney F. Austin**. CORRECTION: Document terminated by Court. **(no image attached)**(RFJ) (Entered: 06/17/2009) |
| 06/16/2009 | 1227 | **ERROR: Document filed in error by attorney. (RFJ)** ~~STIPULATION re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Attachments: # 1 Exhibit Email Consent to Extension)(Austin, F.)~~ Modified on 6/17/2009. (Entered: 06/17/2009) |
| 06/16/2009 | 1226 | OBJECTION to Silar's *[Proposed] Order Regarding Gess Sale* filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Death Valley Acquisitions, LLC, Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, |

| | | |
|---|---|---|
| | | Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Richard R Tracy, Ursula W Tracy, Alfie Fujitani, Walter Musso, Cyril Tammadge, Robert Fuller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Chubb, Janet) (Entered: 06/16/2009) |
| 06/16/2009 | 1225 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 6/16/2009. By Deputy Clerk: K. Goetsch. |
| | | IT IS HEREBY ORDERED oral argument RE: 1178 MOTION To Terminate Compass And Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U.S.C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order, is scheduled for Monday, 7/6/2009, at 10:00 AM in LV Courtroom 7D before Judge Robert C. Jones. |
| | | IT IS FURTHER ORDERED the deadline for the filing of reply briefs shall be expedited as follows: Replies re: 1178 shall be due not later than 5:00 PM on 6/19/2009. *The deadline for the filing of responsive briefs pursuant to the Local Rules has already expired.* |
| | | **(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/16/2009) |
| 06/16/2009 | 1224 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 6/16/2009. By Deputy Clerk: K. Goetsch. |
| | | Based on scheduling needs of the Court, |
| | | IT IS HEREBY ORDERED: The oral argument as to the motions referenced below is RESCHEDULED from 6/29/2009, to MONDAY, 7/6/2009, at 10:00 AM in LV Courtroom 7D before Judge Robert C. Jones. |
| | | IT IS FURTHER ORDERED: All previously ordered deadlines with respect to briefing remain unchanged and in effect. |
| | | 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary*; |
| | | 1072 MOTION for Entry of Clerks Default; |
| | | 1085 MOTION by the Direct Lenders for Partial Summary Judgment That The Loan Servicer Cannot Collect Late Charges And Default Interest Before The Direct Lenders Recover Their Principal; |
| | | 1101 MOTION by the Direct Lenders for Partial Summary Judgment That Silar Was Not Disclosed As Compass' Financier, Or As Taking A Security Interest In Debtors' Assets, As Of January 8, 2007; |
| | | 1113 MOTION for Partial Summary Judgment regarding Collection Of Late |

| | | |
|---|---|---|
| | | Charges And Default Interest;<br><br>1140 MOTION to Dismiss;<br><br>1141] MOTION for Judgment ON THE PLEADINGS;<br><br>1187 Joint SEALED MOTION for Release of Escrowed Funds.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/16/2009) |
| 06/16/2009 | 1223 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 6/16/2009. By Deputy Clerk: K. Goetsch. Based on scheduling needs of the Court, IT IS HEREBY ORDERED the continued hearing regarding the sale of the Gess property, which was previously set to begin at 9:00 AM, has been RESCHEDULED to begin at 11:30 AM on Friday, 6/19/2009, in LV Courtroom 7D before Judge Robert C. Jones. **(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/16/2009) |
| 06/16/2009 | 1222 | NOTICE by Interested Party SPCP GROUP, LLC *Attorney's Notice to be Removed from Service List* (Mahadeva, Prassana) (Entered: 06/16/2009) |
| 06/15/2009 | 1235 | MINUTES OF PROCEEDINGS - Motion Hearing held on 6/15/2009 before Judge Robert C. Jones. Crtrm Administrator: *K. Goetsch*; Court Reporter/FTR #: *A. Bareng*; Time of Hearing: *11:40am*; Courtroom: *7D*;<br><br>\*\*SEE ATTACHED MINUTES\*\* RE: Continued hearing as to 1127 SEALED MOTION Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances<br><br>(Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/18/2009) |
| 06/15/2009 | 1221 | BRIEF re 1160 Response - Other,,,,, ; filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Death Valley Acquisitions, LLC, Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki. *Plaintiffs' Hearing Brief on Servicing Fees Related to the Gess Loan* (Chubb, Janet) (Entered: 06/15/2009) |
| 06/12/2009 | 1220 | STATEMENT *AMENDED STATEMENT OF REPRESENTED PARTIES* by Interested Party Bickle & Brewer. (Attachments: # 1 Exhibit 1)(Chubb, Janet) (Entered: 06/12/2009) |
| | | |

| 06/12/2009 | 1219 | TRANSCRIPT of Proceedings, 1212 Motion Hearing held on 6/8/2009, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/3/2009. Redacted Transcript Deadline set for 7/13/2009. Release of Transcript Restriction set for 9/10/2009. (ABB) (Entered: 06/12/2009) |
|---|---|---|
| 06/12/2009 | 1218 | NOTICE by Interested Party Debt Acquisition Company of America V, LLC re 1217 Declaration, 1216 Memorandum,. *REQUEST FOR JUDICIAL NOTICE* (Kirby, Dean) (Entered: 06/12/2009) |
| 06/12/2009 | 1217 | DECLARATION of Howard Justus re Motion to Approve Gess Sale re 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* ; filed by Interested Party Debt Acquisition Company of America V, LLC. (Kirby, Dean) (Entered: 06/12/2009) |
| 06/12/2009 | 1216 | MEMORANDUM filed by Interested Party Debt Acquisition Company of America V, LLC re 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]*. (Kirby, Dean) (Entered: 06/12/2009) |
| 06/12/2009 | 1215 | DECLARATION of Eric Swanis *in Support of Supplemental Brief in Support of Asset Resolution, LLC's Motion to Approve Gess Sale* by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit CC, # 4 Exhibit DD, # 5 Exhibit EE, # 6 Exhibit FF, # 7 Exhibit GG, # 8 Exhibit HH, # 9 Exhibit II, # 10 Errata JJ, # 11 Exhibit KK)(Swanis, Eric) (Entered: 06/12/2009) |
| 06/12/2009 | 1214 | DECLARATION of Hin-King Tai *in Support of Supplemental Brief in Support of Asset Resolution, LLC's Motion to Approve Gess Sale* by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D Part 1, # 5 Exhibit D Part 2, # 6 Exhibit E Part 1, # 7 Exhibit E Part 2, # 8 Exhibit E Part 3, # 9 Exhibit F, # 10 Exhibit G)(Swanis, Eric) (Entered: 06/12/2009) |
| 06/12/2009 | 1213 | Supplemental BRIEF filed by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. *Supplemental Brief in Support of Asset Resolution, LLC's Motion to Approve* |

| | | |
|---|---|---|
| | | *Gess Sale* (Swanis, Eric) (Entered: 06/12/2009) |
| 06/08/2009 | 1212 | MINUTES OF PROCEEDINGS - Motion Hearing held on 6/8/2009 before Judge Robert C. Jones. Crtrm Administrator: *K. Goetsch*; Court Reporter/FTR #: *A. Bareng*; Time of Hearing: *10:00am*; Courtroom: *7D*; APPEARANCES OF COUNSEL: Terry Coffing, Liane Wakayama (Receiver); Janet Chubb, Michael Collins, telephonically (Direct Lenders); Phil Hymanson, Eric Swanis (Silar, etc.).<br><br>Based upon the 1204 Stipulation of the parties, the previously scheduled hearing RE: 1170 MOTION for Preliminary Injunction is VACATED.<br><br>The Court then opens the discussion to miscellaneous matters. Ms. Chubb details the timing of events to date in relation to directives given by the Court regarding the Gess sale. Ms. Chubb then requests an extension of the deadline by which the Direct Lenders shall report to Silar in relation to any payoff. The Court grants the request, giving the Direct Lenders until 6/12/09. Discussion is held in relation to the Receiver's accounting.<br><br>Ms. Chubb makes an oral motion requesting that Silar, etc. be required to provide the Direct Lenders with the sale/purchase agreement. SO ORDERED. Ms. Chubb shall submit a proposed order in accordance with the Court's ruling.<br><br>The Court confirms the hearing date of 6/15/09, at 10:00 AM for further hearing regarding the Gess property, then adjourns from this matter to continue with other cases.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/10/2009) |
| 06/08/2009 | 1211 | RESPONSE to 1113 MOTION for Partial Summary Judgment *regarding Collection Of Late Charges And Default Interest*, filed by Counter Claimants Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. *Opposition to the Direct Lenders' Motion for Partial Summary Judgment Regarding Collection of Late Charges and Default Interest* Replies due by 6/22/2009. (Attachments: # 1 Exhibit A - C)(Swanis, Eric) (Entered: 06/08/2009) |
| 06/08/2009 | 1210 | RESPONSE to 1085 MOTION for Partial Summary Judgment *The Direct Lenders' Motion For Partial Summary Judgment That The Loan Servicer Cannot Collect Late Charges And Default Interest Before The Direct Lenders Recover Their Principal Pursuant To Certain Promissor, filed by Intervenor Asset Resolution, LLC., Counter Claimant Asset Resolution, LLC., Defendant Asset Resolution, LLC.. Opposition to the Direct Lender's Motion for Partial Summary Judgment that the Loan Servicer Cannot Collect Late Charges and Default Interest Before the Direct Lenders Recover their Principal Pursuant to Certain Promissory Notes* Replies due by 6/22/2009. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Swanis, Eric) (Entered: 06/08/2009) |

| 06/08/2009 | 1209 | RESPONSE to 1101 MOTION for Partial Summary Judgment *Direct Lenders' Motion for Partial Summary Judgment That Silar Was Not Disclosed As Compass' Financier, Or As Taking A Security Interest In Debtors' Assets, As Of January 8, 2007*, filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. Replies due by 6/22/2009. (Attachments: # 1 Declaration of Eric Swanis, # 2 Exhibit A to Declaration, # 3 Exhibit B, Part 1, to Declaration, # 4 Exhibit B, Part 2, to Declaration, # 5 Exhibit C, Part 1, to Declaration, # 6 Exhibit C, Part 2, to Declaration, # 7 Exhibit C, Part 3, to Declaration, # 8 Exhibit C, Part 4, to Declaration, # 9 Exhibit D to Declaration, # 10 Exhibit E, Part 1, to Declaration, # 11 Exhibit E, Part 2, to Declaration, # 12 Exhibit F to Declaration)(Austin, F.) (Entered: 06/08/2009) |
| --- | --- | --- |
| 06/08/2009 | 1208 | RESPONSE to 1141 MOTION for Judgment *ON THE PLEADINGS*, filed by Intervenor Asset Resolution, LLC., Counter Claimant Asset Resolution, LLC., Defendant Asset Resolution, LLC.. *Response in Opposition to JV Direct Lenders' Renewed Motion to Dismiss, or Alternatively, Motion for Judgment on Pleadings* Replies due by 6/22/2009. (Swanis, Eric) (Entered: 06/08/2009) |
| 06/08/2009 | 1207 | STATEMENT of Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution, LLC Regarding Request for Entry of Default of Compass USA SPE LLC, Compass Partners, LLC, David Blatt, and Boris Piskun by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Swanis, Eric) (Entered: 06/08/2009) |
| 06/05/2009 | 1206 | TRANSCRIPT of Proceedings, 1191 TRO Hearing held on 6/1/2009, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due by 6/26/2009. Redacted Transcript Deadline set for 7/6/2009. Release of Transcript Restriction set for 9/3/2009. (ABB) (Entered: 06/05/2009) |
| 06/05/2009 | 1205 | ORDER That 1176 Temporary Restraining Order is Dissolved. Perliminary Injunction is Withdrawn. Defendants Debt Acquisition Company of America, L.P and TRFP are terminated without prejudice. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/05/2009) |
| 06/05/2009 | 1204 | Submission of PROPOSED ORDER filed by Defendant TRFP *Stipulation to Dissolve Temporary Restraining Order To Dismiss Action as Against Debt Acquisition Company of America V, LLC and TRFP Limited Partnership, Without Prejudice and Order Thereon.* (Bonds, Kurt) (Entered: 06/05/2009) |

| 06/05/2009 | 1203 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 6/5/2009. By Deputy Clerk: K. Goetsch.<br><br>IT IS HEREBY ORDERED oral argument RE: 1187 Joint **SEALED** MOTION for Release of Funds *of Escrowed Funds* is scheduled for 6/29/2009, at 09:00 AM in LV Courtroom 7D before Judge Robert C. Jones.<br><br>IT IS FURTHER ORDERED briefing shall be expedited in accordance with the following schedule: Responses shall be due not later than 5:00 PM on 6/11/09; Replies shall be due not later than 5:00 PM on 6/16/09.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 06/05/2009) |
| --- | --- | --- |
| 06/04/2009 | 1202 | MEMORANDUM filed by Interested Party Debt Acquisition Company of America V, LLC re 1170 MOTION for Temporary Restraining Order *Application For Temporary Restraining Order And Motion For Preliminary Injunction*. (Kirby, Dean) (Entered: 06/04/2009) |
| 06/04/2009 | 1201 | NOTICE by Interested Party Debt Acquisition Company of America V, LLC re 1200 Declaration,. *REQUEST FOR JUDICIAL NOTICE* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Kirby, Dean) (Entered: 06/04/2009) |
| 06/04/2009 | 1200 | DECLARATION of Howard Justus in Opposition to Motion for Preliminary Injunction re 1170 MOTION for Temporary Restraining Order *Application For Temporary Restraining Order And Motion For Preliminary Injunction* ; filed by Interested Party Debt Acquisition Company of America V, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Kirby, Dean) (Entered: 06/04/2009) |
| 06/04/2009 | 1199 | MEMORANDUM filed by Defendant TRFP re 1170 MOTION for Temporary Restraining Order *Application For Temporary Restraining Order And Motion For Preliminary Injunction*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D & E, # 5 Exhibit F)(Bonds, Kurt) (Entered: 06/04/2009) |
| 06/04/2009 | 1198 | RESPONSE to 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary*, filed by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Counter Defendants Cyril Tammadge, Alfie Fujitani, Robert Fuller, Walter Musso, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. *Reply In Support Of Direct Lenders' Motion For Summary Judgment That The Loan Servicer Is A* |

| | | |
|---|---|---|
| | | *Fiduciary* Replies due by 6/18/2009. (Chubb, Janet) (Entered: 06/04/2009) |
| 06/04/2009 | 1197 | NOTICE by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Counter Defendants Alfie Fujitani, Robert Fuller, Walter Musso, Cyril Tammadge, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan re 1176 Temporary Restraining Order. *Notice Of Entry Of Order* (Chubb, Janet) (Entered: 06/04/2009) |
| 06/04/2009 | 1194 | ORDER Granting 1157 Motion for Discovery. Discovery due 8/31/09. Dispositive motion due 9/4/09. Joint Pretrial Order due 9/29/09. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/04/2009) |
| 06/03/2009 | 1196 | ORDER ON STIPULATION Granting 1155 Stipulation withdrawing Motion 1088 - and Setting for deadlines for motions: 1040 1041 MOTION for Partial Summary Judgment, 1085 MOTION for Partial Summary Judgment, 1113 MOTION for Partial Summary Judgment, 1072 MOTION for Entry of Clerks Default, 1101 MOTION for Partial Summary Judgment. Motions Hearing SET for 6/29/2009 09:00 AM in LV Courtroom 7D before Judge Robert C. Jones. Signed by Judge Robert C. Jones on 6/3/09. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/04/2009) |
| 06/03/2009 | 1195 | ORDER ON STIPULATION Granting 1156 Stipulation, regarding briefing schdeule on Motion to Approve Gess Sale. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/04/2009) |
| 06/03/2009 | 1193 | ORDER Granting 1163 Motion to Withdraw as Attorney. Alan R Smith withdrawn from the case. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/04/2009) |
| 06/03/2009 | 1192 | ORDER Granting 1169 Notice of Change of Attorney filed by Greenberg Traurig; Attorney Patrick Fitzmaurice; Jonathan D Forstot; Joshua S. Akbar and Reid L Ashinoff Withdrawn as to Silar Defendants. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/04/2009) |
| 06/03/2009 | | NOTICE of Docket Correction to 1177 Notice (Other): ERROR: Wrong event selected by **Attorney Joseph P. Hardy**; CORRECTION: Court refiled document as 1190 MOTION to Withdraw as Attorney. **(no image attached)** (RFJ) (Entered: 06/03/2009) |
| 06/03/2009 | | NOTICE of Docket Correction to 1169 Notice of Change of Attorney: |

| | | |
|---|---|---|
| | | ERROR: Wrong event selected by **Attorney Douglas M. Monson**; CORRECTION: Court refiled document as 1189 MOTION to Withdraw as Attorney. **(no image attached)**(RFJ) (Entered: 06/03/2009) |
| 06/03/2009 | 1188 | STIPULATION *Stipulation for Extension of Time for Platinum Properties 1, Inc. to Meet Deadlines to File Complaint in Intervention and to Answer or Otherwise Respond* by Interested Party Platinum Properties 1, LLC. (Langberg, Mitchell) (Entered: 06/03/2009) |
| 06/01/2009 | 1191 | MINUTES OF PROCEEDINGS - TRO Hearing held on 6/1/2009 before Judge Robert C. Jones. Crtrm Administrator: *K. Goetsch*; Court Reporter/FTR #: *A. Bareng*; Time of Hearing: *9:00am*; Courtroom: *7D*; APPEARING COUNSEL: Liane Wakayama, for Terry Coffing (Receiver); Dean Kirby (DACA); Randolph Howard, Phil Hymanson, Eric Swanis (Silar, etc.); Janet Chubb and Michael Collins, *telephonically* (Direct Lenders).<br><br>The Court makes preliminary inquiry and hears representations of counsel in relation to the TRO.<br><br>IT IS ORDERED the TRO shall continue in effect pending a Preliminary Injunction Hearing, which is scheduled for 6/8/2009, at 10:00 AM in LV Courtroom 7D before Judge Robert C. Jones. Oppositions shall be due not later than 5:00 PM on 6/4/2009. Replies shall be due not later than 5:00 PM on 6/5/2009.<br><br>Upon oral request, IT IS FURTHER ORDERED the deadline by which the Direct Lenders shall report to Silar, et al., with respect to payoff in relation to the Gess sale is extended to 6/10/2009.<br><br>Discussion is held in relation to the amended complaint which was filed by Ms. Chubb's clients in relation to the lien sale. Discussion then follows relating to the stipulation to extend discovery. The Court declines to give any ruling from the bench in regard to either issue, and invites discussion among the parties, and the filing of appropriate pleadings to the extent deemed necessary by the parties.<br><br>These proceedings adjourn and the Court continues with other matters.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - KXG). (Entered: 06/04/2009) |
| 05/29/2009 | 1190 | MOTION to Withdraw as Attorney by Joseph P. Hardy. by Compass Financial Partners LLC, Compass USA SPE LLC. Motion ripe 5/29/2009. (RFJ) (Entered: 06/03/2009) |
| 05/29/2009 | 1185 | DECLARATION of Abel Godines re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert |

| | | |
|---|---|---|
| | | A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Counter Defendants Alfie Fujitani, Robert Fuller, Walter Musso, Cyril Tammadge, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Chubb, Janet) (Entered: 05/29/2009) |
| 05/29/2009 | 1184 | DECLARATION of Donald Hess re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Carol Simon, Lawrence Tengan, Ken Zawacki, Counter Defendants Walter Musso, Edward Schnoonover, Cyril Tammadge, Alfie Fujitani, Robert Fuller, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Chubb, Janet) (Entered: 05/29/2009) |
| 05/29/2009 | 1183 | DECLARATION of Janice Janis re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Ken Zawacki, Counter Defendants Alfie Fujitani, Joe Lafayette, Walter Musso, Robert Fuller, Cyril Tammadge, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Chubb, Janet) (Entered: 05/29/2009) |
| | | |

| 05/29/2009 | 1182 | DECLARATION of Kent Hoggan re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Counter Defendants Alfie Fujitani, Robert Fuller, Cyril Tammadge, Walter Musso, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Chubb, Janet) (Entered: 05/29/2009) |
|---|---|---|
| 05/29/2009 | 1181 | DECLARATION of Carol Mortensen Kesler re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Counter Defendants Alfie Fujitani, Robert Fuller, Cyril Tammadge, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Chubb, Janet) (Entered: 05/29/2009) |
| 05/29/2009 | 1180 | DECLARATION of Cyril Tammadge re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel |

| | | |
|---|---|---|
| | | Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Ken Zawacki, Counter Defendants Alfie Fujitani, Walter Musso, Cyril Tammadge, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Chubb, Janet) (Entered: 05/29/2009) |
| 05/29/2009 | 1179 | DECLARATION of Rodger Stubbs re 1178 MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order ; by Plaintiffs Patrick J. Anglin, Baltes Company, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Charles Maraden, Carol Mortensen, Daniel Newman, Edward Schoonover, Carol Simon, Connie Westbrook, Ken Zawacki, Counter Defendants Judy A. Bonnet, Alfie Fujitani, Robert Fuller, Walter Musso, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan. (Attachments: # 1 Exhibit 1&2, # 2 Exhibit 3-9) (Chubb, Janet) (Entered: 05/29/2009) |
| 05/29/2009 | 1178 | MOTION To Terminate CompassAnd Asset Resolution As Servicer Pursuant To Paragraph 8 of The Preliminary Injunction And Order Pursuant To 11 U,S,C. Sec. 105 And 1141 And Fed. R. Civ.P.65 Enforcing Confirmation Order by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Jonathan Eller, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Christina Knoles, Arthur Kriss, Janice Lucas, Kevin McKee, Mojave Canyon Inc., Charles Maraden, Walter Musso, Daniel Newman, Rita P. Anderson Trust, Edward Schnoonover, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Cynthia Winter, Ken Zawacki, Tony Chaudhry, Alfie Fujitani, Robert Fuller, Robin Graham, Joe Lafayette, Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan, Plaintiffs Pamela McKee, Carol Mortensen. Responses due by 6/16/2009. (Chubb, Janet) (Entered: 05/29/2009) |
| 05/29/2009 | 1177 | NOTICE by Defendants David Blatt, Boris Piskun, Compass Financial Partners LLC, Compass Partners LLC, Compass USA SPE, LLC, Counter Claimants Compass Financial Partners LLC, Compass USA SPE LLC, Interested Parties Compass USA SPE LLC, Compass Financial Partners LLC, Plaintiffs Compass Financial Partners LLC, Compass USA SPE LLC *Attorney's Notice to be Removed From the Service List* (Hardy, Joseph) (Entered: 05/29/2009) |
| 05/29/2009 | 1176 | TEMPORARY RESTRAINING ORDER. Hearing set for 6/1/09 at 9:00am |

| | | |
|---|---|---|
| | | in Courtroom 7D, before Robert C. Jones. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) **Hearing date corrected on 6/1/09. (MJZ) (Entered: 05/29/2009)** |
| 05/29/2009 | 1175 | TRANSCRIPT of Proceedings, (VOL 1) 1172 Motion Hearing held on 5/27/2009, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/19/2009. Redacted Transcript Deadline set for 6/29/2009. Release of Transcript Restriction set for 8/27/2009. (ABB) (Entered: 05/29/2009) |
| 05/29/2009 | 1174 | NOTICE by Counter Defendants Edward Schoonover, Edward Schoonover, Plaintiff Edward Schoonover *Attorney's Notice to be Removed from the Service List* (Cogburn, Jamie) (Entered: 05/29/2009) |
| 05/28/2009 | 1189 | MOTION to Withdraw as Attorney by Douglas Monson. by In Re USA Commercial Mortgage Company, Interested Party USA Commercial Mortgage Company. Motion ripe 5/28/2009. (RFJ) (Entered: 06/03/2009) |
| 05/28/2009 | 1173 | AMENDED COMPLAINT *Third Amended Complaint For Declaratory Relief, Injunctive Relief, And Damages* with Jury Demand against Compass USA SPE, LLC, filed by Richard R Tracy, Ursula W Tracy, Reno Aeronautical Corporation, Defined Benefit Pension Plan, Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Jonathan Eller, Pamela McKee, Alfie Fujitani, Robert Fuller, Robin Graham, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Christina Knoles, Joe Lafayette, Janice Lucas, Kevin McKee, Charles Maraden, Walter Musso, Rita P. Anderson Trust, Edward Schoonover, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Ken Zawacki, Tony Chaudhry, Arthur Kriss, Mojave Canyon Inc., Mortensen, Newman. Adds new parties. Proof of service due by 9/25/2009.(Chubb, Janet) (Entered: 05/28/2009) |
| 05/28/2009 | 1171 | Submission of PROPOSED ORDER on 1170 MOTION for Temporary Restraining Order *Application For Temporary Restraining Order And Motion For Preliminary Injunction* ; filed by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Christina Knoles, Arthur Kriss, Kevin McKee, Mojave Canyon Inc., Walter Musso, Rita P. Anderson Trust, Edward Schoonover, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Cynthia Winter, Ken Zawacki, Jonathan Eller, Alfie Fujitani, Robert Fuller, Robin Graham, Don Hess, Joe Lafayette, Janice Lucas, Charles Maraden, Tony Chaudhry, Plaintiffs Pamela McKee, Mortensen, Newman. (Chubb, Janet) |

| | | (Entered: 05/28/2009) |
|---|---|---|
| 05/28/2009 | 1170 | MOTION for Temporary Restraining Order *Application For Temporary Restraining Order And Motion For Preliminary Injunction* by Counter Defendants Patrick J. Anglin, Tito Castillo, Robert Fuller, Robin Graham, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Joe Lafayette, Kevin McKee, Charles Maraden, Walter Musso, Rita P. Anderson Trust, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Tony Chaudhry, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Charles B. Anderson Trust, Jonathan Eller, Alfie Fujitani, Christina Knoles, Arthur Kriss, Janice Lucas, Mojave Canyon Inc., Edward Schnoonover, Ken Zawacki, Plaintiffs Pamela McKee, Mortensen, Newman. Motion ripe 5/28/2009. (Chubb, Janet) (Entered: 05/28/2009) |
| 05/28/2009 | 1169 | NOTICE of Change of Attorney on behalf of In Re USA Commercial Mortgage Company, Interested Party USA Commercial Mortgage Company. *Attorney's Notice to be Removed from the Service List* (Monson, Douglas) (Entered: 05/28/2009) |
| 05/27/2009 | 1172 | MINUTES OF PROCEEDINGS - Motion Hearing held on 5/27/2009 before Judge Robert C. Jones. Crtrm Administrator: *K. Goetsch*; Court Reporter/FTR #: *A. Bareng*; Time of Hearing: *10:35 a.m.*; Courtroom: *7D*;<br><br>**SEE ATTACHED MINUTES**<br><br>Hearing RE: 1127 SEALED MOTION Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances.<br><br>Final hearing re 1127 (as per attached minutes) set for 6/15/2009, at 10:00 AM in LV Courtroom 7D before Judge Robert C. Jones.<br><br>TRO Hearing set for 6/1/2009, at 09:00 AM in LV Courtroom 7D before Judge Robert C. Jones.<br><br>(Copies have been distributed pursuant to the NEF - KXG) (Entered: 05/28/2009) |
| 05/27/2009 | 1168 | (2nd Notice) PURSUANT TO SPECIAL ORDER 109: that **Prassana Mahadeva** is in violation of Special Order 109. **Participation in the electronic filing system became mandatory for all attorneys effective January 1, 2006.** You are required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) program and the electronic service of pleadings. Failure to abide by Special Order 109 will be brought to the courts attention for appropriate action. Please visit the Courts website **www.nvd.uscourts.gov,** then select CM/ECF Info, to register the Attorney(s). **(no image attached)** (RFJ) (Entered: 05/27/2009) |

| 05/27/2009 | 1167 | (1st Notice) PURSUANT TO SPECIAL ORDER 109: that **Michael J Collins** is in violation of Special Order 109. **Participation in the electronic filing system became mandatory for all attorneys effective January 1, 2006.** You are required to register for the Courts Case Management and Electronic Case Filing (CM/ECF) program and the electronic service of pleadings. Please visit the Courts website **www.nvd.uscourts.gov**, then select CM/ECF Info, to register the Attorney(s). **(no image attached)** (RFJ) (Entered: 05/27/2009) |
| 05/21/2009 | | NOTICE of Docket Correction to 1159 Notice of Change of Attorney : ERROR: Wrong event selected by **Attorney Luis Ayon** ; CORRECTION: Court refiled document as 1165 STIPULATION for Substitution of Attorneys. **(no image attached)**(SRK) (Entered: 05/21/2009) |
| 05/21/2009 | 1164 | DECLARATION of Rodger Stubbs re 1160 Response - Other,,,,, ; *Declaration of Rodger Stubbs In Support Of Brief In Opposition To Motion To Approve Gess Sale Or, In The Alternative, To Compel Funding Of Advances* by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Tito Castillo, Charles B. Anderson Trust, Jonathan Eller, Alfie Fujitani, Robert Fuller, Robin Graham, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Arthur Kriss, Joe Lafayette, Janice Lucas, Kevin McKee, Mojave Canyon Inc., Charles Maraden, Walter Musso, Rita P. Anderson Trust, Edward Schnoonover, Carol Simon, Cyril Tammadge, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Tony Chaudhry, Donna M. Cangelosi, Christina Knoles, Warren Hoffman Family Investments, LP, Plaintiffs Pamela McKee, Mortensen, Newman. (Attachments: # 1 Exhibit A, # 2 Exhibit B-1, # 3 Exhibit B-2, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J-1, # 12 Exhibit J-2, # 13 Exhibit J-3, # 14 Exhibit J-4, # 15 Exhibit J-5, # 16 Exhibit J-7, # 17 Exhibit J-8, # 18 Exhibit J-9, # 19 Exhibit J-10, # 20 Exhibit J-6, # 21 Exhibit K, # 22 Exhibit L, # 23 Exhibit M, # 24 Exhibit N, # 25 Exhibit O-1, # 26 Exhibit O-2, # 27 Exhibit O-3, # 28 Exhibit O-4, # 29 Exhibit O-5, # 30 Exhibit P)(Chubb, Janet) (Entered: 05/21/2009) |
| 05/21/2009 | 1163 | MOTION to Withdraw as Attorney by ALAN R. SMITH, ESQ.. by Counter Defendants FDH Resolution Company, LLC, Lender 2 Lender, LLC, The Lenders Protection Group, Donna M. Cangelosi. Motion ripe 5/21/2009. (Smith, Alan) (Entered: 05/21/2009) |
| 05/21/2009 | 1162 | DECLARATION of CHARLES R. MARADEN re 1160 Response - Other,,,,, ; *Declaration of Charles R. Maraden In Support Of Brief In Opposition To Motion To Approve Gess Dale Or, In, To Compel Funding of Advances* by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Jonathan Eller, Alfie Fujitani, Robert Fuller, Robin Graham, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as |

| | | |
|---|---|---|
| | | Guardian of Susan L. Kehl, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Mojave Canyon Inc., Rita P. Anderson Trust, Edward Schnoonover, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Tony Chaudhry, Kevin McKee, Charles Maraden, Walter Musso, Carol Simon, Ken Zawacki, Plaintiffs Pamela McKee, Mortensen, Newman. (Chubb, Janet) (Entered: 05/21/2009) |
| 05/21/2009 | 1161 | DECLARATION of Janet L. Chubb re 1160 Response - Other,,,,, ; *Brief In Opposition To Motion To Approve Gess Sale Or, In The Alternative, To Compel Funding Of Advances* by Counter Defendants Patrick J. Anglin, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Alfie Fujitani, Robert Fuller, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Arthur Kriss, Kevin McKee, Walter Musso, Rita P. Anderson Trust, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Cynthia Winter, Ken Zawacki, Tony Chaudhry, Baltes Company, Jonathan Eller, Robin Graham, Tina M. Kehl, Christina Knoles, Joe Lafayette, Janice Lucas, Mojave Canyon Inc., Charles Maraden, Edward Schnoonover, Connie Westbrook, Plaintiffs Pamela McKee, Mortensen, Newman. (Attachments: # 1 Exhibit 1)(Chubb, Janet) (Entered: 05/21/2009) |
| 05/21/2009 | 1160 | RESPONSE to 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* ; *Brief In Opposition To Motion To Approve Gess Sale Or, In The Altenative, To Compel Funding Of Advances* filed by Counter Defendants Patrick J. Anglin, Judy A. Bonnet, Tito Castillo, Charles B. Anderson Trust, Robin Graham, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Joe Lafayette, Kevin McKee, Walter Musso, Rita P. Anderson Trust, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Ken Zawacki, Tony Chaudhry, Baltes Company, Donna M. Cangelosi, Jonathan Eller, Alfie Fujitani, Robert Fuller, Christina Knoles, Arthur Kriss, Janice Lucas, Mojave Canyon Inc., Charles Maraden, Edward Schnoonover, Plaintiffs Pamela McKee, Mortensen, Newman. (Chubb, Janet) (Entered: 05/21/2009) |
| 05/20/2009 | 1165 | STIPULATION for Substitution of Attorneys; filed by Defendants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP,. (SRK) (Entered: 05/21/2009) |
| 05/20/2009 | 1158 | TRANSCRIPT of Proceedings, 1152 Motion Hearing held on 5/11/09, before Judge Robert C. Jones. Court Reporter/Transcriber: Cline Transcription Services, Inc., 702-644-1123. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber |

| | | |
|---|---|---|
| | | using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/10/2009. Redacted Transcript Deadline set for 6/20/2009. Release of Transcript Restriction set for 8/18/2009. (ABB) (Entered: 05/20/2009) |
| 05/19/2009 | 1157 | MOTION Motion to Extend Discovery Deadlines by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. Responses due by 6/6/2009. (Swanis, Eric) (Entered: 05/19/2009) |
| 05/19/2009 | 1156 | STIPULATION *and Order Regarding Briefing Schedule on Motion to Approve Gess Sale Or, In The Alternative, To Compel Funding of Advances* by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Swanis, Eric) (Entered: 05/19/2009) |
| 05/19/2009 | 1155 | STIPULATION *and Order Regarding Briefing Schedule* by Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Swanis, Eric) (Entered: 05/19/2009) |
| 05/19/2009 | 1154 | ORDER ON STIPULATION Granting 1146 Stipulation, for time to file response to Counter claim. Counter claim defendant Kowalski to respond within 20 days of receipt of written demand. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/19/2009) |
| 05/18/2009 | 1153 | NOTICE of Appearance by attorney Eric W. Swanis on behalf of Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. *Notice of Appearance of Counsel* (Swanis, Eric) (Entered: 05/18/2009) |
| 05/14/2009 | 1151 | ORDER ON STIPULATION Granting 1132 Stipulation, for time. Hearing on Motion 897 for Leave is set for 5/11/09. Hearing on 890 Motion for Receiver is set for 5/11/09. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/14/2009) |
| 05/14/2009 | 1150 | ORDER granting 1131 Verified Petition for Permission to Practice Pro Hac Vice for Attorney McAlan Duncan for Direct Lenders and approving Janet Chubb as Designation of Local Counsel. Signed by Judge Robert C. Jones. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/14/2009) |
| 05/14/2009 | 1149 | ORDER Granting 1129 Motion for Leave to File Under Seal. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/14/2009) |
| 05/12/2009 | 1148 | Submission of PROPOSED ORDER re 908 Motion to Substitute; filed by |

| | | |
|---|---|---|
| | | Plaintiffs Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Rita P. Anderson Trust, Kehl Development Corporation, Cynthia Winter, Kevin McKee, Pamela McKee, Warren Hoffman Family Investment, LP, Mojave Canyon, Inc. *Proposed Amendment To Order*. (Attachments: # 1 Appendix Email to and from Counsel for Silar, et al.)(Chubb, Janet) Modified to add docket entry relationship on 5/15/2009 (SRK). (Entered: 05/12/2009) |
| 05/11/2009 | 1152 | MINUTES OF PROCEEDINGS - Motion Hearing held on 5/11/2009 before Judge Robert C. Jones. Crtrm Administrator: *K. Goetsch*; Court Reporter/FTR #: *A. Bareng*; Time of Hearing: *1:30pm*; Courtroom: *7D*; COUNSEL PRESENT: Terry Coffing (Receiver); Randolph Howard (Silar, etc); Reid Ashinoff, telephonically (Silar, etc.); Janet Chubb and Michael Collins, telephonically (JV Direct Lenders).<br><br>Preliminarily, the Court notes the resolution as reported by counsel with respect to the 890 Emergency Motion of CCM Pathfinder Pompano Bay, LLC and CCM Pathfinder Gramercy, LLC to Appoint a Receiver and for Preliminary Injunction; and the 897 CCM Pathfinder Pompano Bay, LLC's and CCM Pathfinder Gramercy, LLC's Motion for Leave to File An Amended Class Action Complaint.<br><br>Discussion is held with respect to the scheduling of oral argument in relation to the pending summary judgment motions. The Court directs the clerk to set the subject motions for oral argument on 6/29/2009. *Separate notice of hearing to issue*. The Court invites the filing of stipulations of counsel with respect to expediting and/or extending deadlines as necessary, including with respect to Rule 56(f) motions.<br><br>The Court hears representations from Mr. Coffing, and GRANTS the 1014 MOTION for instructions regarding Brookmere Loan. *Proposed order is submitted and signed by the Court.*<br><br>Mr. Ashinoff requests scheduling with respect to 1127 . SO ORDERED. Oral argument with respect to the 1127 **SEALED** Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances [Filed Under Seal] is scheduled for Wednesday, 5/27/2009, at 10:30 AM in LV Courtroom 7D before Judge Robert C. Jones. ***Note to Counsel: Please note the change in the time for this hearing from 10:00 AM (as given in open court), to 10:30 AM, based on the Court's scheduling needs.***<br><br>Discussion is held with respect to Mr. Ashinoff's request that 1062 Proposed Order be considered and approved. Upon objection by Ms. Chubb, the Court directs the submission within one day of an alternative proposed order.<br><br>Court adjourns at 2:10 p.m. |

| | | |
|---|---|---|
| | | **(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 05/15/2009) |
| 05/11/2009 | 1147 | CERTIFICATE OF SERVICE for 1146 STIPULATION FOR EXTENSION OF COUNTER-CLAIM DEFENDANT STEPHEN KOWALSKI'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO ASSET RESOLUTION, LLC'S COUNTERCLAIMS by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP re 1146 Stipulation,. (Navarro, Peter) (Entered: 05/11/2009) |
| 05/11/2009 | 1146 | STIPULATION re 912 Answer to Amended Complaint,,,,, Counterclaim,,,, ; *[Stipulation for Extension of Counter-Claim Defendant Stephen Kowalski's Time to Answer, Move or Otherwise Respond to Asset Resolution, LLC's Counterclaims]* by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Navarro, Peter) (Entered: 05/11/2009) |
| 05/11/2009 | 1145 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 5/11/2009. By Deputy Clerk: K. Goetsch. <br><br> BY ORDER OF THE COURT, the referenced motions are hereby scheduled for oral argument on Monday, 6/29/2009, at 09:00 AM in LV Courtroom 7D before Judge Robert C. Jones. <br><br> 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary*; <br><br> 1072 MOTION for Entry of Clerks Default; <br><br> 1085 Direct Lenders' MOTION for Partial Summary Judgment *That The Loan Servicer Cannot Collect Late Charges And Default Interest Before The Direct Lenders Recover Their Principal*; <br><br> 1088 MOTION for Partial Summary Judgment *That Compass Was Validly Terminated As Loan Servicer As To Certain Loans*; <br><br> 1101 Direct Lenders' MOTION for Partial Summary Judgment *That Silar Was Not Disclosed As Compass' Financier, Or As Taking A Security Interest In Debtors' Assets, As Of January 8, 2007*; <br><br> 1113 MOTION for Partial Summary Judgment *regarding Collection Of Late Charges And Default Interest*; <br><br> 1140 MOTION to Dismiss; <br><br> 1141 MOTION for Judgment *ON THE PLEADINGS*. |

| | | |
|---|---|---|
| | | **(no image attached)** (Copies have been distributed pursuant to the NEF - KXG) (Entered: 05/11/2009) |
| 05/11/2009 | 1144 | ORDER Granting 1014 Motion appointing Tom Grimmett as Equity Receiver for the Brookmere Loan Interests. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/11/2009) |
| 05/11/2009 | 1143 | Submission of PROPOSED ORDER filed by Receiver Tom Grimmett *Order Appointing Tom Grimmett as Full Equity Receiver for the Brookmere Loan Interests.* (Coffing, Terry) (Entered: 05/11/2009) |
| 05/11/2009 | 1142 | MINUTE ORDER IN CHAMBERS Regarding the Requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* as to 1140 MOTION to Dismiss : Opposition due fifteen (15) days from the date of this Minute Order, and reply due eleven (11) days after the filing of the opposition. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/11/2009) |
| 05/08/2009 | 1141 | MOTION for Judgment *ON THE PLEADINGS* by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Kevin McKee, Rita P. Anderson Trust, Warren Hoffman Family Investments, LP, Cynthia Winter, Plaintiff Death Valley Acquisitions, LLC. Responses due by 5/26/2009. (Bubala, Louis) (Entered: 05/08/2009) |
| 05/08/2009 | 1140 | MOTION to Dismiss by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Kevin McKee, Rita P. Anderson Trust, Warren Hoffman Family Investments, LP, Cynthia Winter, Plaintiff Death Valley Acquisitions, LLC. Responses due by 5/26/2009. (Bubala, Louis) (Entered: 05/08/2009) |
| 05/08/2009 | 1139 | RESPONSE to filed by Counter Defendants Ruth Ann Kehl, Cynthia Winter, Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Kevin McKee, Rita P. Anderson Trust, Warren Hoffman Family Investments, LP, Plaintiff Death Valley Acquisitions, LLC, Creditor Pamela McKee. *JV Direct Lenders' Response to Letter Dated May 5, 2009, from Silar Advisors, LP, Silar Special Opportunities Fund, LP and Asset Resolution, LLC* Replies due by 5/22/2009. (Attachments: # 1 Exhibit A)(Chubb, Janet) (Entered: 05/08/2009) |
| 05/08/2009 | 1138 | CERTIFICATE OF SERVICE for [#1135] Declaration of Peter D. Navarro in Opposition of the Direct Lenders' Motion for Partial Summary Judgment |

| | | |
|---|---|---|
| | | that the Loan Servicer is a Fiduciary by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP re 1135 Declaration,,. (Navarro, Peter) (Entered: 05/08/2009) |
| 05/08/2009 | 1137 | CERTIFICATE OF SERVICE for [#1134] Declaration of Michael Reiner in Opposition of the Direct Lenders' Motion for Partial Summary Judgment that the Loan Servicer is a Fiduciary by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP re 1134 Declaration,,. (Navarro, Peter) (Entered: 05/08/2009) |
| 05/08/2009 | 1136 | CERTIFICATE OF SERVICE for [#1133] Opposition Brief of Silar Advisors, LP, Silar Special Opportunities Fund, LP and Asset Resolution, LLC to the Direct Lenders' Motion for Partial Summary Judgment that the Loan Servicer is a Fiduciary by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP re 1133 Response to Motion,,. (Navarro, Peter) (Entered: 05/08/2009) |
| 05/08/2009 | 1135 | DECLARATION of Peter D. Navarro re 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary* ; filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. *[Declaration of Peter Navarro in Opposition to the Direct Lenders' Motion for Partial Summary Judgment that the Loan Servicer is a Fiduciary]* (Navarro, Peter) (Entered: 05/08/2009) |
| 05/08/2009 | 1134 | DECLARATION of Michael Reiner re 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary* ; filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. *[Declaration of Michael Reiner in Opposition of the Direct Lenders' Motion for Partial Summary Judgment that the Loan Servicer is a Fiduciary]* (Navarro, Peter) (Entered: 05/08/2009) |
| 05/08/2009 | 1133 | RESPONSE to 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary*, filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. *[Opposition Brief of Silar Advisors, LP, Silar Special Opportunities Fund, LP and Asset Resolution, LLC to the Direct Lenders' Motion for Partial Summary Judgment that the Loan Servicer is a Fiduciary]* Replies due by 5/22/2009. (Navarro, Peter) (Entered: 05/08/2009) |
| 05/07/2009 | 1132 | STIPULATION re 897 MOTION to Amend/Correct Complaint *CCM Pathfinder Pompano Bay, LLC's and CCM Pathfinder Gramercy, LLC's* |

| | | |
|---|---|---|
| | | *Motion for Leave to File An Amended Class Action Complaint* ; *Stipulation to Take Hearing of CCM Pathfinder Pompano Bay, LLC's and CCM Pathfinder Gramercy, LLC's Motion to Appoint Receiver and Motion for Leave to File an Amended Class Action Complaint off Calendar* by Plaintiffs CCM Pathfinder Bay Pompano, LLC, CCM Pathfinder Gramercy, LLC. (Kishner, Joanna) (Entered: 05/07/2009) |
| 05/07/2009 | 1131 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by McAlan W. Duncan and DESIGNATION of Local Counsel Janet L. Chubb (Filing fee $ 175 receipt number 09780000000001223833) filed by Counter Defendants Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Tito Castillo, Charles B. Anderson Trust, Alfie Fujitani, Robin Graham, Don Hess, Christina M. Kehl, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Christina Knoles, Arthur Kriss, Kevin McKee, Mojave Canyon Inc., Rita P. Anderson Trust, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Ken Zawacki, Tony Chaudhry, Donna M. Cangelosi, Jonathan Eller, Joe Lafayette, Janice Lucas, Charles Maraden, Walter Musso, Edward Schnoonover, Carol Simon, Plaintiffs Mortensen, Newman. Motion ripe 5/7/2009. (Chubb, Janet) (Entered: 05/07/2009) |
| 05/05/2009 | 1130 | ERRATA to 1129 MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* ; *[Errata Re Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* filed by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. (Navarro, Peter) (Entered: 05/05/2009) |
| 05/04/2009 | 1129 | MOTION for Leave to File *[Motion to File Motion to Approve Gess Sale or, in the Alternative, to Compel Funding of Advances Filed Under Seal]* by Intervenor Asset Resolution, LLC., Counter Claimants Asset Resolution, LLC., Silar Advisors, LP, Silar Special Opportunities Fund, LP, Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP. Motion ripe 5/4/2009. (Navarro, Peter) (Entered: 05/04/2009) |
| 05/01/2009 | 1126 | ORDER ON STIPULATION Granting 1107 Stipulation, of time for Nancy Turner to respond/answer Counter-Claim 20 days after written demand is received. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1125 | ORDER ON STIPULATION Granting 1109 Stipulation, for time for counter-claim Defendant Linda Doerr to respond 20 days after counter-claim defendant receives written demand to Counter-Claim. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) Modified text on 5/1/2009 (AXM). (Entered: 05/01/2009) |
| | | |

| 05/01/2009 | 1124 | ORDER granting 1108 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Michael S. Gardner for Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Jonathan Eller, Alfie Fujitani, Robin Graham, Don Hess, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Ruth Ann Kehl, Tina M. Kehl, Kehl Development Corporation, Kevin Kehl as Guardian of Andrew Kehl, Kevin Kehl as Guardian of Susan L. Kehl, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Kevin McKee, Mojave Canyon Inc., Charles Maraden, Walter Musso, Daniel Newman, Rita P. Anderson Trust, Edward Schnoonover, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Ken Zawacki and Tony Chaudhry and approving Janet Chubb as Designation of Local Counsel. Signed by Judge Robert C. Jones. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1123 | ORDER Granting 1106 Verified Petition for Permission to Practice Pro Hac Vice for Attorney William A. Brewer, III for Patrick J. Anglin, Baltes Company, Judy A. Bonnet, Donna M. Cangelosi, Tito Castillo, Charles B. Anderson Trust, Jonathan Eller, Alfie Fujitani, Robin Graham, Don Hess, Daniel J. Kehl, Kevin A. Kehl, Krystina L. Kehl, Robert A. Kehl, Robert J. Kehl, Christina Knoles, Arthur Kriss, Joe Lafayette, Janice Lucas, Kevin McKee, Mojave Canyon Inc., Walter Musso, Daniel Newman, Rita P. Anderson Trust, Edward Schnoonover, Carol Simon, Cyril Tammadge, Lawrence Tengan, Warren Hoffman Family Investments, LP, Connie Westbrook, Cynthia Winter, Ken Zawacki, Tony Chaudhry and Charles Maraden and approving Janet Chubb as Designation of Local Counsel. Signed by Judge Robert C. Jones. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1122 | Submission of PROPOSED ORDER on 1117 Order, Add and Terminate Parties ; filed by Counter Claimant Asset Resolution, LLC.. (Attachments: # 1 Proposed Order)(Curcio, Louis) (Entered: 05/01/2009) |
| 05/01/2009 | 1121 | ORDER Granting 843 Motion to Dismiss Counterclaim as to Knoles, Kriss, Mortensen, Maraden & Newman. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1120 | ORDER Denying 938 Motion to Show Cause Why Receiver Should Not Be Appointed. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1119 | ORDER ON STIPULATION Granting 1091 Stipulation, for time to file response to 1040 MOTION for Partial Summary Judgment *That The Loan Servicer Is A Fiduciary*. Responses due by 5/5/2009. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) |

| | | (Entered: 05/01/2009) |
|---|---|---|
| 05/01/2009 | 1118 | ORDER Deeming as moot 888 Motion to Quash. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1117 | ORDER Granting 1084 Proposed Order Submission filed by Tom Grimmett, Tom Grimmett terminated as Receiver. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |
| 05/01/2009 | 1116 | ORDERED that the Motion to Dismiss filed by the JV Direct Lenders regarding the counterclaim filed by Compass USA SPE LLC,and Compass Partners, LLC, in Case No. 3:07-cv-00241-RCJ-GWF (Ct. Dkt #64) is GRANTED without prejudice. Signed by Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 05/01/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/08/2009 19:23:22 | | | |
| PACER Login: | ps0038 | Client Code: | 73571.001 |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00892-RCJ-GWF Start date: 5/1/2009 End date: 7/8/2009 |
| Billable Pages: | 30 | Cost: | 2.40 |

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11ᵗʰ Floor, Los Angeles, CA 90067**

The foregoing document described *REDMANS' STATUS REPORT REGARDING WORKOUT NEGOTIATIONS AND STATEMENT REGARDING COURT'S ORDER TO SHOW CAUSE* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 9, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

&#9746; Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 9, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

&#9746; Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 9, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hand Delivery
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012                                    &#9746; Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 9, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                  **F 9013-3.1**

| | |
|---|---|
| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-21925-ER |

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Integrated Financial Associates Inc
dbg@lnbrb.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

**Notice will be emailed to**:

David B. Golubchik, Esq.
*DBG@lnbrb.com*

Steven Winick
*shwinick@sheppardmullin.com*

Randye B. Soref, Esq.
*rsoref@buchalter.com*

J. Alexandra Rhim, Esq.
*arhim@buchalter.com*

David R. Krause-Leemon, Esq.


*Email: dkrause-leemon@luce.com*

John A. Moe, II, Esq.
*jmoe@luce.com*

Steven Casselberry, Esq.
*Email: scasselberry@mrllp.com*

Alisa C. Lacey, Esq.
*alacey@stinson.com*

Katherine M. Windler, Esq.
*Email: katherine.windler@bryancave.com*

Lance N. Jurich, Esq.
*Email: ljurich@loeb.com*


**Notice will be mailed to**:

**U.S. Trustee**
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to Petitioners Beaumont Partners,
L.P., a Nevada L.P.; Compass FP Corp.,a
Delaware corporation; and Marcella Signorelli,
an individua**

David B. Golubchick, Esq.
Levene, Neale, Bender, Rankin & Bril
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel to Petitioner Compass FP Corp., a
Delaware corporation**
Ori Katz
Steven Winick
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Request for Special Notice**

Counsel to US Bank – Special Assets
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer, a PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


Counsel for IndyMac Venture LLC
David R. Krause-Leemon, Esq.
John A. Moe, II, Esq.
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa, Suite 3900
Los Angeles, CA 90017

Counsel to First Bank
Steven Casselberry, Esq.
David J. Williams, Esq.
Michelman & Robinson, LLP
4 Hutton Centre Suite 300
Santa Ana, CA 92707

Counsel for IMH Secured Loan Fund
Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

Counsel for Silar Advisors
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Counsel to Wells Fargo Bank
Marc Andrews
Office of the General Counsel
Wells Fargo & Co.
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435
(WFB 173122064-6171/SM)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

Counsel for Diversified Pacific Opportunity Fund
Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9013-3.1**