Stanley E. Goldich (CA Bar No. 92659)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: sgoldich@pszjlaw.com

Attorneys for Larry and Joy Redman,
Alleged Debtors

FILED
JUL 09 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Alleged Debtors | Case No.: 2:08-bk-21925-ER<br><br>Involuntary Chapter 11<br><br>**DECLARATION OF STANLEY E. GOLDICH IN SUPPORT OF STATUS REPORT REGARDING WORKOUT NEGOTIATIONS AND STATEMENT REGARDING COURT'S ORDER TO SHOW CAUSE**<br><br>Date: July 16, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1568<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Judge: Honorable Ernest M. Robles |

I, Stanley E. Goldich, do declare and state as follows:

1.      I am a member of the State Bar of California. I am a partner in the law firm of Pachulski Stang Ziehl & Jones, LLP ("PSZJ" or the "Firm") and one of the principal attorneys responsible for representing Lawrence E. Redman ("Larry Redman" or "Redman") and his wife (collectively, the "Redmans") in the herein Involuntary Chapter 11 (the "Involuntary Case") and workout negotiations with lender entities with respect to various lender guarantees  The matters stated herein are within my personal knowledge except where stated on information and belief, and, if called as a witness, I would testify thereto.

73571-001\DOCS_LA:204788.1

2. This Declaration is being filed in support of the Redmans' Status Report Regarding Workout Negotiations (the "Status Report") and Statement Regarding Court's Order to Show Cause (the "Statement") filed concurrently herewith.

3. I have been actively involved in the Redmans' workout negotiations relating to guarantee claims and the description in the Status Report regarding the status of discussions and negotiations is accurate.

4. Attached as **Exhibit A** to the Status Report is a true and correct copy of a Case Management Statement ("CMS") filed on or about July 1, 2009 by Silar Advisors, LP, Silar Special Opportunities Fund, LP and Asset Resolution, LLC (hereinafter referred to collectively as "Silar") in an action originally filed by Compass FB Corp. against Richard Ashby and Larry Redman in the Superior Court of California, County of Orange, Case No. 07-CC-09823.

5. Silar's description of the USACM bankruptcy case, its financing and foreclosure on the Compass interests and the status of the Nevada District Court action (the "District Court Action") in the USACM case, Case No.: 2:07-cv-00892-RCJ-GWF, and the standing of Silar is set forth in an attachment (the "Attachment") to the CMS. Based on a discussion with counsel for a group of direct lenders involved in the District Court Action and an email from counsel for Silar on July 7, 2009 and review on July 8, 2009 of the District Court Docket for the past month, it is my understanding that the District Court ruled on some issues at the July 6, 2009 hearing, but certain questions relating to Silar's standing and interests were not fully resolved or adjudicated and will be addressed in subsequent proceedings or agreements of the parties. Attached as **Exhibit B** to the Status Report is the recent Docket in the District Court action from May 1, 2009 to July 8, 2009.

6. I am authorized to confirm that the Statement sets forth the current position of the Redmans with respect to the Involuntary Case and the Court's order to show cause set for hearing on September 1, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2009, at Los Angeles, California.

/s/ *Stanley E. Goldich*
Stanley E. Goldich

Main Document      Page 3 of 6

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

The foregoing document described *DECLARATION OF STANLEY E. GOLDICH IN SUPPORT OF STATUS REPORT REGARDING WORKOUT NEGOTIATIONS AND STATEMENT REGARDING COURT'S ORDER TO SHOW CAUSE* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 9, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 9, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 9, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hand Delivery
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 9, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Integrated Financial Associates Inc
dbg@lnbrb.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

**Notice will be emailed to**:

David B. Golubchick, Esq.
*DBG@lnbrb.com*

Steven Winick
*shwinick@sheppardmullin.com*

Randye B. Soref, Esq.
*rsoref@buchalter.com*

J. Alexandra Rhim, Esq.
*arhim@buchalter.com*

David R. Krause-Leemon, Esq.
*Email: dkrause-leemon@luce.com*

John A. Moe, II, Esq.
*jmoe@luce.com*

Steven Casselberry, Esq.
*Email: scasselberry@mrllp.com*

Alisa C. Lacey, Esq.
*alacey@stinson.com*

Katherine M. Windler, Esq.
*Email: katherine.windler@bryancave.com*

Lance N. Jurich, Esq.
*Email: ljurich@loeb.com*

**Notice will be mailed to**:

**U.S. Trustee**
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel to Petitioners Beaumont Partners, L.P., a Nevada L.P.; Compass FP Corp.,a Delaware corporation; and Marcella Signorelli, an individua**

David B. Golubchick, Esq.
Levene, Neale, Bender, Rankin & Bril
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Counsel to Petitioner Compass FP Corp., a Delaware corporation**
Ori Katz
Steven Winick
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Request for Special Notice**

Counsel to US Bank – Special Assets
Randye B. Soref, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer, a PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Counsel for IndyMac Venture LLC
David R. Krause-Leemon, Esq.
John A. Moe, II, Esq.
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa, Suite 3900
Los Angeles, CA 90017

Counsel to First Bank
Steven Casselberry, Esq.
David J. Williams, Esq.
Michelman & Robinson, LLP
4 Hutton Centre Suite 300
Santa Ana, CA 92707

Counsel for IMH Secured Loan Fund
Alisa C. Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

Counsel for Silar Advisors
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Counsel to Wells Fargo Bank
Marc Andrews
Office of the General Counsel
Wells Fargo & Co.
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435
(WFB 173122064-6171/SM)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

Counsel for Diversified Pacific Opportunity Fund
Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1