

**FILED & ENTERED**

**NOV 18 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Lawrence Eugene Redman and Joy Ann Redman,

Debtors.

Case No: 2:08-bk-21925

Chapter: 7

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

[NO HEARING REQUIRED]

On consideration of the involuntary petition filed on August 4, 2008 against the above-named Debtors and the Debtors' Motion to Extend by Forty-Five Days the Entry of the Order for Relief heard on September 29, 2009, the Court ordered that the entry of an order for relief under Chapter 7 of the Bankruptcy Code would be entered on November 16, 2009. *See* Dkt. #52.

Therefore, good cause appearing, an order for relief in this involuntary case shall be and is hereby entered.

IT IS SO ORDERED.

1 ###

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27    DATED: November 18, 2009

_____
United States Bankruptcy Judge

28

- 2 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER FOR RELIEF IN AN INVOLUNTARY CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 16, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Marc Andrews    sandra.g.mcmasters@wellsfargo.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- David B Golubchik    dbg@lnbrb.com
- Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Sheri Kanesaka    skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com
- Ron Maroko    ron.maroko@usdoj.gov
- Leonard M Shulman    lshulman@shbllp.com
- Randye B. Soref    rsoref@buchalter.com, IFS_filing@buchalter.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David J Williams    dwilliams@mrllp.com
- Katherine M Windler    katherine.windler@bryancave.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

GE Money Bank
c/o Recovery Management Systems Corp
Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

David R Krause-Leemon
601 S Figueroa Ste 3900
Los Angeles, CA 90017

John A Moe,II
Luce, Forward, Hamilton & Scripps LLP
601 S Figueroa, Ste 3900
Los Angeles, CA 90017

Richard Pachulski
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Steven H Winick
Four Embarcadero Ctr 17th Fl
San Francisco, CA 94111

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page