Richard M. Pachulski (CA Bar No. 90073)
Ira D. Kharasch (CA Bar No. 109084)
Stanley E. Goldich (CA Bar No. 92659)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtors. | Case No.: 2:08-21925-ER<br><br>**SUBMISSION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**<br><br>[No Hearing Required] |

LAWRENCE EUGENE REDMAN and JOY ANN REDMAN, debtors and debtors in possession herein, hereby submits their List of Creditors Holding the 20 Largest Unsecured Claims.

Dated:   November 20, 2009         PACHULSKI STANG ZIEHL & JONES LLP

                                By    /s/ Stanley E. Goldich
                                      Richard M. Pachulski
                                      Ira D. Kharasch
                                      Stanley E. Goldich
                                      [Proposed] Attorneys for Debtors and
                                      Debtors in Possession

73571-001\DOCS_LA:211240.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Lawrence E. Redman / Joy A. Redman      Debtor(s)

Case No.    2:08-bk-21925-ER

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Investors Mortgage Holdings<br>4900 No. Scottsdale Road<br>Suite 5000<br>Scottsdale, AZ 85251 | Alisa Lacey, Esq.<br>Stinson Morrison Hecker LLP<br>1850 North Central Avenue<br>Phoenix, AZ 85004<br>(602) 212-8628 | Personal Guarantee | Contingent<br>Unliquidated<br>Disputed<br>-settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim:<br>$35,659,042.00<br><br>Security Value:<br>$6,187,500.00 |
| Indymac Venture, LLC<br>c/o Indymac Mortgage Services<br>888 East Walnut Street<br>Attn: Homebuilder Division<br>Pasadena, CA 91101 | Jeffery D. Hermann, Esq.<br>Orrick, Herrington & Sutcliffe<br>777 South Figueroa St, Ste 3200<br>Los Angeles, CA 90017<br>(213) 612-2413 | Loan Guarantees (original creditor on Petition Date was Indymac Bank FSB) | Contingent<br>Unliquidated<br>Disputed<br>-settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim:<br>$33,719,075.00<br><br>Security Value:<br>$5,617,050.00 |
| U.S. Bank National Association<br>9467 Milliken Ave<br>Rancho Cucamonga, CA 91730 | Randye Soref, Esq.<br>Buchalter Nemer, APC<br>1000 Wilshire Blvd., #1500<br>Los Angeles, CA 90017<br>(213) 891-5064 | Loan Guarantees and Line of Credit (original creditor on Petition Date was PFF Bank) | Contingent<br>Unliquidated<br>Disputed<br>-settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim:<br>$17,627,544.00<br><br>Security Value:<br>$4,125,600.00 |
| Bank Midwest, N.A.<br>1111 Main St<br>Suite 1600<br>Kansas City, MO 64105 | John Baxter, Senior Vice President<br>Bank Midwest, N.A.<br>1111 Main St, Suite 1600<br>Kansas City, MO 64105<br>(816) 412-6086 | Personal Guarantee | Contingent<br>Unliquidated<br>Disputed<br>- settled after Petition Date - to be implemented on a final basis in the chapter 11 case | $13,645,187.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Lawrence E. Redman
       Joy A. Redman
       _____
                Debtor(s)

Case No.  2:08-bk-21925-ER

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Beaumont Partners, LP<br>c/o Integrated Financial Associates<br>7785 W Sahara Ave, Suite 100<br>Las Vegas, NV 89117 | Mr. Bill Dyer and Mr. Tom Lea<br>Integrated Financial Associates<br>7785 W Sahara Ave, Suite 100<br>Las Vegas, NV 89117<br>(702) 257-0021 | Personal Guarantee | Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case | $9,831,579.00 |
| Diversified Pacific Opportun. Fund<br>Attn: Matthew A. Jordan<br>10621 Civic Center Drive<br>Rancho Cucamonga, CA 91701 | Lance N. Jurich, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd<br>Los Angeles, CA 90067<br>(310) 282-2211 | Personal Guarantee (original creditor as of Petition Date was First Private Bank) - | Contingent Unliquidated Disputed settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim: $9,179,597.00<br><br>Security Value: $1,250,000.00 |
| Asset Resolution LLC<br>c/o Bryan Cave, LLP<br>Attn: Katherine M. Windler<br>120 Broadway, Suite 300<br>San Francisco, CA 94111 | Attn: Katherine M. Windler, Esq.<br>Bryan Cave, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>(310) 576-2105 | Personal Guarantee (original servicing agent on Petition Date was Compass FP Corp.) | Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim: $9,006,618.00<br><br>Security Value: $420,000.00 |
| Asset Resolution, LLC<br>c/o Bryan Cave, LLP<br>Attn: Katherine M. Windler<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | Attn: Katherine M. Windler, Esq.<br>c/o Bryan Cave, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>(310) 576-2105 | Personal Guarantee (original servicing agent on Petition Date was Compass FP Corp.) | Contingent Unliquidated Disputed - settled after Petition Date - to be implemented on a final basis in the chapter 11 case | $8,432,576.00 |
| FB Holdings, LLC<br>Attn: Steven Casselberry<br>Michelman & Robinson, LLP<br>4 Hutton Centre, Suite 300<br>Santa Ana, CA 92707 | Attn: Steven Casselberry, Esq.<br>Michelman & Robinson, LLP<br>4 Hutton Centre, Suite 300<br>Santa Ana, CA 92707<br>(714) 557-7990 | Personal Guarantee (original creditor on Petition Date was First Bank) | Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim: $7,328,206.00<br><br>Security Value: $1,700,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Lawrence E. Redman
      Joy A. Redman
          Debtor(s)

Case No.  2:08-bk-21925-ER

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gray1 CPB, LLC<br>Attn: William Hamlin<br>550 West C Street, Suite 1470<br>San Diego, CA 92101 | Jeffrey M. Shohet, Esq.<br>DLA Piper US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>(619) 764-6743 | Personal Guarantee (original creditor on Petition Date was Central Pacific Bank) | Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim: $5,203,456.00<br><br>Security Value: $892,492.00 |
| Insco Dico Bonding<br>17780 Fitch<br>Irvine, CA 92614 | Insco Dico Bonding<br>17780 Fitch<br>Irvine, CA 92614<br>(800) 782-1546 | Co-indemnitor of Performance Bonds | Contingent Unliquidated Disputed | $3,601,591.00 |
| Ten-Ninety, Ltd.<br>598 N. Pageant Dr., #E<br>Orange, CA 92869 | Ten-Ninety, Ltd.<br>598 N. Pageant Dr., #E<br>Orange, CA 92869 | Partnership Loan | | $1,000,000.00 |
| William W. Ashby<br>22442 Via Pajaro<br>Coto De Caza, CA 92679 | Lawrence H. Miller, Esq.<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626<br>(714) 431-1100 | Partnership claim | Contingent Unliquidated Disputed | $972,043.00 |
| Central Pacific Bank<br>16870 West Bernardo Dr, Suite 170<br>San Diego, CA 92127 | Michael Petersen, Esq.<br>Shulman Hodges & Bastian LLP<br>26632 Towne Centre Dr., Ste. 300<br>Foothill Ranch, CA 92610<br>(949) 340-3400 | Personal Guarantee | Contingent Unliquidated Disputed - settled after Petition Date - to be implemented on a final basis in the chapter 11 case | $655,176.00 |
| Mark J. Saladino, Tax Collector<br>Los Angeles County Tax Collector<br>225 North Hill Str, Rm 122<br>Los Angeles, CA 90012 | Mark J. Saladino, Tax Collector<br>Los Angeles County Tax Collector<br>225 North Hill Str, Rm 122<br>Los Angeles, CA 90012<br>(213) 974-2111 | Property taxes re airplane | Disputed | $45,350.17 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lawrence E. Redman**
      **Joy A. Redman**
      _____
                    Debtor(s)

Case No.  **2:08-bk-21925-ER**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Lawrence E. Redman** and **Joy A. Redman**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **November 19, 2009**          Signature  _/s/ Lawrence E. Redman_
                                              Lawrence E. Redman
                                              Debtor

Date  **November 19, 2009**          Signature  _____
                                              Joy A. Redman
                                              Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re  **Lawrence E. Redman**
       **Joy A. Redman**
                                                        Case No.  **2:08-bk-21925-ER**
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Lawrence E. Redman** and **Joy A. Redman**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **November 19, 2009**        Signature  _____
                                              Lawrence E. Redman
                                              Debtor

Date  **November 19, 2009**        Signature  *[signed] Joy A Redman*
                                              Joy A. Redman
                                              Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| In re: | | CHAPTER 11 |
|---|---|---|
| Redman, Lawrence Eugene and Redman, Joy Ann, | | |
| | Debtor(s). | CASE NUMBER: 2:08-21925-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described **SUBMISSION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 20, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 5, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

By Personal Delivery
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 20, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
73571-001\DOCS_LA:211240.1

F 9021-1.1

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-21925-ER |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**2:08-bk-21925-ER Notice will be electronically mailed to:**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Compass FP Corp
dbg@lnbrb.com

Lawrence J Hilton on behalf of Creditor IMH Secured Loan Fund, LLC
lhilton@hewittoneil.com, pgarnica@hewittoneil.com

Sheri Kanesaka on behalf of Creditor FB Holdings, LLC
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

**Notice will be emailed to:**
David B. Golubchick, Esq.
*DBG@lnbrb.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
73571-001\DOCS_LA:211240.1

**F 9021-1.1**

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-21925-ER |
|---|---|

Steven Winick
*shwinick@smrh.com*

Randye B. Soref, Esq.
*rsoref@buchalter.com*

J. Alexandra Rhim, Esq.
*arhim@buchalter.com*

Steven Casselberry, Esq.
*Email: scasselberry@mrllp.com*

Alisa C. Lacey, Esq.
*alacey@stinson.com*

Katherine M. Windler, Esq.
*Email: katherine.windler@bryancave.com*

Lance N. Jurich, Esq.
*Email: ljurich@loeb.com*

Jeff Herman, Esq.
*Email: jhermann@orrick.com*

Office of the United States Trustee
Dare Law
*Email: Dare.law@usdoj.gov*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
73571-001\DOCS_LA:211240.1

**F 9021-1.1**