1  Richard M. Pachulski (CA Bar No. 90073)
2  Ira D. Kharasch (CA Bar No. 109084)
   Stanley E. Goldich (CA Bar No. 92659)
3  Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Boulevard, 11th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760

6  [Proposed] Attorneys for Debtors and Debtors in
   Possession
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11  In re:                                    Case No.:  2:08-21925-ER

12  Redman, Lawrence Eugene and Redman, Joy Ann,    Ch. 11

13                                             **SUBMISSION OF AMENDED**
                     Debtors.                  **SCHEDULES D & F**
14                                             [No Hearing Required]

15

16        LAWRENCE EUGENE REDMAN and JOY ANN REDMAN, debtors and debtors in

17  possession herein, hereby submit their Amended Schedules D & F.

18

19  Dated:    December 11, 2009          PACHULSKI STANG ZIEHL & JONES LLP

20                                  By    */s/ Stanley E. Goldich*
                                         _____
21                                       Richard M. Pachulski
                                         Ira D. Kharasch
22                                       Stanley E. Goldich
                                         [Proposed] Attorneys for Debtors and
23                                       Debtors in Possession

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

73571-002\DOCS_LA:212511.1

B6D (Official Form 6D) (12/07)

In re    **Lawrence E. Redman**
      **Joy A. Redman**              Case No.    **2:08-bk-21925-ER**

                           Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO.<br><br>**Bernice James, Tax Collector**<br>**105 E Anapamu St**<br>**Room 109**<br>**Santa Barbara, CA 93102** | | **NA** | | **Property Taxes (Ranch) - (paid 12/08 and 4/09)**<br><br>VALUE      **$0.00** | | | | **$20,630.31** | **$20,630.31** |
| ACCOUNT NO. **9365**<br><br>**Comerica Bank**<br>**PO Box 10229**<br>**Van Nuys, CA 91410-0229** | | **J** | | **5/1/07**<br><br>**Santa Barbara Condo**<br>**1021 Laguna St, #8, Santa Barbara, CA 93101**<br><br>VALUE      **$1,500,000.00** | | | | **$1,000,000.00** | **$0.00** |

Sheet 1 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

Lawrence E. Redman

In re  **Joy A. Redman**                                                       Case No.   **2:08-bk-21925-ER**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1543** <br><br> **IndyMacBank** <br> **PO Box 78826** <br> **Phoenix, AZ 85062-8826** | | J | **3/1/05** <br><br> **Long Beach House** <br> **Primary Home** <br> **269 Argonne Ave.** <br> **Long Beach, CA 90803** <br><br> VALUE  **$1,600,000.00** | | | | **$477,614.31** | **$0.00** |
| ACCOUNT NO. **4645** <br><br> **Kubota Credit** <br> **PO Box 0559** <br> **Carol Stream, IL 60132-0559** | | NA | **5/07** <br><br> **Ranch Tractor & Parts** <br> **Kubota Tractor; Model: M105SHDC1; Serial: 52694; 4WD Tra W/Dual Spd/Fold R Domries Disc - Model: VTL-99-2442 Gearmore Shank Ripper - Model: VS** <br> **[Claim paid in ordinary course 7/6/09]** <br><br> VALUE  **$10,000.00** | X | X | X | **$17,926.91** | **$7,926.91** |
| ACCOUNT NO. <br><br> **Randye B. Soref, Esq.** <br> **Attys for US Bank National Assoc.** <br> **Buchalter Nemer** <br> **1000 Wilshire Blvd., #1500** <br> **Los Angeles, CA 90017** | | NA | **Notice Only** <br><br><br> VALUE  **$0.00** | | | | **$0.00** | **$0.00** |
| ACCOUNT NO. <br><br> **U.S. Bank National Association** <br> **9467 Milliken Ave** <br> **Rancho Cucamonga, CA 91730** | | NA | **Fiesta Line of Credit (personal guarantee/attachment lien) (original creditor on Petition Date was PFF Bank - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** <br><br> VALUE  **$1,600,000.00** | X | X | X | **$2,205,099.00** | **$1,092,713.30** |

Sheet 2 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

**Lawrence E. Redman**

In re **Joy A. Redman**

Case No. **2:08-bk-21925-ER**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint or Community | | | | | |
| ACCOUNT NO. **Wells Fargo Bank c/o Marc Andrews, Esq. Wells Fargo & Co 21680 Gateway Center Dr, #280 Diamond Bar, CA 91765** | C | | Notice Only<br><br>VALUE **$0.00** | | | | **$0.00** | **$0.00** |
| ACCOUNT NO. **4258** **Wells Fargo Bank PO Box 54780 Los Angeles, CA 90054-0780** | J | | 9/7/06<br><br>Line of Credit - $2M Ranch Property 33 Mail Road Lompoc, CA 93436<br><br>VALUE **$0.00** | | | | **$1,898,000.00** | **Unknown** |
| | | | Total(s) (Use only on last page) | | | | **$5,619,270.53** | **$1,110,557.22** |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6F (Official Form 6F) (12/07)

In re  **Lawrence E. Redman,**
       **Joy A. Redman**

                                                                    Case No. __**2:08-bk-21925-ER**__

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alisa C. Lacey, Esq.** <br> **Attys for IMH** <br> **Stinson Morrison Hecker LLP** <br> **1850 North Central Avenue** <br> **Phoenix, AZ 85004** | - | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Allstate Insurance Company** <br> **18837 Brookhurst St** <br> **Suite 203** <br> **Fountain Valley, CA 92708** | - | | **Auto Insurance Premiums (Ranch) (Paid in ordinary course 8/20/08)** | | | | 281.03 |
| Account No. <br><br> **Allstate Insurance Company** <br> **18837 Brookhurst St** <br> **Suite 203** <br> **Fountain Valley, CA 92708** | - | | **Auto/Home Insurance Premiums (Paid in ordinary course 8/20/08 and 9/4/08)** | | | | 1,321.15 |
| Account No. <br><br> **Antelope Storage** <br> **PO Box 1145** <br> **Page, AZ 86040** | - | | **Boat Storage (Paid in ordinary course 8/20/08)** | | | | 339.90 |
| __8__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 1,942.08 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:40561-091203   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence E. Redman,**                                       Case No.  **2:08-bk-21925-ER**
         **Joy A. Redman**

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Antimite Pest Control**<br>**PO Box 6578**<br>**Long Beach, CA 90806** | - | | **Extermination Services (Paid in ordinary course 9/23/08)** | | | | 30.00 |
| Account No.<br><br>**Asset Resolution LLC**<br>**333 7th Avenue, 3rd Floor**<br>**New York, NY 10001** | X - | | **Personal Guarantee (servicing agent as of Petition Date was Compass FP Corp.)** | X | X | X | 9,006,618.00 |
| Account No.<br><br>**Asset Resolution, LLC**<br>**333 7th Ave, 3rd Floor**<br>**New York, NY 10001** | X - | | **Personal Guarantee (plus any interest and charges incurred after 2/13/08) (servicing agent as of Petition Date was Compass FP Corp.)** | X | X | X | 8,432,576.00 |
| Account No.<br><br>**Bank Midwest NA**<br>**Attn:  John Baxter, Senior VP**<br>**1111 Main St**<br>**Suite 1600**<br>**Kansas City, MO 64105** | X - | | **Personal Guarantee (plus any interest and charges incurred after 5/28/08 - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 13,645,187.00 |
| Account No.<br><br>**Beaumont Partners, LP**<br>**c/o Integrated Financial Associates**<br>**Attn:  Bill Dyer & Tom Lea**<br>**7785 W Sahara Ave, Suite 100**<br>**Las Vegas, NV 89117** | - | | **Personal Guarantee (plus any interest incurred after 7/2/08 - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 9,831,579.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **40,915,990.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence E. Redman,**   Case No.  **2:08-bk-21925-ER**
  **Joy A. Redman**

                                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bob Lucas**<br>**Lucas Horsfall Murphy Pindroh**<br>**100 North Corson**<br>**Pasadena, CA 91103** | | - | **Jabral Accounting Fees (Paid in ordinary course 9/4/08)** | | | | 510.00 |
| Account No.<br><br>**Central Pacific Bank**<br>**16870 West Bernardo Dr, Suite 170**<br>**San Diego, CA 92127** | X | - | **Personal Guarantee (settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 655,176.00 |
| Account No.<br><br>**David B. Golubchik, Esq.**<br>**Attys for Beaum. Part/M.Signornelli**<br>**Levene, Neale, et al.**<br>**10250 Constellation Blvd, Ste 1700**<br>**Los Angeles, CA 90067** | | C | **Notice Only (attorneys for original petitioning creditors, Beaumont Partners and Marcie Signorelli)** | | | | 0.00 |
| Account No.<br><br>**Diversified Pacific Opportun. Fund**<br>**Attn: Matthew A. Jordan**<br>**10621 Civic Center Drive**<br>**Rancho Cucamonga, CA 91730** | X | - | **Personal Guarantee (original creditor as of Petition Date was First Private Bank - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 9,179,597.00 |
| Account No.<br><br>**FB Holdings, LLC**<br>**c/o First Bank**<br>**16900 Goldenwest St**<br>**Attn: Liz Van De Vanter, Senior VP**<br>**Huntington Beach, CA 92647** | X | - | **Personal Guarantee (original creditor on Petition Date was First Bank - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 7,328,206.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **17,163,489.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Lawrence E. Redman,**                                              Case No.  **2:08-bk-21925-ER**
          **Joy A. Redman**

                                                                  ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | **Notice Only** | | | | |
| **Figuerola Peruvians, LLC v. NAPHA c/o Neville Asherson, Esq. Asherson Klein and Darbinian 9150 Wilshire Blvd, Suite 210 Beverly Hills, CA 90212** | | - | | | | | 0.00 |
| Account No. | | | **Personal Guarantee (original creditor on Petition Date was Central Pacific Bank - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | | | | |
| **Gray1 CPB, LLC Attn:  William Hamlin 550 West C Street, Suite 1470 San Diego, CA 92101** | X | - | | X | X | X | 5,203,456.00 |
| Account No. | | | **Notice Only** | | | | |
| **Helen R. Frazer, Esq. Attys for Richard Ashby Atkinson, Andelson, et al. 12800 Center Court Dr, Suite 300 Cerritos, CA 90703** | | - | | | | | 0.00 |
| Account No. | | | **Personal Guarantee  (settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | | | | |
| **IMH Special Asset NT 166, LLC c/o IMH Secured Loan Fund, LLC Attn:  Shane C. Albers PO Box 910 Scottsdale, AZ 85252-0910** | X | - | | X | X | X | 35,659,042.00 |
| Account No. | | | **Loan on son's home** | | | | |
| **IndyMac Bank 1 Banting Irvine, CA 92618** | | - | | | | | 425,558.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **41,288,056.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence E. Redman,**   **Joy A. Redman**   Case No. **2:08-bk-21925-ER**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **IndyMac Venture, LLC c/o Indymac Mortgage Services 888 East Walnut Street Attn: Homebuilder Division Pasadena, CA 91101** | | - | **Phase 6 and 7 Construction Loan (personal guarantee) (original creditor on Petition Date was Indymac Bank FSB)** | X | X | X | 3,360,989.00 |
| Account No. <br><br> **Indymac Venture, LLC c/o IndyMac Mortgage Services 888 East Walnut Street Pasadena, CA 91101** | | - | **ADP Construction Loan (personal guarantee) (original creditor on Petition Date was Indymac Bank FSB)** | X | X | X | 28,839,491.00 |
| Account No. <br><br> **IndyMac Venture, LLC c/o Indymac Mortgage Services 888 East Walnut Street Attn: Homebuilder Division Pasadena, CA 91101** | | - | **Model Home Loan (personal guarantee) (original creditor on Petition Date was Indymac Bank FSB)** | X | X | X | 1,518,595.00 |
| Account No. <br><br> **Insco Dico Bonding 17780 Fitch Irvine, CA 92614** | X | - | **Co-indemnitor of Performance Bonds** | X | | | 3,601,591.00 |
| Account No. <br><br> **Jeffrey D. Hermann, Esq. Attys for IndyMac Venture Orrick, Herrington & Sutcliffe LLP 777 South Figueroa St, Suite 3200 Los Angeles, CA 90017** | | - | **Notice Only (original creditor on Petition Date was Indymac Bank FSP - current creditor: IndyMac Venture)** | | | | 0.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **37,320,666.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence E. Redman,**                                                      Case No.    **2:08-bk-21925-ER**
         **Joy A. Redman**
_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jeffrey M. Shohet, Esq.**<br>**Attys for Gray 1 CPB, LLC**<br>**DLA Piper US LLP**<br>**401 B Street, Suite 1700**<br>**San Diego, CA 92101** | - | | **Notice Only (original creditor on Petition Date was Central Pacific Bank - current creditor: Gray 1 CPB, LLC)** | | | | 0.00 |
| Account No.<br><br>**John J. Kendrick, Jr.**<br>**Attys for Richard Ashby**<br>**Kendrick Jackson & Kearl**<br>**19800 MacArthur Blvd, Ste 270**<br>**Irvine, CA 92612** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**John McVey, Esq**<br>**Attys for IMH**<br>**McVey Law Firm, PLLC**<br>**PO Box 5360**<br>**Scottsdale, AZ 85261** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Kare Lawn**<br>**146 13th St**<br>**Apt 1**<br>**Seal Beach, CA 90740** | - | | **Landscaping (Paid in ordinary course 8/20/08)** | | | | 150.00 |
| Account No.<br><br>**Katherine M. Windler, Esq.**<br>**Attys for Asset Resolution LLC**<br>**Bryan Cave, LLP**<br>**120 Broadway, Suite 300**<br>**Santa Monica, CA 90401** | - | | **Notice Only** | | | | 0.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                150.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence E. Redman,**                                    Case No.   **2:08-bk-21925-ER**
        **Joy A. Redman**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lance N. Jurich, Esq.**<br>**Attys for Divers. Pac. Opport. Fund**<br>**Loeb & Loeb LLP**<br>**10100 Santa Monica Blvd**<br>**Los Angeles, CA 90067** | - | | **Notice Only (original creditor on Petition Date was First Private Bank - current creditor: Diversified Pacific Opportun. Fund)** | | | | 0.00 |
| Account No.<br><br>**Lawrence H. Miller, Esq.**<br>**Attys for William Ashby**<br>**Cooksey, Toolen, Gage, Duffy & Woog**<br>**535 Anton Blvd., 10th Floor**<br>**Costa Mesa, CA 92626** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Lawrence Hilton, Esq.**<br>**Attys for IMH**<br>**O'Neil LLP**<br>**19900 Macarthur Blvd., Suite 1050**<br>**Irvine, CA 92612** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Macy's Credit Card**<br>**PO Box 4561**<br>**Carol Stream, IL 60197** | - | | **Revolving Credit (Paid in ordinary course 8/20/08)** | | | | 161.63 |
| Account No.<br><br>**Michael Petersen, Esq.**<br>**Attys for Central Pacific Bank**<br>**Shulman Hodges & Bastian LLP**<br>**26632 Towne Centre Dr., Ste. 300**<br>**Foothill Ranch, CA 92610** | - | | **Notice Only** | | | | 0.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **161.63**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence E. Redman,**            Case No.  **2:08-bk-21925-ER**
         **Joy A. Redman**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Newport Harbor Radiology<br>Dept 21555<br>Pasadena, CA 91185** | | - | **Medical Services (Paid in ordinary course 8/20/08)** | | | | 52.70 |
| Account No.<br><br>**Ramesh Singh, Esq.<br>Attys for GE Money Bank<br>Recovery Management Systems Corp<br>25 SE 2nd Ave, Ste 1120<br>Miami, FL 33131** | | - | **Notice Only (re GE Money Bank)** | | | | 0.00 |
| Account No.<br><br>**Steven Casselberry, Esq.<br>Attys for FB Holdings, LLC<br>Michelman & Robinson, LLP<br>4 Hutton Centre, Suite 300<br>Santa Ana, CA 92707** | | - | **Notice Only re FB Holdings, LLC (original creditor on Petition Date was First Bank)** | | | | 0.00 |
| Account No.<br><br>**Steven H. Winick/Ori Katz<br>Attys for Compass FP Corp<br>Sheppard, Mullin, et al.<br>Four Embarcadero Center, 17th Flr<br>San Francisco, CA 94111** | | - | **Notice Only (attorneys for original petitioning creditor, Compass FP Corp.)** | | | | 0.00 |
| Account No.<br><br>**Ten-Ninety, Ltd<br>598 N. Pageant Dr, #E<br>Orange, CA 92869** | | - | **Partnership Loan** | | | | 1,135,250.00 |

Sheet no. __**7**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,135,302.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence E. Redman,**                                   Case No.  **2:08-bk-21925-ER**
            **Joy A. Redman**

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tracy Klestadt, Esq.**<br>**Attys for Asset Resolution LLC**<br>**Klestadt & Winters LLP**<br>**292 Madison Ave, 17th Flr**<br>**New York, NY 10017** | | - | **Notice Only (re Asset Resolution LLC)** | | | | 0.00 |
| Account No.<br><br>**U.S. Bank National Association**<br>**9467 Milliken Ave**<br>**Rancho Cucamonga, CA 91730** | | - | **A&D Construction Loan (personal guarantee) (original creditor on Petition Date was PFF Bank - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 14,151,612.00 |
| Account No.<br><br>**U.S. Bank National Association**<br>**9467 Milliken Ave**<br>**Rancho Cucamonga, CA 91730** | | - | **Phase 1 Construction Loan (personal guarantee) (original creditor on Petition Date was PFF Bank - settled after Petition Date - to be implemented on a final basis in the chapter 11 case)** | X | X | X | 1,270,833.00 |
| Account No.<br><br>**Wells Fargo Bank**<br>**PO Box 54780**<br>**Los Angeles, CA 90054** | | - | **Line of Credit** | | | | 7,234.18 |
| Account No.<br><br>**William W. Ashby**<br>**22442 Via Pajaro**<br>**Coto De Caza, CA 92679** | X | - | **Partnership claim (Ten-Ninety, Ltd.)** | X | X | X | 972,043.00 |

Sheet no. __**8**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 16,401,722.18 |
| Total (Report on Summary of Schedules) | | 154,227,479.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Lawrence E. Redman**
     **Joy A. Redman**
_____
Debtor(s)

Case No.    **2:08-bk-21925-ER**

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

I declare under penalty of perjury that I have read the foregoing amended schedules, consisting of __**12**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December 9, 2009**      Signature _____
                                             **Lawrence E. Redman**
                                             Debtor

Date    **December 9, 2009**      Signature _____
                                             **Joy A. Redman**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re:
Redman, Lawrence Eugene and Redman, Joy Ann,

CHAPTER 11

Debtor(s).

CASE NUMBER: 2:08-21925-ER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described **SUBMISSION OF AMENDED SCHEDULES D & F** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 11, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **December 11, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 11, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hand Delivery
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012                                    ☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 11, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-21925-ER |
| --- | --- |

### I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Compass FP Corp
dbg@lnbrb.com

Lawrence J Hilton on behalf of Creditor IMH Secured Loan Fund, LLC
lhilton@hewittoneil.com, pgarnica@hewittoneil.com

Sheri Kanesaka on behalf of Creditor FB Holdings, LLC
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

### II. **SERVED BY U.S. MAIL**

*Please see attached service list*

**In re Redman**
**Case No. 08-21925-ER**
**2002 List**

Bruce Schildkraut
Office of the U.S. Trustee
725 S Figueroa St Ste 2600
Los Angeles, CA 90017

**20 Largest Service List**

IMH Special Asset NT 166, LLC
c/o IMH Secured Loan Fund, LLC
Attn:  Shane C. Albers
P.O. Box 910
Scottsdale, AZ 85252-0910

Investors Mortgage Holdings
4900 N. Scottsdale Road, Suite 5000
Scottsdale, AZ 85251

John McVey, Esq.
McVey Law Firm, PLLC
P.O. Box 5360
Scottsdale, AZ 85261

Attorney for Investors Mortgage Holdings
Alisa Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N Central Ave
Phoenix, AZ 85004

Attorney for IndyMac Venture, LLC
Jeffrey D. Hermann, Esq.
Orrick Herrington & Sutcliffe
777 S Figueroa St., Ste 3200
Los Angeles, CA 90017

IndyMac Venture, LLC
c/o IndyMac Mortgage Services
Attn: Homebuilder Division
888 East Walnut St
Pasadena, CA 91101

Attorney for US Bank National Association
Randye Soref
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017

US Bank National Association
9467 Milliken Ave
Rancho Cucamonga, CA 91730

Beaumont Partners, LP
c/o Integrated Financial Associates, Inc.
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117

Bank Midwest N.A.
John Baxter, Sr. V.P.
1111 Main St., Suite 1600
Kansas City, MO 64105

Diversified Pacific Opportunity Fund
Attn: Matthew A Jordan
10621 Civic Center Dr
Rancho Cucamonga, CA 91701

Integrated Financial Associates, Inc.
Bill Dyer& Tom Lea
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117

Asset Resolution LLC
c/o Bryan Cave
Attn: Katherine M. Windler, Esq.
120 Broadway, Ste 300
San Francisco, CA 94111

Attorney for Diversified Pacific Opportunity Fund
Loeb & Loeb LLP
Lance N. Jurich, Esq.
10100 Santa Monica Blvd
Los Angeles, CA

FB Holdings, LLC
Attn: Steven Casselberry
Michelm,an & Robinson, LLP
4 Hutton Center, Ste 300
Santa Ana, CA 92707

Tracy Kelstadt, Esq.
Klestadt & Winters LLP
292 Madison Ave., 17th Flr
New York, NY 10017

Attorney for Gray1 CPB, LLC
Jeffrey M. Shohet, Esq
DLA Piper US LLP
401 B St., Ste. 1700
San Diego, CA 92101

Gray1 CPB, LLC
Attn: William Hamlin
550 West C St, Ste 1470
San Diego, CA 92101

Ten-Ninety, Ltd.
598 Pagent Dr., #E
Orange, CA 92869

Insco Dico Bonding
17780 Fitch
Irvine, CA 92614

Attorney for William W. Ashby
Lawrence H. Miller, Esq.
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626

William W. Ashby
22442 Via Pajaro
Coto de Caza, CA 92679

Attorney for Central Pacific Bank
Michael Petersen, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., Ste. 300
Foothill Ranch, CA 92610

Central Pacific Bank
16870 West Bernardo Drive
Suite 170
San Diego, CA 92127

Investors Mortgage Holdings
4900 N. Scottsdale Road, Suite 5000
Scottsdale, AZ 85251

DOCS_LA:212809.1

Mark J. Saladino, Tax Collector
Los Angeles County Tax Collector
225 N. Hill St., Rm. 122 Los Angeles, CA 90012

IndyMac Venture, LLC
c/o IndyMac Mortgage Services
Attn: Homebuilder Division
888 East Walnut St
Pasadena, CA 91101

Alisa Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N Central Ave
Phoenix, AZ 85004