Richard M. Pachulski (CA Bar No. 90073)
Ira D. Kharasch (CA Bar No. 109084)
Stanley E. Goldich (CA Bar No. 92659)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtors. | Case No.: 2:08-21925-ER<br><br>**SUBMISSION OF AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**<br><br>[No Hearing Required] |
|---|---|

LAWRENCE EUGENE REDMAN and JOY ANN REDMAN, debtors and debtors in possession herein, hereby submit their Amended List of Creditors Holding the 20 Largest Unsecured Claims.

Dated:   December 11, 2009                    PACHULSKI STANG ZIEHL & JONES LLP

                                              By     */s/ Stanley E. Goldich*
                                                     Richard M. Pachulski
                                                     Ira D. Kharasch
                                                     Stanley E. Goldich
                                                     [Proposed] Attorneys for Debtors and
                                                     Debtors in Possession

73571-002\DOCS_LA:212508.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  Lawrence E. Redman
       Joy A. Redman
                              Debtor(s)

Case No.  **2:08-bk-21925-ER**
Chapter   **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the amended list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IMH Special Asset NT 166, LLC c/o IMH Secured Loan Fund, LLC Attn: Shane C. Albers PO Box 910 Scottsdale, AZ 85252-0910 | Alisa Lacey, Esq. Stinson Morrison Hecker LLP 1850 North Central Avenue Phoenix, AZ 85004 (602) 212-8628 | Personal Guarantee | Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim: $35,659,042.00 Security Value: $6,187,500.00 |
| Indymac Venture, LLC c/o Indymac Mortgage Services 888 East Walnut Street Attn: Homebuilder Division Pasadena, CA 91101 | Jeffery D. Hermann, Esq. Orrick, Herrington & Sutcliffe 777 South Figueroa St, Ste 3200 Los Angeles, CA 90017 (213) 612-2413 | Loan Guarantees (original creditor on Petition Date was Indymac Bank FSB) | Contingent Unliquidated Disputed | Claim: $33,719,075.00 Security Value: $5,617,050.00 |
| U.S. Bank National Association 9467 Milliken Ave Rancho Cucamonga, CA 91730 | Randye Soref, Esq. Buchalter Nemer, APC 1000 Wilshire Blvd., #1500 Los Angeles, CA 90017 (213) 891-5064 | Loan and Line of Credit Guarantees (original creditor on Petition Date was PFF Bank) | Contingent Unliquidated Disputed - settled after Petition Date - to be implemented on a final basis in the chapter 11 case | Claim: $17,627,544.00 Security Value: $5,247,985.70 |
| Bank Midwest, N.A. 1111 Main St, Suite 1600 Kansas City, MO 64105 | John Baxter, Senior Vice President Bank Midwest, N.A. 1111 Main St, Suite 1600 Kansas City, MO 64105 (816) 412-6086 | Personal Guarantee | Contingent Unliquidated Disputed - settled after Petition Date - to be implemented on a final basis in the chapter 11 case | $13,645,187.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lawrence E. Redman**
       **Joy A. Redman**
                        Debtor(s)

Case No.   **2:08-bk-21925-ER**

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Beaumont Partners, LP c/o Integrated Financial Associates 7785 W Sahara Ave, Suite 100 Las Vegas, NV 89117** | **Mr. Bill Dyer and Mr. Tom Lea Integrated Financial Associates 7785 W Sahara Ave, Suite 100 Las Vegas, NV 89117 (702) 257-0021** | **Personal Guarantee** | **Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case** | **$9,831,579.00** |
| **Diversified Pacific Opportun. Fund Attn: Matthew A. Jordan 10621 Civic Center Drive Rancho Cucamonga, CA 91701** | **Lance N. Jurich, Esq. Loeb & Loeb LLP 10100 Santa Monica Blvd Los Angeles, CA 90067 (310) 282-2211** | **Personal Guarantee (original creditor as of Petition Date was First Private Bank) -** | **Contingent Unliquidated Disputed settled after Petition Date - to be implemented on a final basis in the chapter 11 case** | **Claim: $9,179,597.00 Security Value: $1,250,000.00** |
| **Asset Resolution LLC 333 7th Avenue, 3rd Floor New York, NY 10001** | **Attn: Katherine M. Windler, Esq. Bryan Cave, LLP 120 Broadway, Suite 300 Santa Monica, CA 90401 (310) 576-2105** | **Personal Guarantee (original servicing agent on Petition Date was Compass FP Corp.)** | **Contingent Unliquidated Disputed** | **Claim: $9,006,618.00 Security Value: $420,000.00** |
| **Asset Resolution, LLC 333 7th Avenue, 3rd Floor New York, NY 10001** | **Attn: Katherine M. Windler, Esq. c/o Bryan Cave, LLP 120 Broadway, Suite 300 Santa Monica, CA 90401 (310) 576-2105** | **Personal Guarantee (original servicing agent on Petition Date was Compass FP Corp.)** | **Contingent Unliquidated Disputed** | **$8,432,576.00** |
| **FB Holdings, LLC c/o First Bank Attn: Liz Van De Vanter, Senior VP 16900 Goldenwest Street Huntington Beach, CA 92647** | **Attn: Steven Casselberry, Esq. Michelman & Robinson, LLP 4 Hutton Centre, Suite 300 Santa Ana, CA 92707 (714) 557-7990** | **Personal Guarantee (original creditor on Petition Date was First Bank)** | **Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case** | **Claim: $7,328,206.00 Security Value: $1,700,000.00** |
| **Gray1 CPB, LLC Attn: William Hamlin 550 West C Street, Suite 1470 San Diego, CA 92101** | **Jeffrey M. Shohet, Esq. DLA Piper US LLP 401 B Street, Suite 1700 San Diego, CA 92101 (619) 764-6743** | **Personal Guarantee (original creditor on Petition Date was Central Pacific Bank)** | **Contingent Unliquidated Disputed -settled after Petition Date - to be implemented on a final basis in the chapter 11 case** | **Claim: $5,203,456.00 Security Value: $892,492.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Lawrence E. Redman**
**Joy A. Redman**
Debtor(s)

Case No.  **2:08-bk-21925-ER**

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Insco Dico Bonding**<br>**17780 Fitch**<br>**Irvine, CA 92614** | **Insco Dico Bonding**<br>**17780 Fitch**<br>**Irvine, CA 92614**<br>**(800) 782-1546** | **Co-indemnitor of Performance Bonds** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **$3,601,591.00** |
| **Ten-Ninety, Ltd.**<br>**598 N. Pageant Dr., #E**<br>**Orange, CA 92869** | **Ten-Ninety, Ltd.**<br>**598 N. Pageant Dr., #E**<br>**Orange, CA 92869** | **Partnership Loan** | | **$1,000,000.00** |
| **William W. Ashby**<br>**22442 Via Pajaro**<br>**Coto De Caza, CA 92679** | **Lawrence H. Miller, Esq.**<br>**Cooksey, Toolen, Gage, Duffy & Woog**<br>**535 Anton Blvd., 10th Floor**<br>**Costa Mesa, CA 92626**<br>**(714) 431-1100** | **Partnership claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **$972,043.00** |
| **Central Pacific Bank**<br>**16870 West Bernardo Dr, Suite 170**<br>**San Diego, CA 92127** | **Michael Petersen, Esq.**<br>**Shulman Hodges & Bastian LLP**<br>**26632 Towne Centre Dr., Ste. 300**<br>**Foothill Ranch, CA 92610**<br>**(949) 340-3400** | **Personal Guarantee** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**- settled after Petition Date - to be implemented on a final basis in the chapter 11 case** | **$655,176.00** |
| **Mark J. Saladino, Tax Collector**<br>**Los Angeles County Tax Collector**<br>**225 North Hill Str, Rm 122**<br>**Los Angeles, CA 90012** | **Mark J. Saladino, Tax Collector**<br>**Los Angeles County Tax Collector**<br>**225 North Hill Str, Rm 122**<br>**Los Angeles, CA 90012**<br>**(213) 974-2111** | **Property taxes re airplane** | **Disputed** | **$45,350.17** |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Lawrence E. Redman**
       **Joy A. Redman**                                                Case No.    **2:08-bk-21925-ER**
Debtor(s)

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF INDIVIDUALS

       We, **Lawrence E. Redman** and **Joy A. Redman**, the debtors in this case, declare under penalty of perjury that we have read the foregoing amended list and that it is true and correct to the best of our information and belief.

Date    **December 7, 2009**             Signature                                                 
                                                                      **Lawrence E. Redman**
                                                                       Debtor

Date    **December 7, 2009**             Signature
                                                                     **Joy A. Redman**
                                                                     Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re: Case 2:08-bk-21925-ER   Doc 71   Filed 12/11/09   Entered 12/11/09 14:33:24   Desc
Redman, Lawrence Eugene and Redman, Joy Ann,   Main Document   Page 6 of 10
CHAPTER 11
Debtor(s).   CASE NUMBER: 2:08-21925-ER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described ***SUBMISSION OF AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 11, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 11, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 11, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hand Delivery
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 11, 2009 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: | | CHAPTER 11 |
|---|---|---|
| Redman, Lawrence Eugene and Redman, Joy Ann, | Debtor(s). | CASE NUMBER: 2:08-21925-ER |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association
sandra.g.mcmasters@wellsfargo.com

Stanley E Goldich on behalf of Debtor Lawrence Redman
sgoldich@pszjlaw.com

David B Golubchik on behalf of Petitioning Creditor Compass FP Corp
dbg@lnbrb.com

Lawrence J Hilton on behalf of Creditor IMH Secured Loan Fund, LLC
lhilton@hewittoneil.com, pgarnica@hewittoneil.com

Sheri Kanesaka on behalf of Creditor FB Holdings, LLC
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Leonard M Shulman on behalf of Interested Party Courtesy NEF
lshulman@shbllp.com

Randye B. Soref on behalf of Creditor PFF BANK & TRUST
rsoref@buchalter.com, IFS_filing@buchalter.com

Derrick Talerico on behalf of Creditor Diversified Pacific Opportunity Fund I, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David J Williams on behalf of Creditor First Bank
dwilliams@mrllp.com

Katherine M Windler on behalf of Creditor Asset Resolution, LLC
katherine.windler@bryancave.com

II. **SERVED BY U.S. MAIL**

*Please see attached service list*

**In re Redman**
**Case No. 08-21925-ER**
**2002 List**

Bruce Schildkraut
Office of the U.S. Trustee
725 S Figueroa St Ste 2600
Los Angeles, CA 90017

**20 Largest Service List**

IMH Special Asset NT 166, LLC
c/o IMH Secured Loan Fund, LLC
Attn:  Shane C. Albers
P.O. Box 910
Scottsdale, AZ 85252-0910

Investors Mortgage Holdings
4900 N. Scottsdale Road, Suite 5000
Scottsdale, AZ 85251

John McVey, Esq.
McVey Law Firm, PLLC
P.O. Box 5360
Scottsdale, AZ 85261

Attorney for Investors Mortgage Holdings
Alisa Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N Central Ave
Phoenix, AZ 85004

Attorney for IndyMac Venture, LLC
Jeffrey D. Hermann, Esq.
Orrick Herrington & Sutcliffe
777 S Figueroa St., Ste 3200
Los Angeles, CA 90017

IndyMac Venture, LLC
c/o IndyMac Mortgage Services
Attn: Homebuilder Division
888 East Walnut St
Pasadena, CA 91101

Attorney for US Bank National Association
Randye Soref
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017

US Bank National Association
9467 Milliken Ave
Rancho Cucamonga, CA 91730

Beaumont Partners, LP
c/o Integrated Financial Associates, Inc.
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117

Bank Midwest N.A.
John Baxter, Sr. V.P.
1111 Main St., Suite 1600
Kansas City, MO 64105

Diversified Pacific Opportunity Fund
Attn: Matthew A Jordan
10621 Civic Center Dr
Rancho Cucamonga, CA 91701

DOCS_LA:212809.1

Integrated Financial Associates, Inc.
Bill Dyer& Tom Lea
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117

Asset Resolution LLC
c/o Bryan Cave
Attn: Katherine M. Windler, Esq.
120 Broadway, Ste 300
San Francisco, CA 94111

Attorney for Diversified Pacific Opportunity Fund
Loeb & Loeb LLP
Lance N. Jurich, Esq.
10100 Santa Monica Blvd
Los Angeles, CA

FB Holdings, LLC
Attn: Steven Casselberry
Michelm,an & Robinson, LLP
4 Hutton Center, Ste 300
Santa Ana, CA 92707

Tracy Kelstadt, Esq.
Klestadt & Winters LLP
292 Madison Ave., 17th Flr
New York, NY 10017

Attorney for Gray1 CPB, LLC
Jeffrey M. Shohet, Esq
DLA Piper US LLP
401 B St., Ste. 1700
San Diego, CA 92101

Gray1 CPB, LLC
Attn: William Hamlin
550 West C St, Ste 1470
San Diego, CA 92101

Ten-Ninety, Ltd.
598 Pagent Dr., #E
Orange, CA 92869

Insco Dico Bonding
17780 Fitch
Irvine, CA 92614

Attorney for William W. Ashby
Lawrence H. Miller, Esq.
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626

William W. Ashby
22442 Via Pajaro
Coto de Caza, CA 92679

Attorney for Central Pacific Bank
Michael Petersen, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., Ste. 300
Foothill Ranch, CA 92610

Central Pacific Bank
16870 West Bernardo Drive
Suite 170
San Diego, CA 92127

Investors Mortgage Holdings
4900 N. Scottsdale Road, Suite 5000
Scottsdale, AZ 85251

Mark J. Saladino, Tax Collector
Los Angeles County Tax Collector
225 N. Hill St., Rm. 122 Los Angeles, CA 90012

IndyMac Venture, LLC
c/o IndyMac Mortgage Services
Attn: Homebuilder Division
888 East Walnut St
Pasadena, CA 91101

Alisa Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N Central Ave
Phoenix, AZ 85004

DOCS_LA:212809.1