1  Richard M. Pachulski (CA Bar No. 90073)
   Stanley E. Goldich (CA Bar No. 92659)
2  Pachulski Stang Ziehl & Jones LLP
3  10100 Santa Monica Boulevard, 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5
   [Proposed] Attorneys for Debtors and Debtors in
6  Possession

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 | In re:                                   | Case No.: 2:08-21925-ER
12 | Lawrence Eugene Redman and Joy Ann Redman,| Ch. 11
13 |                                          |
14 |                      Debtors.            | SUBMISSION OF AMENDED SCHEDULE B
15 |                                          | [No Hearing Required]

16      LAWRENCE EUGENE REDMAN and JOY ANN REDMAN, debtors and debtors in

17  possession herein, hereby submit their Amended Schedule B.

18
19  Dated:   January 5, 2010            PACHULSKI STANG ZIEHL & JONES LLP

20                                      By   /s/ Stanley E. Goldich
21                                           Richard M. Pachulski
                                             Stanley E. Goldich
22                                           [Proposed] Attorneys for Debtors and
                                             Debtors in Possession
23
24
25
26
27
28

73571-002\DOCS_LA:212511.2

B6B (Official Form 6B) (12/07)

In re  Lawrence E. Redman
    Joy A. Redman
                    Debtor(s)

Case No. **2:08-bk-21925-ER**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $125.63 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attachment B.2 | - | $78,708.91 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See Attachment B.4 | - | $20,100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See Attachment B.5 | - | $185,197.60 |
| 6. Wearing apparel. | | Miscellaneous Clothing | - | $5,000.00 |
| 7. Furs and jewelry. | | See Attachment B.7 | - | $15,250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Three Pistols | - | $400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Sunlife Insurance Policy (policy canceled subsequent to the entry of Order for Relief; proceeds received from policy are listed at right) | H | $825,043.90 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re   Lawrence E. Redman                                           Case No.  2:08-bk-21925-ER
      Joy A. Redman
                      Debtor                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Individual Retirement Account 2/18/09 | W | $3,195.60 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Fiesta Development, Inc. - 1,000 shares | - | $0.00 |
| | | Creative Communities, Inc. 250 shares | - | Unknown* |
| | | General Specifics Company, Inc. 1,000 shares | - | Unknown* |
| | | First Regional Bank 30 shares | - | $0.00 |
| | | Jabral Investments, LLC | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | See Attachment B.14 | - | $0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

\*Mr. Redman's shares in Creative Communities, Inc. ("Creative Communities") constitute a 1/3 ownership interest in Creative Communities. Creative Communities is the Managing General Partner of Ten-Ninety, Ltd ("Ten-Ninety") and also holds a 40% limited partnership interest in Ten-Ninety. Mr. Redman owns 100% of the shares of General Specifics Corporation ("General Specifics") which holds a 20% limited partnership interest in Ten-Ninety. Mr. Redman's interests in Ten-Ninety held thru Creative Communities and General Specifics constitute one of his primary assets. Ten-Ninety owns a tax increment asset pursuant to agreements with the Fontana Redevelopment Agency and the City of Fontana for which Mr. Redman has been receiving substantial payments in recent years as reflected in the Debtors' Statement of Financial Affairs. Projections, risk factors and other uncertainties with respect to future tax increment payments that Mr. Redman may receive from Ten-Ninety and the present value of this future income stream is currently being reviewed and analyzed and the value of Mr. Redman's interests in Creative Communities and General Specifics is therefore identified as unknown at this time.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B 6B (Official Form 6B) (12/07) - Cont.

In re  Lawrence E. Redman  
      Joy A. Redman  
                Debtor

Case No. 2:08-bk-21925-ER  
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Attachment B.18 | - | $4,262,813.73 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | The Lawrence and Joy Redman Living Trust Dated May 15, 1986 (See Attachment B.19) - plus unknown amount (amount does not include value of Ranch which is currently being marketed and is scheduled in an unknown amount on Attachment B.19) | - | $1,583,045.91 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

*Mr. Redman's shares in Creative Communities, Inc. ("Creative Communities") constitute a 1/3 ownership interest in Creative Communities. Creative Communities is the Managing General Partner of Ten-Ninety, Ltd ("Ten-Ninety") and also holds a 40% limited partnership interest in Ten-Ninety. Mr. Redman owns 100% of the shares of General Specifics Corporation ("General Specifics") which holds a 20% limited partnership interest in Ten-Ninety. Mr. Redman's interests in Ten-Ninety held thru Creative Communities and General Specifics constitute one of his primary assets. Ten-Ninety owns a tax increment asset pursuant to agreements with the Fontana Redevelopment Agency and the City of Fontana for which Mr. Redman has been receiving substantial payments in recent years as reflected in the Debtors' Statement of Financial Affairs. Projections, risk factors and other uncertainties with respect to future tax increment payments that Mr. Redman may receive from Ten-Ninety and the present value of this future income stream is currently being reviewed and analyzed and the value of Mr. Redman's interests in Creative Communities and General Specifics is therefore identified as unknown at this time.

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Lawrence E. Redman**
       **Joy A. Redman**
                    Debtor

Case No.  **2:08-bk-21925-ER**
                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attachment B.25 | - | $102,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Ranch - $1,000<br>Long Beach - $500 | - | $1,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | See attachment B.31 | - | $94,400.00 |
| 32. Crops - growing or harvested. Give particulars. | | See Attachment B.32 | - | $16,511.00 |
| 33. Farming equipment and implements. | | See Attachment B.33 | - | $48,590.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

\*Mr. Redman's shares in Creative Communities, Inc. ("Creative Communities") constitute a 1/3 ownership interest in Creative Communities. Creative Communities is the Managing General Partner of Ten-Ninety, Ltd ("Ten-Ninety") and also holds a 40% limited partnership interest in Ten-Ninety. Mr. Redman owns 100% of the shares of General Specifics Corporation ("General Specifics") which holds a 20% limited partnership interest in Ten-Ninety. Mr. Redman's interests in Ten-Ninety held thru Creative Communities and General Specifics constitute one of his primary assets. Ten-Ninety owns a tax increment asset pursuant to agreements with the Fontana Redevelopment Agency and the City of Fontana for which Mr. Redman has been receiving substantial payments in recent years as reflected in the Debtors' Statement of Financial Affairs. Projections, risk factors and other uncertainties with respect to future tax increment payments that Mr. Redman may receive from Ten-Ninety and the present value of this future income stream is currently being reviewed and analyzed and the value of Mr. Redman's interests in Creative Communities and General Specifics is therefore identified as unknown at this time.

B 6B (Official Form 6B) (12/07) - Cont.

In re  Lawrence E. Redman
       Joy A. Redman
                    Debtor

Case No.  2:08-bk-21925-ER
                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Total > | $7,242,682.28 |

(Report also on Summary of Schedules)

\*Mr. Redman's shares in Creative Communities, Inc. ("Creative Communities") constitute a 1/3 ownership interest in Creative Communities. Creative Communities is the Managing General Partner of Ten-Ninety, Ltd ("Ten-Ninety") and also holds a 40% limited partnership interest in Ten-Ninety. Mr. Redman owns 100% of the shares of General Specifics Corporation ("General Specifics") which holds a 20% limited partnership interest in Ten-Ninety. Mr. Redman's interests in Ten-Ninety held thru Creative Communities and General Specifics constitute one of his primary assets. Ten-Ninety owns a tax increment asset pursuant to agreements with the Fontana Redevelopment Agency and the City of Fontana for which Mr. Redman has been receiving substantial payments in recent years as reflected in the Debtors' Statement of Financial Affairs. Projections, risk factors and other uncertainties with respect to future tax increment payments that Mr. Redman may receive from Ten-Ninety and the present value of this future income stream is currently being reviewed and analyzed and the value of Mr. Redman's interests in Creative Communities and General Specifics is therefore identified as unknown at this time.

**United States Bankruptcy Court**
Central District of California

In re  Lawrence E. Redman
    Joy A. Redman                                                              Case No.  2:08-bk-21925-ER
                                                Debtor(s)                      Chapter   11

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __5__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  1/06/10          Signature  /s/ Lawrence E. Redman
                                  Lawrence E. Redman
                                  Debtor

Date  1/06/10          Signature  /s/ Joy A. Redman
                                  Joy A. Redman
                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re: Case 2:08-bk-21925-ER Doc 81 Filed 01/07/10 Entered 01/07/10 10:26:12 Desc
Redman, Lawrence Eugene and Redman, JoyAnn, Main Document Page 8 of 10
Debtor(s). CASE NUMBER: 2:08-21925-ER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described **SUBMISSION OF AMENDED SCHEDULE B** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 7, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **January 7, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 7, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By Personal Delivery**
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 7, 2010 | Patricia Caprilli | /s/ Patricia Caprilli |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
73571-002\DOCS_LA:212511.2

F 9013-3.1

In re: Case 2:08-bk-21925-ER Doc 81 Filed 01/07/10 Entered 01/07/10 10:26:12 Desc
Redman, Lawrence Eugene and Redman, Joy Ann, Main Document Page 9 of 10
Debtor(s). CASE NUMBER: 2:08-21925-ER

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Marc Andrews   sandra.g.mcmasters@wellsfargo.com
- Stanley E Goldich   sgoldich@pszjlaw.com
- David B Golubchik   dbg@lnbrb.com
- Lawrence J Hilton   lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Sheri Kanesaka   skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com
- Ron Maroko   ron.maroko@usdoj.gov
- Leonard M Shulman   lshulman@shbllp.com
- Randye B. Soref   rsoref@buchalter.com, IFS_filing@buchalter.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- David J Williams   dwilliams@mrllp.com
- Katherine M Windler   katherine.windler@bryancave.com

## II. SERVED BY U.S. MAIL

Investors Mortgage Holdings
4900 N. Scottsdale Road, Suite 5000
Scottsdale, AZ 85251

IMH Special Asset NT 166, LLC
c/o IMH Secured Loan Fund, LLC
Attn: Shane C. Albers
P.O. Box 910
Scottsdale, AZ 85252-0910

**Attorney for Investors Mortgage Holdings**
Alisa Lacey, Esq.
Stinson Morrison Hecker LLP
1850 N Central Ave
Phoenix, AZ 85004

John McVey, Esq.
McVey Law Firm, PLLC
P.O. Box 5360
Scottsdale, AZ 85261

IndyMac Venture, LLC
c/o IndyMac Mortgage Services
Attn: Homebuilder Division
888 East Walnut St
Pasadena, CA 91101

**Attorney for IndyMac Venture, LLC**
Jeffrey D. Hermann, Esq.
Orrick Herrington & Sutcliffe
777 S Figueroa St., Ste 3200
Los Angeles, CA 90017

US Bank National Association
9467 Milliken Ave
Rancho Cucamonga, CA 91730

**Attorney for US Bank National Association**
Randye Soref
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
73571-002\DOCS_LA:212511.2

F 9013-3.1

In re: Case 2:08-bk-21925-ER Doc 81 Filed 01/07/10 Entered 01/07/10 10:26:12 Desc
Redman, Lawrence Eugene and Redman, JoyAnn Main Document Page 10 of 10
Debtor(s). CHAPTER 7
CASE NUMBER: 2:08-21925-ER

Bank Midwest N.A.
John Baxter, Sr. V.P.
1111 Main St., Suite 1600
Kansas City, MO 64105

Beaumont Partners, LP
c/o Integrated Financial Associates, Inc.
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117

Integrated Financial Associates, Inc.
Bill Dyer& Tom Lea
7785 W. Sahara Ave., Suite 100
Las Vegas, NV 89117

Diversified Pacific Opportunity Fund
Attn: Matthew A Jordan
10621 Civic Center Dr
Rancho Cucamonga, CA 91701

**Attorney for Diversified Pacific Opportunity Fund**
Loeb & Loeb LLP
Lance N. Jurich, Esq.
10100 Santa Monica Blvd
Los Angeles, CA

Asset Resolution LLC
c/o Bryan Cave
Attn: Katherine M. Windler, Esq.
120 Broadway, Ste 300
San Francisco, CA 94111

Tracy Kelstadt, Esq.
Klestadt & Winters LLP
292 Madison Ave., 17th Flr
New York, NY 10017

FB Holdings, LLC
Attn: Steven Casselberry
Michelm,an & Robinson, LLP
4 Hutton Center, Ste 300
Santa Ana, CA 92707

Gray1 CPB, LLC
Attn: William Hamlin
550 West C St, Ste 1470
San Diego, CA 92101

**Attorney for Gray1 CPB, LLC**
Jeffrey M. Shohet, Esq
DLA Piper US LLP
401 B St., Ste. 1700
San Diego, CA 92101

Insco Dico Bonding
17780 Fitch
Irvine, CA 92614

Ten-Ninety, Ltd.
598 Pagent Dr., #E
Orange, CA 92869

William W. Ashby
22442 Via Pajaro
Coto de Caza, CA 92679

Attorney for William W. Ashby
Lawrence H. Miller, Esq.
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626

Central Pacific Bank
16870 West Bernardo Drive
Suite 170
San Diego, CA 92127

**Attorney for Central Pacific Bank**
Michael Petersen, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., Ste. 300
Foothill Ranch, CA 92610

Mark J. Saladino, Tax Collector
Los Angeles County Tax Collector
225 N. Hill St., Rm. 122 Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
73571-002\DOCS_LA:212511.2

F 9013-3.1