SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
James P. Hill, SBN 90478
Donald G. Rez, SBN 82615
Jonathan S. Dabbieri, SBN 91963
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone:   (619) 233-4100
Fax Number:  (619) 231-4372

Attorneys for William A. Leonard, Jr.
As Chapter 7 Trustee For Asset Resolution LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAWRENCE EUGENE REDMAN AND JOY ANN REDMAN,<br><br>        Debtors. | Case No. 2:08-BK-21925-ER<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION BY BANKRUPTCY TRUSTEE WILLIAM A. LEONARD, JR. FOR AN ORDER RECONSIDERING: (1) ORDER SUSTAINING OBJECTION OF REORGANIZED DEBTORS AND DISALLOWING VERSIONS 8-1 AND 8-2 OF CLAIM NO. 8 (BOTH FILED MARCH 1, 2010) OF ASSET RESOLUTION LLC; and (2) ORDER SUSTAINING OBJECTION OF REORGANIZED DEBTORS AND DISALLOWING VERSION 8-3 OF CLAIM NO. 8 (FILED MAY 4, 2010) OF ASSET RESOLUTION LLC**<br><br>**Date:**    TO BE DETERMINED<br>**Time:**   BY JUDGE<br>**Crtroom:**   1568<br><br>**Judge:**    Hon. Ernest M. Robles |

TO THE HONORABLE ERNEST M. ROBLES, U.S. BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND REORGANIZED DEBTORS, LAWRENCE EUGENE REDMAN AND JOY ANN REDMAN:

PLEASE TAKE NOTICE that William A. Leonard, Jr., Chapter 7 Trustee for Asset Resolution LLC, a Claimant in the above-entitled matter hereby moves for an order reconsidering: (1) Order Sustaining Objection of Reorganized Debtors and disallowing Versions 8-1 and 8-2 of Claim No. 8 (both filed March 1, 2010) of Asset Resolution LLC; and (2) Order Sustaining Objection of Reorganized Debtors and Disallowing Version 8-3 of Claim No. 8 (filed May 4, 2010) of Asset Resolution LLC. Both orders for which reconsideration is sought were entered by Judge Robles on November 23, 2010. The hearing on the Motion will be held on a date to be set by the Court pursuant to the Court's local rules. Notice of the date set will be given upon receipt of a date from the Court. This Motion is brought pursuant to 11 U.S.C. § 502(j) and Rule 3008 of the Federal Rules of Bankruptcy Procedure, and the equitably authority of this Court. "A claim that has been allowed or disallowed may be reconsidered for cause." 11 U.S.C § 502(j). "A party in interest may move for reconsideration of an order allowing or disallowing a claim against the estate." Rule 3008 Fed. Rules Bank. Proc. "Cause" exists. United States District Court Judge Robert C. Jones, in *In re Asset Resolution, LLC,* Case No. BK-S-09-32824-RCJ, has explicitly ruled that the Trustee of Asset Resolution LLC had and has standing to service the loans at issue in Claim No. 8 and that the Claim No. 8 (Claim 8-1 and Claim 8-2) were authorized to be filed on March 1, 2010 by Kate Windler by order of the ARC Bankruptcy Court. Thus, the factual and legal predicates underlying this Court's Order Disallowing Versions 8-1 and 8-2 of Claim No. 8 and Disallowing Version 8-3 of Claim No. 8 have been confirmed to be incorrect and were an improper basis for disallowing the claims.

This Motion is based on and supported by this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice submitted in support hereof, the original Opposition of William A. Leonard, Jr., Chapter 7 Trustee for Asset Resolution LLC to Motions of Reorganized Debtors for an Order Disallowing (1) Versions 1 and 2 of Claim No. 8 (filed March 1, 2010) of Asset Resolution LLC; and (2) Version 3 of Claim No. 8

(filed May 4, 2010) of Asset Resolution LLC, which document was filed in this Court on October 20, 2010, and the further records of this case.

PLEASE TAKE FURTHER NOTICE that the time for response hereto will be predicated upon the date set by the Court for hearing.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9013-1(a)(7) requires that any response to this Motion be filed with the Court and served upon interested counsel, including counsel for the Trustee, at least fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy Rule 9013-1(a)(11), the failure to timely file and serve written authorization may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

WHEREFORE, William A. Leonard, Jr., Chapter 7 Trustee for Asset Resolution LLC respectfully requests that this Court enter an order reconsidering its previous disallowance of the Trustee's claim, Versions 1 and 2 of Claim No. 8 and Version 3 of Claim No. 8 and grant each of those claims as set forth.

Dated: December 7, 2010

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: */s/ Jonathan S. Dabbieri*
James P. Hill
Donald G. Rez
Jonathan S. Dabbieri
Attorneys for WILLIAM A. LEONARD, JR.
AS CHAPTER 7 TRUSTEE FOR
ASSET RESOLUTION LLC

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.: 2:08-21925-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Sullivan Hill Lewin Rez & Engel, APLC, 550 West "C" Street, Suite 1500, San Diego, CA 92101

A true and correct copy of the foregoing document described as NOTICE OF **MOTION AND MOTION BY BANKRUPTCY TRUSTEE WILLIAM A. LEONARD, JR. FOR AN ORDER RECONSIDERING: (1) ORDER SUSTAINING OBJECTION OF REORGANIZED DEBTORS AND DISALLOWING VERSIONS 8-1 AND 8-2 OF CLAIM NO. 8 (BOTH FILED MARCH 1, 2010) OF ASSET RESOLUTION LLC; and (2) ORDER SUSTAINING OBJECTION OF REORGANIZED DEBTORS AND DISALLOWING VERSION 8-3 OF CLAIM NO. 8 (FILED MAY 4, 2010) OF ASSET RESOLUTION LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 7, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On December 7, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 7, 2010**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2010 | Cynthia Frederick | */s/ Cynthia Frederick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

| In re:<br>Redman, Lawrence Eugene and Redman, Joy Ann,<br>Debtors. | CHAPTER 11<br><br>CASE NO.:  2:08-21925-ER |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Marc Andrews            Sandra.g.mcmasters@wellsfargo.com
- Janet L. Chubb          tbw@jonesvargas.com
- Jonathan S. Dabbieri    Dabbieri@shlaw.com
- Stanley E. Goldich      sgoldich@pszjlaw.com
- David B. Golubchik      dbg@lnbrb.com
- Jeffery D. Hermann      jhermann@orrick.com
- Lawrence J. Hilton      lhilton@hewittoneil.com; pgarnica@hewittoneil.com
- Sheri Kanesaka          sheri.kanesaka@bryancave.com
- Charles Liu             cliu@mrllp.com
- Ron Maroko              ron.maroko@usdoj.gov
- Anthony J. Napolitano   anapolitano@buchalter.com; IFS_filing@buchalter.com
- Daryl G. Parker         dparker@pszjlaw.com
- Leonard M. Shulman      lshulman@shbllp.com
- Randye B. Soref         rsoref@buchalter.com; IFS_filing@buchalter.com
- Derrick Talerico        dtalerico@loeb.com, kpresson@loeb.com; ljurich@loeb.com
- U.S. Trustee (LA)       ustpregion16.la.ecf@usdoj.gov
- David J. Williams       dwilliams@mrllp.com
- Katherine M. Windler    katherine.windler@bryancave.com

## II. SERVED BY U.S. MAIL

Melanie A. Ells
Law Office of Melanie Ells
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148

Francis B. Majorie
The Majorie Firm, LP
3514 Cedar Springs Road
Dallas, TX 75219

Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

FB Holdings, LLC
P. O. Box 1721
Shallotte, NC 28459

GE Money Bank
c/o Recovery Management Systems Corp.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER 11 |
|---|---|
| Redman, Lawrence Eugene and Redman, Joy Ann, | |
| Debtors. | CASE NO.: 2:08-21925-ER |

Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Kerry Mormann and Associates
977 Via Rosita
Santa Barbara, CA 93110

Lucase Horsfall, Murphy & Pindroh, LLP
100 East Corson Street, Suite 200
Pasadena, CA 91103


Sutter Securities Inc.
Steven H. Winick
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

The Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1560
Los Angeles, CA 90012-3542

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**